COPY

1  KAMALA D. HARRIS.
   Attorney General of California
2  MARGARITA PADILLA
   SUPERVISING DEPUTY ATTORNEY GENERAL
3  State Bar No. 99966
     1515 Clay Street
4    P.O. Box 70550
     Oakland, CA 94612-0550
5    Telephone: (510) 622-2135
     Fax: (510) 622-2270
6    E-mail: Margarita.Padilla@doj.ca.gov
   Attorneys for Plaintiff California Department
7  of Toxic Substances Control

8  KATHLEEN KENEALY
   SENIOR ASSISTANT ATTORNEY GENERAL
9  DEBORAH A. WORDHAM
   Deputy Attorney General
10 State Bar No. 180508
     1300 I Street, Suite 125
11   P.O. Box 944255
     Sacramento, CA 94244-2550
12   Telephone: (916) 323-3549
     Fax: (916) 327-2319
13 E-mail: Deborah.Wordham@doj.ca.gov Attorneys
   for Plaintiffs, California Department of Fish and
14 Game, and Regional Water Quality Control Board,
   Central Coast Region

15

16              IN THE UNITED STATES DISTRICT COURT

17           FOR THE CENTRAL DISTRICT OF CALIFORNIA

18

19

**CV11- 07051** DDP(CWx)

20 | THE CALIFORNIA DEPARTMENT     Case No.
   | OF TOXIC SUBSTANCES
21 | CONTROL, THE CALIFORNIA
   | DEPARTMENT OF FISH AND        **COMPLAINT FOR RECOVERY**
22 | GAME, AND THE CALIFORNIA      **OF RESPONSE COSTS AND**
   | REGIONAL WATER QUALITY        **DECLARATORY RELIEF**
   | CONTROL BOARD, CENTRAL        **PURSUANT TO THE**
23 | COAST REGION,                 **COMPREHENSIVE**
   |                               **ENVIRONMENTAL RESPONSE,**
24 |                               **COMPENSATION, and LIABILITY**
   |                   Plaintiffs  **ACT ("CERCLA"), 42 U.S.C. §**
25 | v.                            **9607(a) and 9613(g)(2)**

26 | A&G German Cars; A&H Plating, Inc.;
   | A.O. Smith Corp.; Advanced Coatings
27 | & Chemical; Air Logistics Corporation;
   | Air Products and Chemicals, Inc.; AK
28

FILED
CLERK U.S. DISTRICT COURT

AUG 2 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

1

| | |
|---|---|
| 1 | Steel Corporation; Akzo Nobel Coatings Inc.; Akzo Nobel Paints LLC; ALCO |
| 2 | Capital Group, Inc.; Allergan Inc.; Alma Piston Co./Tomadur Engine Co.; |
| 3 | Aluminum Precision Products, Inc.; |
| 4 | Alyeska Pipeline Service Company; American Airlines, Inc.; American |
| 5 | Honda Motor Co., Inc.; Ameron |
| 6 | International Corporation; Amico West; Amsec Major; Amtrak-National |
| 7 | Railroad Passenger Corp.; Angelus Block Company Inc.; Anheuser-Busch |
| 8 | Companies Inc.; Anomet Metal |
| 9 | Finishing; AOC, LLC; Arkema Inc.; Armtec Defense Products Co.; Ashland |
| 10 | Inc.; Asphalt Products Oil Corp.; |
| 11 | Associates Insectary; Astro Pak Corporation; Atlas Galvanizing |
| 12 | Company; Automation Plating Corp.; Avery Dennison Corporation; Aviall |
| 13 | Inc.; B&Z Disposal; Baker Hughes Oilfield Operations, Inc.; Ball |
| 14 | Corporation; Bank of America, National Association; Barron Anodizing; BASF |
| 15 | Corp.; Baxter Healthcare Corporation; |
| 16 | Beazer East, Inc.; Bell Sports, Inc.; Benjamin Moore & Co.; Berkshire |
| 17 | Hathaway Inc.; BetzDearborn, Inc.; |
| 18 | Beylik Drilling Inc.; BHP Coated Steel Corp.; Blue Diamond Growers; BOC |
| 19 | Gases; Borg-Warner, Inc.; Brandenburg, Staedler & Moore; Bridgestone |
| 20 | Americas Tire Operations, LLC; |
| 21 | Bristow Group Inc.; Broadridge Securities Processing Solutions, Inc.; |
| 22 | Brown-Pacific Inc.; Budget Rent A Car System, Inc.; Calafiore & Associates; |
| 23 | California Institute of Technology; |
| 24 | California Steel Industries Inc.; California Technical Plating Inc.; |
| 25 | Camsco Residential; Carpenter Co.; Carrier Corporation; Caterpillar Inc.; |
| 26 | Catholic Healthcare West; CBS |
| 27 | Corporation; Cedars-Sinai Medical Center; Central Santa Clara County |
| 28 | Regional Occupational Agency; |

DTSC et al. v. A&G German Cars, et al. (Casmalia)

| | |
|---|---|
| 1 | Ceradyne Inc.; Champion Technologies, Inc.; Channel Industries Inc.; Chemical |
| 2 | Transportation (Tank/Cleaning) a/k/a |
| 3 | Chemical Rainbow Transport Tank Cleaners; Cimarex Energy Co.; CIPCO; |
| 4 | City of Azusa; City of Burbank; City of Huntington Beach; City of Lompoc; |
| 5 | City of Monrovia; City of Newport |
| 6 | Beach; City of Palo Alto; City of Riverside; City of San Diego; City of |
| 7 | San Jose; City of Santa Maria; City of Santa Monica; City of Signal Hill; City |
| 8 | of Sunnyvale; City of Vernon; |
| 9 | Clougherty Packing Co.; Coca-Cola Refreshments USA, Inc.; Coherent, Inc.; |
| 10 | Cohu Inc. Electronics Div.; ConAgra Foods, Inc.; Consolidated Fabricators |
| 11 | Corp.; Continental Holdings, Inc.; |
| 12 | Continental Materials Corporation; Conway Oil Company; Cooper |
| 13 | Industries, LLC; County of Kern; County of Kings; County of Marin; |
| 14 | County of Riverside; County of |
| 15 | Sacramento; County of San Benito; County of San Diego; County of San |
| 16 | Joaquin; County of Santa Barbara; County of Ventura; County Sanitation |
| 17 | District No. 2 of Los Angeles County; |
| 18 | CoxCom Inc.; Crane Co.; Crenshaw Christian Center Church of Los |
| 19 | Angeles; Crown Cork & Seal Co., Inc.; CTS Keene, Inc.; CTS Printex Inc.; |
| 20 | Cubic Corporation; Culligan |
| 21 | International Company and Culligan Water Conditioning of Orange County; |
| 22 | D&D Tanks; D&S Industries; David Karney Contractor; Dayton Superior |
| 23 | Corporation; Decalta International |
| 24 | Corporation; Deluxe Packages; Downey Glass; Dunn Edwards Corp.; Dura-Bond |
| 25 | Bearing Co.; E & T LLC; E.C. Loomis & Son; E.M. Johansing Partnership; |
| 26 | Eastern Contra Costa Transit Authority; |
| 27 | Eaton Corporation; EDO Corporation; Elconin and Saffrin II; Electromatic |
| 28 | Inc.; Elixir Industries; El Paso E.S.T. |

3

1  Company, as Trustee of EPEC Oil
2  Company Liquidating Trust; Embee
   Inc.; Emerson Electric Co.; Emery Air
3  Freight Corp.; Ernest Carlson; ESCO
   Technologies Inc.; Estech Inc.; EXAR
4  Corporation; Exide Corp.; Facet Energy
   (Gammaloy Ltd.); Federal Express
5  Corporation; Federal Mogul; FHL
6  Group; Flower Street Partnership; FMC
   Corporation; FMM, Inc.; Foothill-
7  DeAnza Community College District;
   Frazee Industries Inc.; GATX
8  Corporation; Genentech, Inc.; General
9  Atomics; General Mills, Inc.; George
   Industries; Georgia Pacific Corp.;
10 Gerard Metal Craftsmen Inc.; John
11 Gherini, Sue J. Sword and Northern
   Trust, N.A., as co-trustees of the Marian
12 Mullin Hancock Charitable Trust;
   Glasteel Tennessee Inc.; Goleta Water
13 District; H&H Paramount Ltd.; Hanson
14 Aggregates, LLC; Harriman Street
   Partners; Hawthorne/Stone Real Estate;
15 Henkel of America, Inc. Henkel
   Corporation and Dexter Hysol
16 Aerospace LLC; Hi-Shear Corp.; Host
17 International; Kenneth M. House as
   Trustee of the Estate of Dr. Howard P.
18 House; Hurst Chemical Co.; ICI
19 Americas Inc.; Imation Corp.; Imperial
   Oil & Grease; Industrial Wire Products
20 Corp.; Ingersoll-Rand Company; Intel
   Corp.; InterMetro Industries
21 Corporation; International Paint Inc.;
22 ITT Corporation; J.R. Simplot Co.; JBL
   Scientific Inc.; Johns Manville; K and L
23 Anodizing Corp.; Kaiser Foundation
   Health Plan Inc.; Key Energy Services,
24 Inc.; Kinder Morgan Energy Partners,
   L.P.; Kinsbursky Brothers; Kliklok
25 Corporation; Knott's Berry Farm; Koch
26 Materials, LLC; Kyocera America Inc.;
   Lear Siegler Diversified Holdings;
27 Leggett & Platt, Inc.; Lin Data Corp.;
   Lincoln Place Associates Limited
28 Partnership; Bodycote Thermal

4

1  Processing, Inc.; Long Beach
2  Community College District; Long
   Beach Unified School District;
3  Longview Fibre Company and
   Longview Fibre Paper and Packaging
4  Inc.; Los Angeles County Metropolitan
   Transit Authority; Los Angeles
5  Galvanizing Co.; Los Angeles Unified
6  School District; Los Rios Community
   College District; Los Robles Regional
7  Medical Center; Lubeco Inc.; Luxfer
   Inc.; M.C. Gill Corp.; MAFO/Pneumo
8  Abex LLC; Martinez Shopping Center;
9  Marwais Steel Company, LLC; Masco
   Corp.; Master Halco Inc.; Materion
10 Brush Inc.; Matheson Gas Products,
   Inc.; Matson Navigation Company, Inc.;
11 Mattel Inc.; Maytag Corporation; Mazda
12 North American Operations; McKesson
   Corporation; MeadWestvaco
13 Corporation; Mechanical Metal
   Finishing Co., Inc.; Menlo Caspian;
14 Mesa Center Automotive; Metal
15 Container Corporation of California;
   Milard Group, Ltd.; C. Edward Millar,
16 Jr., as Trustee of the Sav Mor Oil Co.
   Liquidating Trust; Miller Brewing
17 Company; 3M Company; Mission
18 Industries; Mission Valley Ford Trucks;
   Modine Manufacturing Company;
19 Montana Vista Co. LLC; Montrose
   Chemical Corp. of California; Motorola
20 Inc.; Nabors Holding Company; Nabors
21 Well Services Co.; NAPP Systems, Inc.;
   National Semiconductor Corporation;
22 National Semiconductor (Maine) Inc.;
   National Steel & Shipbuilding
23 Company; Nestle USA, Inc.; Nestle
24 Waters North America Inc.; Neville
   Chemical Company; Newport
25 Corporation; NI Industries, Inc.;
   Northwest Pipe and Casing Co.; Norton
26 Packaging, Inc.; NPEC Inc.; Oakdale
   Memorial Park Inc.; Occidental
27 Chemical Corporation; Occidental
28 Research Corporation; Olin

DTSC et al. v. A&G German Cars, et al.  (Casmalia)

Corporation; Olympian Oil; Omar Rendering Co.; OSCA, Inc.; Owens-Illinois Inc.; Oxnard Pest Control Association; PAC Foundry; PAC Operating Limited Partnership, a Delaware limited partnership; Paccar, Inc.; Pacific Coast Drum Company; Pacific Racing Association/Golden Gate Fields; Pactiv Corporation; Parker Hannifin Corp.; Pasadena Area Community College District; Pentrate Metal Processing Inc.; Pepper Oil Co., Inc.; PerkinElmer, Inc.; Pfizer Inc.; Pilkington Barnes Hind; Pioneer North America, Inc.; B.E. Fipp as Trustee for Fipp Family Trust; Ernest Rady as Trustee of the Ernest Rady Trust; Merit Texas Properties, Inc.; Plastic Materials Inc.; Plessey, Inc.; PQ Corporation; Praxair, Inc.; Prime Alloy Steel Castings; Printronix, Inc.; Products Engineering Corp.; Prudential Insurance Co. of America; Prudential Lighting Corporation; Prudential Overall Supply Inc.; R.R. Donnelley & Sons Company; Redken Laboratories Inc.; Republic Waste Services of Southern California, LLC; Revlon Consumer Products Corporation; Rheem Manufacturing Co.; Riverside Community Hospital; Roche Holdings Ltd/Syntex (USA) Inc.; Rogers Corporation; RPM, Inc.; Sacramento County Sanitation District No. 1; Sacramento Municipal Utility District; Saddleback Valley Unified School District; Safeway Inc.; Sage Energy Company; San Diego Community College District; San Joaquin Refining Company Inc.; Sanmina-SCI Corporation; Santa Maria Joint High School District; Santa Palm Car Wash; Santa Paula Union School District; SANYO E&E Corporation; Saticoy Lemon Association; SBC Holdings; Schmid Insulation Contractors, Inc.; Scripps Research

6

| | |
|---|---|
| 1 | Institute; Sears, Roebuck and Co.; |
| 2 | Shultz Steel Company; Siemens Healthcare Diagnostics Inc.; Sierracin |
| 3 | Corp.; Sigma Circuits Inc.; Sigma |
| 4 | Plating Co., Inc.; Signetics Corporation; Siliconix, Inc.; Jerome E. Sklar as |
| 5 | Trustee of the Esther & Harold Mazur Trust; Sony Electronics Inc.; Sparton |
| 6 | Corporation; SRI International; Sta-Lube, Inc.; Standard Nickel-Chromium |
| 7 | Plating Company; Stanford University; |
| 8 | Steelcase Inc.; Stepan Company; Sun Chemical Corporation; Superior |
| 9 | Industries International Inc.; Supra Alloys Inc.; T.G.L. Associates, Inc.; |
| 10 | TABC Inc.; Technicolor Inc.; Ted Levine Drum Co.; Teledyne |
| 11 | Technologies Incorporated; Temple |
| 12 | Inland Inc.; Tesoro Petroleum Corporation; Texas Instruments |
| 13 | Incorporated; Texas Instruments Tucson Corporation; Textron Inc.; The |
| 14 | Aerospace Corporation; The |
| 15 | Archdiocese of Los Angeles; The Bekins Company; The Clorox |
| 16 | Company; The Coca-Cola Company; The Dial Corporation; The Gillette |
| 17 | Company; The Housing Authority of the County of Marin; The Interlake |
| 18 | Corporation; The Marmon Group; The |
| 19 | Okonite Co., Inc.; The Pasadena Center Operating Co.; The Southland |
| 20 | Corporation; The Valspar Corporation; |
| 21 | Three Bond International, Inc.; Time Warner; Torrance Unified School |
| 22 | District; Toyota Motor Sales, USA, Inc.; Triangle PWC, Inc.; Tribune Company; |
| 23 | Tucson Electric Power Company; Tyco Electronics Corporation; Union Bank; |
| 24 | Unisys Corporation; United Air Lines |
| 25 | Inc.; United States Steel Corporation; United Technologies Corporation; |
| 26 | University of Southern California; Urethane Industries; US Borax Inc.; |
| 27 | Varian Associates, Inc.; Vertis, Inc.; |
| 28 | Vesper Corp.; Virco Manufacturing |

7

1   Corp.; VWR Scientific, Inc.; Walt
2   Disney World Co.; Weatherford
    International; Weber Metals Inc.; West
3   County Wastewater District; West
    Valley-Mission Community College
4   District; Western Tube and Conduit Co.;
    Vincent E. Wood and William A.
5   Wood, as Individuals; World Oil Co.;
6   Xerox Corporation,

7

                              Defendants.

8        The State of California Department of Toxic Substances Control ("DTSC"),

9   the State of California Department of Fish and Game ("DFG"), and the State of

10  California Regional Water Quality Control Board, Central Coast Region ("Regional

11  Board"), (collectively referred to as "the Plaintiff State Regulatory Entities"), allege

12  as follows:

13                         SUMMARY OF THE ACTION

14       1.    By this action, the Plaintiff State Regulatory Entities each seek (a) to

15  recover from the Defendants, the Plaintiff State Regulatory Entities' respective past

16  and future response costs under section 107(a) of the Comprehensive

17  Environmental Response, Compensation, and Liability Act ("CERCLA"), 42

18  U.S.C. § 9607(a) in connection with the releases and threatened releases of

19  hazardous substances at or from the Casmalia Resources Superfund Site ("Casmalia

20  Site ") in Santa Barbara County, and (b) to obtain a declaratory judgment pursuant

21  to CERCLA sections 107(a) and 113(g)(2), 42 U.S.C. §§ 9607(a) and 9613(g)(2),

22  that in any subsequent action or actions under section 107(a) for further response

23  costs incurred in connection with the Casmalia Site each defendant listed in

24  Attachment A hereto (hereinafter "Defendant" or collectively "Defendants") is

25  jointly and severally liable to DTSC, DFG and the Regional Board for the

26  respective response costs they incur in connection with the Casmalia Site.

27

28

                                    8

JURISDICTION AND VENUE

2.     Pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 9613(b), this Court has jurisdiction over the claims brought by the Plaintiff State Regulatory Entities under CERCLA.

3.     Venue is proper in the Central District of California pursuant to 42 U.S.C. § 9613(b) and pursuant to 28 U.S.C. § 1391(b), because the release or threatened release of hazardous substances into the environment occurred in this judicial district.

PLAINTIFF STATE REGULATORY ENTITIES

4.     DTSC is a public agency of the State of California, organized and existing under and pursuant to section 58000 et seq. of the California Health and Safety Code.  DTSC is a state agency with authority to determine whether there has been a release, or threat of release, of hazardous substances into the environment and to determine what actions are to be taken in response to the release or threat of release of hazardous substances into the environment.  In addition, pursuant to the provisions of the National Contingency Plan ("NCP") as provided at 42 U.S.C. §§ 9601(31) and 9605 and 40 C.F.R. § 300 et seq, DTSC is a support agency to the United States Environmental Protection Agency ("U.S. EPA") in connection with the environmental clean up of the Casmalia Site.

5.     DFG is a public agency of the State of California, organized and existing under and pursuant to section 700 et seq. of the California Fish and Game Code.  Pursuant to section 711.7 of the California Fish and Game Code, DFG has authority to respond to and prosecute any release of substances or materials deleterious to fish into the waters of the State of California.  Pursuant to the provisions of the NCP, DFG also is a support agency to U.S. EPA in connection with the environmental clean up of the Casmalia Site.

6.     The Regional Board is a public agency of the State of California, organized and existing under and pursuant to the Porter-Cologne Water Quality

1  Control Act, section 13000 et seq. of the California Water Code. The Regional

2  Board is the state agency with primary jurisdiction over regulation of water quality

3  in the Central Coast Region, in which the Casmalia Site is located. The Regional

4  Board is a state agency responsible under state law for determining whether there

5  has been a discharge of waste, including hazardous substances, into the

6  environment that has impaired or could threaten water quality, as well as the

7  necessity of taking actions in response to such discharges. In addition, pursuant to

8  the provisions of the NCP, the Regional Board also is a support agency to U.S. EPA

9  in connection with the environmental clean up of the Casmalia Site.

10      7.   DTSC, DFG and the Regional Board may recover response costs under

11  section 107(a) of CERCLA.

## DEFENDANTS

13      8.   Each Defendant is a "person," within the meaning of section 101(21) of

14  CERCLA, 42 U.S.C. § 9601(21).

15      9.   The Plaintiff State Regulatory Entities allege that on one or more

16  occasions each Defendant generated and/or disposed of and/or arranged for the

17  transport and/or disposal of, hazardous substances at the Casmalia Site, or is a

18  successor-in-interest to and/or has acquired or assumed the liabilities of a "person,"

19  within the meaning of section 101(21) of CERCLA, 42 U.S.C. § 9601(21), who

20  generated and/or disposed of and/or arranged for the transport and/or disposal of

21  hazardous substances at the Casmalia Site. These hazardous substances have been

22  discharged, deposited, disposed of, and/or released at or from the Casmalia Site.

## GENERAL ALLEGATIONS

24      10.  The Casmalia Resources Hazardous Waste Management Facility

25  ("Casmalia Facility") is an inactive commercial hazardous waste treatment, storage,

26  and disposal facility, which accepted large volumes of hazardous substances from

27  1973 to 1989. Located on a 252-acre parcel in Santa Barbara County, California,

28  approximately ten (10) miles southwest of Santa Maria and one and one-half miles

DTSC et al. v. A&G German Cars, et al. (Casmalia)

1   north of the town of Casmalia, the Casmalia Facility consists of six landfills,

2   numerous surface impoundments, disposal trenches, injection wells, waste

3   spreading areas and tank treatment systems.

4       11.  The Casmalia Site consists of the Casmalia Facility together with the

5   areal extent of contamination that is presently located in the vicinity of the

6   Casmalia Facility and all suitable areas in very close proximity to the contamination

7   necessary for the implementation of the response action and any areas to which

8   such contamination migrates.  The Casmalia Site is located near the southern end of

9   the Casmalia Hills in the San Antonio Basin of coastal California.  The Casmalia

10  Site is situated within the Shuman Canyon drainage sub-basin on a southern facing

11  slope traversed by three small canyons.  Casmalia Creek, about 500 feet west, is the

12  surface water body nearest to the Casmalia Site.  The creek flows to the southwest

13  to join Shuman Creek approximately one mile southwest of the town of Casmalia.

14  Shuman Creek continues southward and westward, discharging eventually into the

15  Pacific Ocean.

16      12.  Hazardous substances within the definition of section 101(14) of

17  CERCLA, 42 U.S.C. § 9601(14), have been, or are threatened to be, released into

18  the environment at and from the Casmalia Site.  These hazardous substances

19  include a wide variety of organic and inorganic compounds and include the wastes

20  sent by the Defendants to the Casmalia Site.

21      13.  During the Casmalia Facility's sixteen years of operation, the

22  owner(s)/operator(s) accepted approximately 5.6 billion pounds of liquid and solid

23  wastes for disposal and treatment at the Casmalia Facility.  Based on information

24  known to date, the Plaintiff State Regulatory Entities allege that each Defendant

25  generated and/or disposed of, and/or arranged for the transport and/or disposal of,

26  no more than 8.5 million pounds of waste out of approximately 5.6 billion pounds

27  of waste accepted for disposal at the Casmalia Facility.  Attachment B attached

28  hereto, and incorporated herein, sets forth the amount of waste that was sent to the

1   Casmalia Site that is specifically attributable to each Defendant from the facilities

2   identified in Attachment B.

3       14.  From 1980 to 1989, the Casmalia Facility had interim status under

4   federal and state law pursuant to the Resource Conservation and Recovery Act

5   ("RCRA") (also known as the Solid Waste Disposal Act), 42 U.S.C. § 6901 et seq.,

6   and the California Hazardous Waste Control Law ("HWCL"), Cal. Health & Safety

7   Code§ 25100 *et seq.*  Because of continuing deficiencies in the Casmalia Facility

8   operations, no final hazardous waste facility permit was granted.  The Casmalia

9   Facility has not been closed in accordance with the requirements of RCRA or the

10  HWCL.

11      15.  In late 1989, the owner(s)/operator(s) of the Casmalia Facility ceased

12  accepting off-site waste shipments to the Casmalia Facility and, in the early 1990s,

13  the owner(s)/operator(s) stopped all active efforts to properly close and remediate

14  the Casmalia Facility and the Site.

15      16.  On or about September 13, 2001, the Casmalia Site was listed on the

16  National Priorities List ("NPL") pursuant to CERCLA section 105(a)(8)(B), 42

17  U.S.C. § 9605(a)(8)(B).  The Casmalia Site is a "facility" within the meaning of

18  section 101 (9) of CERCLA, 42 U.S.C. §9601(9).

19      17.  There have been, and continue to be, releases of hazardous substances

20  into the environment at and from the Casmalia Site within the meaning of section

21  101(22) of CERCLA, 42 U.S.C. §9601(22).

22      18.  As a result of the release or threatened release of hazardous substances at

23  and from the Casmalia Site, the Plaintiff State Regulatory Entities have each taken

24  response actions and incurred response costs, within the meaning of section 101

25  (25) of CERCLA, 42 U.S.C. §9601 (25), including, but not limited to, response

26  costs incurred in their capacity as support agencies to U.S. EPA, at or in connection

27  with the environmental cleanup of the Casmalia Site and in overseeing the cleanup

28  of the Casmalia Site.

19.   The response costs incurred by each of the Plaintiff State Regulatory Entities in response to the release or threatened release of hazardous substances at or from the Casmalia Site have been incurred in a manner that satisfies the requirements of Section 107(a)(4) of CERCLA, 42 U.S.C. §9607(a)(4), in that the activities of the Plaintiff State Regulatory Entities are not, and have not been, inconsistent with the applicable requirements of the National Contingency Plan, 40 C.F.R. Part 300.

20.   Each of the Plaintiff State Regulatory Entities continues to undertake response actions and to incur response costs in connection with the environmental cleanup of the Casmalia Site.

## FIRST CLAIM FOR RELIEF

(DTSC's Claim for Recovery of Response Costs Pursuant to
Section 107(a) of CERCLA at Casmalia Site and for Declaratory Relief under
Section 113(g)(2) of CERCLA)

21.   DTSC incorporates the allegations in paragraphs 1 through 20 as though fully set forth herein.

22.   Defendants are each liable parties under section 107(a)(3) of CERCLA, 42 U.S.C. §9607(a)(3).

23.   Defendants are jointly and severally liable to DTSC, without regard to fault or negligence under section 107(a)(3) of CERCLA, 42 U.S.C. §9607(a)(3), for all costs of response incurred by DTSC resulting from the release or threatened release of hazardous substances at and/or from the Casmalia Site.

24.   DTSC has incurred response costs, as the term "response" is defined in CERCLA section 101(25), 42 U.S.C. § 9601(25), in connection with the environmental cleanup of and/or from the Casmalia Site and will continue to incur such response costs in a manner not inconsistent with the NCP, as set forth at 40

1   C.F.R., Part 300, section 300,400 et seq.  DTSC is entitled to recovery of response

2   costs from Defendants.

3       25.  Pursuant to section 113(g)(2) of CERCLA, 42 U.S.C. §9613(g)(2), DTSC

4   is entitled to a declaratory judgment that Defendants are jointly and severally liable

5   in any subsequent action by DTSC to recover further costs it incurs in response to

6   the release or threatened release of hazardous substances at or from the Casmalia

7   Site.

8                       SECOND CLAIM FOR RELIEF

9               (DFG's Claim for Recovery of Response Costs Pursuant to
10      Section 107(a) of CERCLA at Casmalia Site and for Declaratory Relief under
11                       Section 113(g)(2) of CERCLA)

12      26.  DFG incorporates the allegations in paragraphs 1 through 20 as though

13  fully set forth herein.

14      27.  Defendants are each liable parties under section 107(a)(3) of CERCLA,

15  42 U.S.C. §9607(a)(3).

16      28.  Defendants are jointly and severally liable to DFG, without regard to

17  fault or negligence under section 107(a)(3) of CERCLA, 42 U.S.C. §9607(a)(3), for

18  all costs of response incurred by DFG resulting from the release or threatened

19  release of hazardous substances at and/or from the Casmalia Site.

20      29.  DFG has incurred response costs, as the term "response" is defined in

21  CERCLA section 101(25), 42 U.S.C. § 9601(25), in connection with the

22  environmental cleanup of and/or from the Casmalia Site and will continue to incur

23  such response costs in a manner not inconsistent with the NCP, as set forth at 40

24  C.F.R., Part 300, section 300,400 et seq.  DFG is entitled to recovery of response

25  costs from Defendants.

26      30.  Pursuant to section 113(g)(2) of CERCLA, 42 U.S.C. §9613(g)(2), DFG

27  is entitled to a declaratory judgment that Defendants are jointly and severally liable

28

1   in any subsequent action by DFG to recover further costs it incurs in response to the

2   release or threatened release of hazardous substances at or from the Casmalia Site.

3

4                          THIRD CLAIM FOR RELIEF

5

6       (Regional Board's Claim for Recovery of Response Costs Pursuant to
    Section 107(a) of CERCLA at Casmalia Site and for Declaratory Relief under

7                      Section 113(g)(2) of CERCLA )

8       31.   The Regional Board incorporates the allegations in paragraphs 1 through

9   20 as though fully set forth herein.

10      32.   Defendants are each liable parties under section 107(a)(3) of CERCLA,

11  42 U.S.C. §9607(a)(3).

12      33.   Defendants are jointly and severally liable to the Regional Board, without

13  regard to fault or negligence under section 107(a)(3) of CERCLA, 42 U.S.C.

14  §9607(a)(3), for all costs of response incurred by the Regional Board resulting from

15  the release or threatened release of hazardous substances at and/or from the

16  Casmalia Site.

17      34.   The Regional Board has incurred response costs, as the term "response"

18  is defined in CERCLA section 101(25), 42 U.S.C. § 9601(25), in connection with

19  the environmental cleanup of and/or from the Casmalia Site and will continue to

20  incur such response costs in a manner not inconsistent with the NCP, as set forth at

21  40 C.F.R., Part 300, section 300,400 et seq. The Regional Board is entitled to

22  recovery of response costs from Defendants.

23      35.   Pursuant to section 113(g)(2) of CERCLA, 42 U.S.C. §9613(g)(2), the

24  Regional Board is entitled to a declaratory judgment that Defendants are jointly and

25  severally liable in any subsequent action by the Regional Board to recover further

26  costs it incurs in response to the release or threatened release of hazardous

27  substances at or from the Casmalia Site.

28

                                    15                DTSC et al. v. A&G German Cars, et al. (Casmalia)

1

## PRAYER FOR RELIEF

2      WHEREFORE, DTSC, DFG and the Regional Board pray for judgment

3  against each of the Defendants as follows:

4      1.    For a judgment that each Defendant is jointly and severally liable to the

5  DTSC, DFG and the Regional Board, without regard to fault, under section 107(a)

6  of CERCLA, 42 U.S.C. § 9607(a), for all costs of response actions, including

7  without limitation, oversight costs, enforcement costs, and attorneys' fees, incurred

8  by DTSC, DFG and the Regional Board, through the date of judgment, in response

9  to releases and threatened releases of hazardous substances at and from the

10  Casmalia Site;

11     2.  For declaratory judgment, pursuant to section 113(g)(2) of CERCLA, 42

12  U.S.C. § 9613(g)(2), that each Defendant is jointly and severally liable to DTSC,

13  DFG and the Regional Board, without regard to fault, in any subsequent action or

14  actions for all future response costs incurred by each of the Plaintiff State

15  Regulatory Entities in response to the release and/or threatened release of hazardous

16  substances at and/or from the Casmalia Site;

17     3.    For pre-judgment interest to the extent permitted by law;

18     4.    For attorneys fees, enforcement costs and costs of this suit; and

19     5.    For such other relief as the Court deems just and appropriate.

20

21

22

23

24

25

26

27

28

16                    DTSC et al. v. A&G German Cars, et al.  (Casmalia)

1    Dated: _Aug 24_, 2011                    Respectfully submitted,

2                                             KAMALA D. HARRIS
                                             Attorney General of California
3

4

5                                            MARGARITA PADILLA
                                             SUPERVISING DEPUTY ATTORNEY GENERAL
6                                            *Attorneys for Plaintiff California Department
                                             of Toxic Substances Control*
7

8

9                                            DEBORAH A. WORDHAM
                                             Deputy Attorney General
10                                           *Attorney for Plaintiffs, California Department
                                             of Fish and Game, and Regional Water Quality
11                                           Control Board, Central Coast Region*

     SA2001CV0892
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              17          DTSC et al. v. A&G German Cars, et al.  (Casmalia)

# ATTACHMENT A

Attachment A – List of Defendants

A&G German Cars;
A&H Plating, Inc.;
A.O. Smith Corp.;
Advanced Coatings & Chemical;
Air Logistics Corporation;
Air Products and Chemicals, Inc.;
AK Steel Corporation;
Akzo Nobel Coatings Inc.;
Akzo Nobel Paints LLC;
ALCO Capital Group, Inc.;
Allergan Inc.;
Alma Piston Co./Tomadur Engine Co.;
Aluminum Precision Products, Inc.;
Alyeska Pipeline Service Company;
American Airlines, Inc.;
American Honda Motor Co., Inc.;
Ameron International Corporation;
Amico West;
Amsec Major;
Amtrak-National Railroad Passenger Corp.;
Angelus Block Company Inc.;
Anheuser-Busch Companies Inc.;
Anomet Metal Finishing;
AOC, LLC;
Arkema Inc.;
Armtec Defense Products Co.;
Ashland Inc.;
Asphalt Products Oil Corp.;
Associates Insectary;
Astro Pak Corporation;
Atlas Galvanizing Company;
Automation Plating Corp.;
Avery Dennison Corporation;
Aviall Inc.;
B&Z Disposal;
Baker Hughes Oilfield Operations, Inc.;
Ball Corporation;
Bank of America, National Association;
Barron Anodizing;
BASF Corp.;
Baxter Healthcare Corporation;
Beazer East, Inc.;
Bell Sports, Inc.;
Benjamin Moore & Co.;
Berkshire Hathaway Inc.;
BetzDearborn, Inc.;

Beylik Drilling Inc.;
BHP Coated Steel Corp.;
Blue Diamond Growers;
BOC Gases;
Borg-Warner, Inc.;
Brandenburg, Staedler & Moore;
Bridgestone Americas Tire Operations, LLC;
Bristow Group Inc.;
Broadridge Securities Processing Solutions, Inc.;
Brown-Pacific Inc.;
Budget Rent A Car System, Inc.;
Calafiore & Associates;
California Institute of Technology;
California Steel Industries Inc.;
California Technical Plating Inc.;
Camsco Residential;
Carpenter Co.;
Carrier Corporation;
Caterpillar Inc.;
Catholic Healthcare West;
CBS Corporation;
Cedars-Sinai Medical Center;
Central Santa Clara County Regional Occupational Agency;
Ceradyne Inc.;
Champion Technologies, Inc.;
Channel Industries Inc.;
Chemical Transportation (Tank/Cleaning) a/k/a Chemical Rainbow Transport Tank Cleaners;
Cimarex Energy Co.;
CIPCO;
City of Azusa;
City of Burbank;
City of Huntington Beach;
City of Lompoc;
City of Monrovia;
City of Newport Beach;
City of Palo Alto;
City of Riverside;
City of San Diego;
City of San Jose;
City of San Marino;
City of Santa Maria;
City of Santa Monica;

Attachment A – List of Defendants

City of Signal Hill;
City of Sunnyvale;
City of Vernon;
Clougherty Packing Co.;
Coca-Cola Refreshments USA, Inc.;
Coherent, Inc.;
Cohu Inc. Electronics Div.;
ConAgra Foods, Inc.;
Consolidated Fabricators Corp.;
Continental Holdings, Inc.;
Continental Materials Corporation;
Conway Oil Company;
Cooper Industries, LLC;
County of Kern;
County of Kings;
County of Marin;
County of Riverside;
County of Sacramento;
County of San Benito;
County of San Diego;
County of San Joaquin;
County of Santa Barbara;
County of Ventura;
County Sanitation District No. 2 of Los
Angeles County;
CoxCom Inc.;
Crane Co.;
Crenshaw Christian Center Church of Los
Angeles;
Crown Cork & Seal Co., Inc.;
CTS Keene, Inc.;
CTS Printex Inc.;
Cubic Corporation;
Culligan International Company and
Culligan Water Conditioning of Orange
County;
D&D Tanks;
D&S Industries;
David Karney Contractor;
Dayton Superior Corporation;
Decalta International Corporation;
Deluxe Packages;
Downey Glass;
Dunn Edwards Corp.;
Dura-Bond Bearing Co.;
E & T LLC;

E.C. Loomis & Son;
E.M. Johansing Partnership;
Eastern Contra Costa Transit Authority;
Eaton Corporation;
EDO Corporation;
Elconin and Saffrin II;
Electromatic Inc.;
Elixir Industries;
El Paso E.S.T. Company, as Trustee of
EPEC Oil Company Liquidating Trust;
Embee Inc.;
Emerson Electric Co.;
Emery Air Freight Corp.;
Ernest Carlson;
ESCO Technologies Inc.;
Estech Inc.;
EXAR Corporation;
Exide Corp.;
Facet Energy (Gammaloy Ltd.);
Federal Express Corporation;
Federal Mogul;
FHL Group;
Flower Street Partnership;
FMC Corporation;
FMM, Inc.;
Foothill-DeAnza Community College
District;
Frazee Industries Inc.;
GATX Corporation;
Genentech, Inc.;
General Atomics;
General Mills, Inc.;
George Industries;
Georgia Pacific Corp.;
Gerard Metal Craftsmen Inc.;
John Gherini, Sue J. Sword and Northern
Trust, N.A., as co-trustees of the Marian
Mullin Hancock Charitable Trust;
Glasteel Tennessee Inc.;
Goleta Water District;
H&H Paramount Ltd.;
Hanson Aggregates, LLC;
Harriman Street Partners;
Hawthorne/Stone Real Estate;
Henkel of America, Inc. Henkel Corporation
and Dexter Hysol Aerospace LLC;

## Attachment A – List of Defendants

Hi-Shear Corp.;
Host International;
Kenneth M. House as Trustee of the Estate
of Dr. Howard P. House;
Hurst Chemical Co.;
ICI Americas Inc.;
Imation Corp.;
Imperial Oil & Grease;
Industrial Wire Products Corp.;
Ingersoll-Rand Company;
Intel Corp.;
InterMetro Industries Corporation;
International Paint Inc.;
ITT Corporation;
J.R. Simplot Co.;
JBL Scientific Inc.;
Johns Manville;
K and L Anodizing Corp.;
Kaiser Foundation Health Plan Inc.;
Key Energy Services, Inc.;
Kinder Morgan Energy Partners, L.P.;
Kinsbursky Brothers;
Kliklok Corporation;
Knott's Berry Farm;
Koch Materials, LLC;
Kyocera America Inc.;
Lear Siegler Diversified Holdings;
Leggett & Platt, Inc.;
Lin Data Corp;
Lincoln Place Associates Limited
Partnership;
Bodycote Thermal Processing, Inc.;
Long Beach Community College District;
Long Beach Unified School District;
Longview Fibre Company and Longview
Fibre Paper and Packaging Inc.;
Los Angeles County Metropolitan Transit
Authority;
Los Angeles Galvanizing Co.;
Los Angeles Unified School District;
Los Rios Community College District;
Los Robles Regional Medical Center;
Lubeco Inc.;
Luxfer Inc.;
M.C. Gill Corp.;
MAFO/Pneumo Abex LLC;

Martinez Shopping Center;
Marwais Steel Company, LLC;
Masco Corp.;
Master Halco Inc.;
Materion Brush Inc.;
Matheson Gas Products, Inc.;
Matson Navigation Company, Inc.;
Mattel Inc.;
Maytag Corporation;
Mazda North American Operations;
McKesson Corporation;
MeadWestvaco Corporation;
Mechanical Metal Finishing Co., Inc.;
Menlo Caspian;
Mesa Center Automotive;
Metal Container Corporation of California;
Milard Group, Ltd.;
C. Edward Millar, Jr., as Trustee of the Sav
Mor Oil Co. Liquidating Trust;
Miller Brewing Company;
3M Company;
Mission Industries;
Mission Valley Ford Trucks;
Modine Manufacturing Company;
Montana Vista Co. LLC;
Montrose Chemical Corp. of California;
Motorola Inc.;
Nabors Holding Company;
Nabors Well Services Co.;
NAPP Systems, Inc.;
National Semiconductor Corporation;
National Semiconductor (Maine) Inc.;
National Steel & Shipbuilding Company;
Nestle USA, Inc.;
Nestle Waters North America Inc.,;
Neville Chemical Company;
Newport Corporation;
NI Industries, Inc.;
Northwest Pipe and Casing Co.;
Norton Packaging, Inc.;
NPEC Inc.;
Oakdale Memorial Park Inc.;
Occidental Chemical Corporation;
Olin Corporation;
Olympian Oil;
Omar Rendering Co.;

## Attachment A – List of Defendants

OSCA, Inc.;
Owens-Illinois Inc.;
Oxnard Pest Control Association;
PAC Foundry;
PAC Operating Limited Partnership, a
Delaware limited partnership;
Paccar, Inc.;
Pacific Coast Drum Company;
Pacific Racing Association/Golden Gate
Fields;
Pactiv Corporation;
Parker Hannifin Corp.;
Pasadena Area Community College District;
Pentrate Metal Processing Inc.;
Pepper Oil Co., Inc.;
PerkinElmer, Inc.;
Pfizer Inc.;
Pilkington Barnes Hind;
Pioneer North America, Inc.;
B.E. Fipp as Trustee for Fipp Family Trust;
Ernest Rady as Trustee of the Ernest Rady
Trust;
Merit Texas Properties, Inc.;
Plastic Materials Inc.;
Plessey, Inc.;
PQ Corporation;
Praxair, Inc.;
Prime Alloy Steel Castings;
Printronix, Inc.;
Products Engineering Corp.;
Prudential Insurance Co. of America;
Prudential Lighting Corporation;
Prudential Overall Supply Inc.;
R.R. Donnelley & Sons Company;
Redken Laboratories Inc.;
Republic Waste Services of Southern
California, LLC;
Revlon Consumer Products Corporation;
Rheem Manufacturing Co.;
Riverside Community Hospital;
Roche Holdings Ltd/Syntex (USA) Inc.;
Rogers Corporation;
RPM, Inc.;
Sacramento County Sanitation District No.
1;
Sacramento Municipal Utility District;

Saddleback Valley Unified School District;
Safeway Inc.;
Sage Energy Company;
San Diego Community College District;
San Joaquin Refining Company Inc.;
Sanmina-SCI Corporation;
Santa Maria Joint High School District;
Santa Palm Car Wash;
Santa Paula Union School District;
SANYO E&E Corporation;
Saticoy Lemon Association;
SBC Holdings;
Schmid Insulation Contractors, Inc.;
Scripps Research Institute;
Sears, Roebuck and Co.;
Shultz Steel Company;
Siemens Healthcare Diagnostics Inc.;
Sierracin Corp.;
Sigma Circuits Inc.;
Sigma Plating Co., Inc.;
Signetics Corporation;
Siliconix, Inc.;
Jerome E. Sklar as Trustee of the Esther &
Harold Mazur Trust;
Sony Electronics Inc.;
Sparton Corporation;
SRI International;
Sta-Lube, Inc.;
Standard Nickel-Chromium Plating
Company;
Stanford University;
Steelcase Inc.;
Stepan Company;
Sun Chemical Corporation;
Superior Industries International Inc.;
Supra Alloys Inc.;
T.G.L. Associates, Inc.;
TABC Inc.;
Technicolor Inc.;
Ted Levine Drum Co.;
Teledyne Technologies Incorporated;
Temple Inland Inc.;
Tesoro Petroleum Corporation;
Texas Instruments Incorporated;
Texas Instruments Tucson Corporation;
Textron Inc.;

Attachment A – List of Defendants

The Aerospace Corporation;                          Xerox Corporation
The Archdiocese of Los Angeles;
The Bekins Company;
The Clorox Company;
The Coca-Cola Company;
The Dial Corporation;
The Gillette Company;
The Housing Authority of the County of
Marin;
The Interlake Corporation;
The Marmon Group;
The Okonite Co., Inc.;
The Pasadena Center Operating Co.;
The Southland Corporation;
The Valspar Corporation;
Three Bond International, Inc.;
Time Warner;
Torrance Unified School District;
Toyota Motor Sales, USA, Inc.;
Triangle PWC, Inc.;
Tribune Company;
Tucson Electric Power Company;
Tyco Electronics Corporation;
Union Bank;
Unisys Corporation;
United Air Lines Inc.;
United States Steel Corporation;
United Technologies Corporation;
University of Southern California;
Urethane Industries;
US Borax Inc.;
Varian Associates, Inc.;
Vertis, Inc.;
Vesper Corp.;
Virco Manufacturing Corp.;
VWR Scientific, Inc.;
Walt Disney World Co.;
Weatherford International;
Weber Metals Inc.;
West County Wastewater District;
West Valley-Mission Community College
District;
Western Tube and Conduit Co.;
Vincent E. Wood and William A. Wood, as
Individuals;
World Oil Co.;

# ATTACHMENT B

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| A&G German Cars | A&G German Auto Garage | 488 Old Newport Blvd | Newport Beach | CA | 92660 | 400,780 |
| | | | | | | 400,780 |
| A&H Plating, Inc. | A&H Plating, Inc. | 1837 Victory Pl | Burbank | CA | 91504 | 299,039 |
| | | | | | | 299,039 |
| A. O. Smith Corp. | A.O. Smith Corp. | P O Box 23974 | Milwaukee | WI | 53223 | 1,107,460 |
| | A.O. Smith Corp. (FCM) | 7145 Industrial Ave | El Paso | TX | 79915 | 11,454 |
| | A.O. Smith Corp. (MEI) Attn: R.J. Micheli | 16 Zane Grey Rd | El Paso | TX | 79906 | 283 |
| | | | | | | 1,119,197 |
| Advanced Coatings & Chemical | Advanced Coatings & Chemicals | 4343 Temple City Blvd | Temple City | CA | 91980 | 108,310 |
| | | | | | | 108,310 |
| Air Logistics Corporation | Air Logistics Corporation | 3600 E Foothill Blvd | Pasadena | CA | 91107 | 104,756 |
| | | | | | | 104,756 |
| Air Products and Chemicals, Inc. | GSF Energy | 14747 San Fernando Ave | Sylmar | CA | 91342 | 23,960 |
| | Pacific Anchor Chemical Corporation | 5701 S Eastern Ave Ste 530 | Los Angeles | CA | 90040 | 59,340 |
| | GSF Energy | 2650 28th St | Signal Hill | CA | 90806 | 1,155 |
| | Air Products | 6505 San Fernando Rd | Glendale | CA | 91201 | 2,214 |
| | Air Products Manufacturing Co. | 23320 S Alameda | Long Beach | CA | 90810 | 118,880 |
| | Pacific Anchor Chemical Corporation | 3305 E 26th St | Los Angeles | CA | 90023 | 332,881 |
| | GSF Energy | P O Box 1900 (Long Beach CA 90801) | Monterey Park | CA | 91754 | 56,337 |

**Attachment B**
**Waste Quantity Attributed to Each Defendant / Setting Party**

| Defendant / Settling Party | Name | Facility Data | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | |
| Air Products & Chemicals | Air Products & Chemicals | 465 N Whisman | Mountain View | CA | 94040 | 4,035 |
| | Air Products & Chemicals | 1515 Norman Ave | Santa Clara | CA | 95050 | 2,219 |
| | | | | | | 601,021 |
| AK Steel Corporation, successor-by-merger to Armco, Inc. | Armco National Production System | 9001 Dice Rd | Santa Fe Springs | CA | 90670 | 1,089 |
| | Armco National Production System | 9100 S Norwalk Blvd | Los Nietos | CA | 90610 | 885,173 |
| | Armco, National Supply Division | 848 W Century St | Santa Maria | CA | 93455 | 4,400 |
| | Armco/Contech | P O Box 159 | Davis | CA | 95617 | 23,018 |
| | Armco/Cor Ban | 3100 Jefferson | Riverside | CA | 92504 | 198,560 |
| | | | | | | 1,112,240 |
| Akzo Nobel Coatings Inc. | Reliance Universal Inc. | 1215 W Lambert Rd | Brea | CA | 92621 | 428,209 |
| | Harshaw Chemical Co./Filtrol Corp. Partnership | 3250 E Washington | Los Angeles | CA | 90023 | 215,613 |
| | Harshaw Chemical Co./Filtrol Corp. Partnership | 12881 Bradley Ave | Sylmar | CA | 91342 | 29,580 |
| | Harshaw Chemical Co. | 2909 Supply Ave | Commerce | CA | 90040 | 33,251 |
| | Sikkens Aerospace Division | 20846 S Normandie Ave | Torrance | CA | 90503 | 260,623 |
| | AKZO Coatings Inc. | 20846 S Normandie Ave | Torrance | CA | 90502 | 218,295 |
| | Filtrol Corp. | 3200 E Washington Ave | Los Angeles | CA | 90023 | 398,966 |
| | | | | | | 1,584,537 |
| The Glidden Company, n/k/a Akzo Nobel Paints LLC | Glidden Paint Co./Glidden Coatings & Resins | 1000 16th St | San Francisco | CA | 94107 | 351,329 |
| | Grow Group Inc. | 2501 Malt Ave | Commerce | CA | 90040 | 14,760 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| | Grow Group Inc. | 11641 Pike | Santa Fe Spring | CA | 90670 | 72,452 |
| | Devoe Marine | 2625 Durahart St | Riverside | CA | 92507 | 1,206,777 |
| | Devoe & Reynolds Co. | 2625 Durahart St | Riverside | CA | 92507 | 79,980 |
| | Devoe Coatings Co. | 2625 Durahart St | Riverside | CA | 92507 | 299,880 |
| | Grow Group Inc. | 760 S Vail Ave | Montebello | CA | 90640 | 19,685 |
| ALCO Capital Group, Inc., as successor-in-interest to Ayers Chairmakers, Inc. | | | | | | 2,044,863 |
| | Ayers Chairmakers Inc. | 5700 S Avalon Blvd | Los Angeles | CA | 90011 | 286,098 |
| Allergan Inc. | | | | | | 286,098 |
| | Allergan Pharmaceuticals | 18600 Von Karman | Irvine | CA | 92664 | 142,578 |
| | Allergan Pharmaceuticals | 2525 Dupont Dr | Irvine | CA | 92713 | 803,650 |
| | Allergan Medical Optics | 9701 Jeronimo Rd | Irvine | CA | 92718 | 60,668 |
| Alma Piston Co. / Tomadur Engine Co. | | | | | | 1,006,896 |
| | Tomadur Engine Co. | 3737 S Capital Ave | City of Industry | CA | 91744 | 315,879 |
| Aluminum Precision Products, Inc. | | | | | | 315,879 |
| | Aluminum Precision Products | 2621 S Susan St | Santa Ana | CA | 92704 | 1,510,846 |
| Alyeska Pipeline Service Company | | | | | | 1,510,846 |
| | Alyeska Pipeline Service Company, Terminal Operations Dept. | P O Box 300 | Valdez | AQ | 99686 | 1,035,220 |
| | | | | | | 1,035,220 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| American Airlines, Inc. | American Airlines | 7000 Worldway West | Los Angeles | CA | 90045 | 236,940 |
| | American Airlines | P O Box 8277 San Francisco Int'l Airport | San Francisco | CA | 94128 | 51,100 |
| | American Airlines | 4209 Empire | Burbank | CA | 91505 | 648 |
| | | | | | | 288,688 |
| American Honda Motor Co., Inc. | American Honda Motor Co. Inc. | 100 W Alondra Blvd | Gardena | CA | 90247 | 54,131 |
| | American Honda Motor Co. Inc. | 123 Val Dervin Parkway | French Camp | CA | 95231 | 271 |
| | American Honda Motor Co. Inc. | 700 Van Ness Ave | Torrance | CA | 90509 | 293,460 |
| | | | | | | 347,862 |
| Ameron International Corporation | Ameron Steel & Wire Division | 12459 Arrow Hwy | Etiwanda | CA | 91739 | 125,275 |
| | Ameron | 4417 Oakport St | Oakland | CA | 97617 | 24,800 |
| | Ameron Protective Coatings | 201 N Berry St | Brea | CA | 92621 | 87,797 |
| | Ameron Pipe Division | 4635 Firestone Blvd | South Gate | CA | 90280 | 2,131 |
| | | | | | | 240,003 |
| Amico West | Amico West | 7939 E Slauson Ave | City of Commerce | CA | 90040 | 419,210 |
| | | | | | | 419,210 |
| Amsec Major | Amsec Major | 11925 Pacific Ave | Fontana | CA | 92335 | 119,180 |
| | | | | | | 119,180 |
| Amtrak-National Railroad Passenger Corp. | Amtrak Rly | 24351 E Washington | Los Angeles | CA | 90007 | 248,696 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 4 of 96

Attachment B

Waste Quantity Attributed to Each Defendant / Settling Party

**Facility Data**

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| N.R.P.C. (Am Trak) | | 2472 E 8th St | Los Angeles | CA | 90021 | 62,572 |
| | | | | | | 311,268 |
| Angelus Block Company Inc. | Angelus Block | 11740 Sheldon St | Sun Valley | CA | 91352 | 389,520 |
| | | | | | | 389,520 |
| Anheuser-Busch Companies Inc. | Anheuser Busch | 15800 Roscoe Blvd | Van Nuys | CA | 91406 | 311,573 |
| | Anheuser Busch | 3101 Busch Dr | Fairfield | CA | 94533 | 221,143 |
| | | | | | | 532,716 |
| Anomet Metal Finishing | Anomet Metal Finishing | 26415 Corporate Ave | Hayward | CA | 94545 | 348,920 |
| | | | | | | 348,920 |
| AOC, LLC | Alpha Resins | P O Box 818 | Perris | CA | 92370 | 897,497 |
| | Alpha Resins | 19991 Seaton Ave | Perris | CA | 92370 | 282,191 |
| | | | | | | 1,179,688 |
| Arkema Inc., successor to Elf Atochem North America, Inc. and M&T Chemicals, Inc. | | | | | | |
| | M&T Chemicals, Inc./Furane Products | 5121 San Fernando Rd W | Los Angeles | CA | 90039 | 215,363 |
| | M&T Chemicals, Inc./Furane Products | 4600 Sperry St Los Angeles | Los Angeles | CA | | 27,920 |
| | M&T Chemicals, Inc./Furane Products | 7340 Parmount | Pico Rivera | CA | 90660 | 48,332 |
| | | | | | | 291,615 |
| Arkema Inc., successor to Pennwalt Corporation and its subsidiary Turco Products, Inc. | Pennwalt Corp. | PO Box 187 | Calvert City | KY | 42029 | 434 |
| | Pennwalt Corp. | 630 N Batavia Ave | Orange | CA | 92668 | 123,913 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Penwalt Corp. | 1713 S. California | Monrovia | CA | 91016 | 15,033 |
| | Purex Corporation | 24600 S. Main St. | Carson | CA | 90745 | 2,087,685 |
| | | | | | | 2,227,065 |
| Armtec Defense Products Co. | Armtec | 85901 Ave 53 | Coachella | CA | 92236 | 498,415 |
| | | | | | | 498,415 |
| Ashland Inc. | Ashland Chemical Co. | 150 West Broadway (PO Box 1209) | Mesa | AZ | | 27,087 |
| | Ashland Chemical Co. | 8600 Enterprise | Newark | CA | 94560 | 13,302 |
| | Ashland Chemical Co. | P O Box 2219 | Columbus | OH | 43216 | 1,738 |
| | Ashland Chemical Co. | 6608 E 36th St | Los Angeles | CA | 90040 | 379,255 |
| | Ashland Chemical Co. | 1401 Middle Harbor Rd | Oakland | CA | 94607 | 100,440 |
| | | | | | | 521,822 |
| Asphalt Products Oil Corp. | Asphalt Products Oil Corp. | 1001 Ashby Ave | Berkeley | CA | 94710 | 260,396 |
| | Asphalt Products Oil Corp. | 2405 South St | Long Beach | CA | 90805 | 150,155 |
| | | | | | | 410,551 |
| Associates Insectary | Associates Insectary | 1400 E Santa Paula | Santa Paula | CA | 93060 | 697,240 |
| | | | | | | 697,240 |
| Astro Pak Corporation | Astro-Pak Corp. | 12201 Pangborn St | Downey | CA | 90241 | 33,480 |
| | Astro-Pak Corp. | 609 Anita St | Chula Vista | CA | 92011 | 33,564 |
| | Astro-Pak Corp./640 | 8708 Cleta St | Downey | CA | 90041 | 41,740 |
| | Astro-Pak Corp. | | | | | 587,259 |
| | | | | | | 696,043 |
| Atlas Galvanizing Company | Atlas Galvanizing Company | 2639 Leonis Blvd | Los Angeles | CA | 90058 | 1,554,300 |
| | | | | | | 1,554,300 |
| Automation Plating Corp. | Automation Plating | 927 Thompson Ave | Glendale | CA | 91201 | 496,242 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Avery Dennison Corporation | White Graphics Systems | 2664 Saturn St | Brea | CA | 92621 | 27,309 |
| | Dennison Eastman Corporation | 3451 Collins Ave | Richmond | CA | 94804 | 127,767 |
| | Avery Graphics | 2664 Saturn St | Brea | CA | 92621 | 18,969 |
| | Avery International | 2900 Bradley | Pasadena | CA | 91107 | 61,374 |
| | Avery International | 325 N Altadena Dr | Pasadena | CA | 91107 | 92,390 |
| | Avery International | 8989 9th St | Rancho Cucamonga | CA | 91730 | 167,455 |
| | | | | | | 496,242 |
| | Avery Label | 1616 S California Ave | Monrovia | CA | 91016 | 248,642 |
| | Avery Label | 777 E Foothill Blvd | Azusa | CA | 91702 | 174,391 |
| | Soabar Co. | 12450 E Whittier Blvd | Whittier | CA | 90602 | 125,016 |
| | | | | | | 1,043,313 |
| Aviall Inc. | Aviall | 3111 Kenwood St | Burbank | CA | 91505 | 539,956 |
| | | | | | | 539,956 |
| B&Z Disposal | B&Z Disposal Service, Inc | 6254 Paramount Blvd | Long Beach | CA | 90805 | 556,260 |
| | B&Z Disposal Service, Inc | P O Box 116 | Lakewood | CA | 90714 | 228,860 |
| | | | | | | 785,120 |
| Baker Hughes Oilfield Operations, Inc. | Hughes Drilling Fluids | Bldg 419 | Oxnard | CA | 93041 | 120,780 |
| | Centrilift-Hughes | 5421 Argosy Ave | Huntington Beach | CA | 92649 | 109,820 |
| | Hughes Drilling Equipment | 7355 Slauson Ave | Commerce | CA | 90040 | 16,441 |
| | Milchem, Inc. | PO Box 5169 Montal? | Long Beach | CA | | 829,600 |
| | Baker Sand Control | 3930-B Chreey Ave | Ventura | CA | 90807 | 3,864 |
| | Baker Tools | Fleet Rd | Ventura | CA | | 13,020 |
| | Baker Sand Control | 5551 Aldrin Ct | Bakersfield | CA | 93313 | 396,764 |
| | Milchem, Inc. | Getty Oil Lloyd | Ventura | CA | | 43,140 |
| | Baker Service Tool | 4115 Transport St | Ventura | CA | 93003 | 102,320 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 7 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| Ball Corporation | Ball Metal Container Group | 2400 Huntington Dr | Fairfield | CA | 94533 | 1,014,573 |
| | Ball Corporation | 4000 N Ardine | El Monte | CA | 91734 | 2,375 |
| | Ball Aerospace | 5252 Bolsa Ave | Huntington Beach | CA | 92647 | 1,810 |
| | | | | | | 1,635,749 |
| Bank of America, National Association | Bank of America | 201 Mission St | San Francisco | CA | 94105 | 397 |
| | Continental Nut Co./Bank of America | 100 Ellinwood Third Floor | Pleasant Hill | CA | 94523 | 15,119 |
| | Bank of America | 8415 Byron Rd | Whittier | CA | 90606 | 9,860 |
| | Bank of America | 1000 W Temple St | Los Angeles | CA | 90012 | 9,840 |
| | Bank of America | 834 Jury Ct | San Jose | CA | 95112 | 208 |
| | Bank of America | 5200 E La Palma Ave | Anaheim | CA | 92807 | 1,796 |
| | Bank of America | 6933 Preston Ave | Livermore | CA | 94550 | 214 |
| | Bank of America | P O Box 6408 | Orange | CA | 92613 | 8,860 |
| | Bank of America | P O Box 37000 Dept 3661 | San Francisco | CA | 94137 | 191,920 |
| | Bank of America | 4359 State St | Ontario | CA | 91761 | 157,400 |
| | Bank of America - Automotive Services 4045 | 717 S Maple Ave | Los Angeles | CA | 90014 | 8,000 |
| | | | | | | 403,614 |
| Barron Anodizing | Barron Anodizing Co. | 1121 Isabel St | Burbank | CA | 91504 | 8,137 |
| | Barron Anodizing Co. | 2812 N San Fernando Rd | Burbank | CA | 91502 | 312,038 |
| | | | | | | 320,175 |
| BASF Corp. | Inmont Corporation | 407 Molino St | Los Angeles | CA | 90013 | 117,760 |
| | BASF Corp./Inmont Corporation | P O Box 2182 T A | Los Angeles | CA | 90051 | 13,620 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Facility Data | | | | |
| Inmont Corporation | Inmont Corporation | 12605 Marquardt Ave. | Santa Fe Springs | CA | | 179,440 |
| BASF Corp. | BASF Corp. | 100 Cherry Hill Rd | Parsippany | NJ | 7054 | 316 |
| | BASF Corp./Inmont Corporation | P O Box 3938 | Anaheim | CA | 92801 | 831,564 |
| | Inmont Corporation | 590 S Sante Fe Ave | Los Angeles | CA | 90013 | 162,400 |
| | Inmont Corporation | 1244 Lemon St POB 3938 | Anaheim | CA | 92801 | 31,360 |
| | BASF Corp./Inmont Corporation | 1545 Willow St | Oakland | CA | 94607 | 57,680 |
| | | | | | | 1,394,140 |
| Baxter Healthcare Corporation | Bentley Laboratories | 17502 Armstrong Ave | Irvine | CA | 92714 | 185,260 |
| | American Bentley Lab/Baxter Healthcare Corp. | 10502 Armstrong Ave | Irvine | CA | 92714 | 347,347 |
| | | | | | | 532,607 |
| Koppers Company Inc. n/k/a Beazer East, Inc. | Koppers Co., Inc. | PO Box 1112 | | | | 4,128 |
| | Koppers Co., Inc. | 3501 Collins Ave | Richmond | CA | 94806 | 320,896 |
| | Koppers Co., Inc. | 5980 Arcturus Ave | Oxnard | CA | 93033 | 2,015,780 |
| | Koppers Co., Inc. | 5431 District Blvd | Los Angeles | CA | 90040 | 102,763 |
| | Koppers Co., Inc. | 8810 Cherry | Fontana | CA | 92335 | 23,542 |
| | Koppers Co., Inc. | 5101 E Airport Dr | Ontario | CA | 91761 | 431 |
| | | | | | | 2,467,540 |
| Bell Sports, Inc. | Bell Helmets, Inc. | 15301 Shoemaker Ave | Norwalk | CA | 90150 | 156,080 |
| | | | | | | 156,080 |
| Benjamin Moore & Co. together with Technical Coatings Co. | Benjamin Moore & Co. | 3325 S Garfield | Los Angeles | CA | 90040 | 490,708 |
| | Technical Coating | 1002 Walsh Ave | Santa Clara | CA | | 106,560 |
| | | | | | | 597,268 |

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| Berkshire Hathaway Inc. | Mutual Savings | 315 E Colorado Blvd | Pasadena | CA | 91101 | 381,726 |
| | | | | | | 381,726 |
| BetzDearborn, Inc. | Betz Laboratories | 3050 Pegasus Rd | Bakersfield | CA | 93308 | 1,183,040 |
| | Betz Energy Chemicals, Inc. | 3145 E Harcourt | Compton | CA | 90221 | 74,080 |
| | Betz Laboratories | 3154 E Harcourt St | Compton | CA | 90221 | 207,800 |
| | Betz Laboratories | 1029 Cindy Ln | Carpinteria | CA | 93013 | 124,440 |
| | Betz Laboratories | 4636 Somerton Rd | Trevose | PN | 19047 | 10,360 |
| | | | | | | 1,599,720 |
| Beylik Drilling Inc. | Beylik Drilling | Spring and Redondo St | Long Beach | CA | 90801 | 329,540 |
| | | | | | | 329,540 |
| BHP Coated Steel Corp. | Supracote, Inc. | 11200 Arrow Hwy | Cucamonga | CA | 91730 | 2,002,592 |
| | | | | | | 2,002,592 |
| Blue Diamond Growers | California Almond Growers Exchange | 325 S Hale | Fullerton | CA | 92631 | 10,379 |
| | Blue Diamond Almond | 325 E Hole | Fullerton | CA | 92702 | 249 |
| | California Almond Growers | 1602 North A St | Sacramento | CA | 95814 | 10,042 |
| | California Almond Growers | 2001 Acoma St | Sacramento | CA | | 31,194 |
| | | | | | | 51,864 |
| BOC Gases | Airco Solar Products | 4020 Pike Ln | Concord | CA | 94520 | 4,886 |
| | Airco Industrial Gases Corp. | 731 Cutting Blvd | Richmond | CA | 94804 | 8,478 |
| | Airco Cryogenics | 1900 S East Main St | Irvine | CA | | 17,657 |
| | Airco Industrial Gases Corp. | 1290 S Sepulveda | Carson | CA | 90745 | 15,071 |
| | Airco Industrial Gases Corp. | 2535 Del Amo Blvd | Torrance | CA | 90503 | 51,090 |
| | Airco Temescal | 2850 7th St | Berkeley | CA | 94710 | 23,391 |
| | Airco Industrial Gases Corp. | 500 Superior Ave | Newport Beach | CA | 92662 | 29,484 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| | Airco Special Gases | 680 N Balwin Park Blvd | City of Industry | CA | 91749 | 643 |
| | Airco Industrial Gases Corp. | 660 N Baldwin Park Blvd | City of Industry | CA | 91744 | 384,637 |
| | Airco Industrial Gases Corp. | 5858 88th St | Sacramento | CA | 95828 | 98,902 |
| | | | | | | 634,239 |
| Borg-Warner, Inc., f/k/a Borg-Warner Automotive, Inc. | Borg Warner/IP International | P O Box 3209 (7500 Tyrone Ave VanNuys) | Pittsfield | MA | 1202 | 328,235 |
| Brandenburg, Staedler & Moore | Borg Warner | 27941 Front St | Temecula | CA | 92390 | 104,266 |
| | | | | | | 432,501 |
| | Brandenburg, Staedler & Moore | 333 W Santa Clara St Ste 1212 | San Jose | CA | 95113 | 354,200 |
| | | | | | | 354,200 |
| Bridgestone Americas Tire Operations, LLC, previously known as Bridgestone/Firestone Inc. | Firestone Tire & Rubber | 307 Travis Blvd | Fairfield | CA | 94533 | 106,340 |
| | Firestone Tire & Rubber | 1200 S Magnolia | Anaheim | CA | 92804 | 30,280 |
| | Firestone Tire & Rubber | 11905 Ventura Blvd | Studio City | CA | 91604 | 93,480 |
| | Firestone Tire & Rubber | 510 Water St | Santa Cruz | CA | 95060 | 89,220 |
| | Firestone Tire & Rubber | 6333 Telegraph Rd | Los Angeles | CA | 90040 | 135,860 |
| | Firestone Tire & Rubber | 2440 Firestone | South Gate | CA | 90280 | 1,806 |
| | Firestone Tire & Rubber | 6300 Washington Blvd | Commerce | CA | 90033 | 2,008 |
| | Firestone Tire & Rubber | 1001 Higuera St | San Luis Obispo | CA | 93401 | 4,100 |
| | Firestone Tire & Rubber | 6511 Foothill Blvd | Tujanga | CA | 91042 | 35,320 |
| | Firestone Tire & Rubber | 2525 Firestone Blvd | South Gate | CA | | 23,400 |
| | Firestone Tire & Rubber | 1974 University Ave | Berkeley | CA | 94710 | 30,820 |

**Attachment B**

Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | **Facility Data** | | | | |
| | Firestone Tire & Rubber | 10091 Magnolia Ave | Riverside | CA | 92503 | 188,564 |
| | Firestone Tire & Rubber | 860 N Nogales | City of Industry | CA | 91789 | 78,540 |
| | Firestone Tire & Rubber | 104 S McClay Ave | San Fernando | CA | 91340 | 37,780 |
| | Firestone Tire & Rubber | 7777 Edinger Blvd | Huntington Beach | CA | 92646 | 272,680 |
| | Firestone Tire & Rubber | 599 S First St | San Jose | CA | 95117 | 18,399 |
| | Firestone Tire & Rubber | 16171 S Beach Blvd | Huntington Beach | CA | 92647 | 224,780 |
| | Firestone Tire & Rubber | 506 Chapala St | Santa Barbara | CA | 93101 | 560 |
| | Firestone Tire & Rubber | 17320 Main St | Hesperia | CA | 92345 | 74,220 |
| | Firestone Tire & Rubber | 340 El Camino Real | Salinas | CA | | 53,135 |
| | Firestone Tire & Rubber | 2242 Tully Rd | San Jose | CA | 95122 | 185 |
| | Firestone Tire & Rubber | 2180 El Camino Real | San Mateo | CA | 94403 | 289,640 |
| | Firestone Tire & Rubber | 2800 George Blvd | San Francisco | CA | 94118 | 143,140 |
| | Firestone Tire & Rubber | 6011 Orangethorpe | Buena Park | CA | 90620 | 245 |
| Bristow Group Inc., f/k/a Offshore Logistics, Inc. | | | | | | 1,934,522 |
| | Offshore Logistics/MV Resolute | Port Hueneme Dock #1 | | CA | | 76,340 |
| | Offshore Logistics | P O Box 279 | Pt. Hueneme | CA | 93043 | 219,220 |
| Broadridge Securities Processing Solutions, Inc., successor in interest to Bunker Ramo Corp. | | | | | | 295,560 |
| | Bunker Ramo Corp. | 31717 La Tienda Dr | Westlake Village | CA | 91359 | 267,239 |
| Brown-Pacific Inc. | | | | | | 267,239 |
| | Brown Pacific Wire | 13659 Bora Dr PO Box 3288 | | | | 1,443,500 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 12 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Budget Rent A Car System, Inc. | | | | | | 1,443,500 |
| | Budget Rent A Car | 177 S Airport | San Francisco | CA | 94101 | 34,520 |
| | Budget Rent A Car | 121 98th Ave | Oakland | CA | 94603 | 1,070 |
| | Budget Rent A Car | 5651 Sepulveda Blvd | Van Nuys | CA | 91411 | 3,841 |
| | Budget Rent A Car | 110 S Higuera | San Luis Obispo | CA | 93401 | 661 |
| | Budget Rent A Car | 125 S Vineyard Ave | Ontario | CA | 91761 | 262,120 |
| | Budget Auto Sales | 975 W El Camino Real | Sunnyvale | CA | 94087 | 974 |
| | | | | | | 303,186 |
| Calafiore & Associates | | | | | | |
| | Calafiore & Associates | Freeman & Rafferty #3 Sulphur Mtn | | | | 47,460 |
| | Calafiore & Associates | 1930 Topez Ave | Ventura | CA | 93003 | 174,220 |
| | | | | | | 221,680 |
| California Institute of Technology | | | | | | |
| | California Institute of Technology | 1201 E California Blvd | Pasadena | CA | 91125 | 367,634 |
| | | | | | | 367,634 |
| California Steel Industries Inc. | | | | | | |
| | California Steel Industries | 14000 San Bernardino Ave | Fontana | CA | 92335 | 419,737 |
| | | | | | | 419,737 |
| California Technical Plating Inc. | | | | | | |
| | California Technical Plating | 11533 Bradley Ave | San Fernando | CA | 91340 | 411,878 |
| | | | | | | 411,878 |
| Camsco Residential | | | | | | |
| | Camsco Foundry | 419 S Motor Ave | Azusa | CA | 91702 | 786,065 |
| | | | | | | 786,065 |
| Carpenter Co. | | | | | | |
| | E.R. Carpenter | 7809 Lincoln | Riverside | CA | 92513 | 450,876 |
| | | | | | | 450,876 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Carrier Corporation | BDP Company | 855 Anaheim | City of Industry | CA | 91749 | 1,668,832 |
| | DDP Company, Division of Carrier Corporation | P O Box 1234 | City of Industry | CA | 91749 | 22,356 |
| | BDP Company | P O Box 1234 | City of Industry | CA | 91749 | 273,811 |
| | | | | | | 1,964,999 |
| Caterpillar Inc. | Caterpillar Tractor Co. | 800 Davis St | San Leandro | CA | 94577 | 40,574 |
| | Caterpillar Tractor Co. | 100 NE Adams St | Peoria | IL | 61629 | 131 |
| | Caterpillar Tractor Co./Monarch Ventures | 1933 Davis St. | San Leandro | CA | 94577 | 55,335 |
| | Caterpillar Tractor Co. | 1933 Davis St | San Leandro | CA | 94577 | 3,920 |
| | | | | | | 99,960 |
| Catholic Healthcare West, successor by merger to Mercy Hospital of Sacramento | City of Sacramento - Mercy Hospital | 4001 J St | Sacramento | CA | 95819 | 247,957 |
| | | | | | | 247,957 |
| CBS Corporation | Westinghouse Electric Corp. | 18020 S Santa Fe Ave | Compton | CA | 90221 | 21,212 |
| | Westinghouse Electric Corp. | 271 Sonora St | | CA | | 1,460 |
| | CBS Records | Caper Waste Pit | | | | 33,480 |
| | CBS Records | 900 E Stowell Rd | Santa Maria | CA | 93454 | 597,950 |
| | Westinghouse Electric Corp. | 1485 Bayshore Blvd | San Francisco | CA | 94124 | 4,071 |
| | Westinghouse Electric Corp. | 7145 Industrial Ave | El Paso | TX | 79915 | 49,501 |
| | Westinghouse Electric Corp. | 1539 East Del Amo Blvd | Carson | CA | | 1,640 |
| | CBS Records | 1313 53rd St. | Emeryville | CA | | 12,844 |
| | Westinghouse Electric Corp. | 1 Maritime Plaza | San Francisco | CA | 94111 | 296 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | **Facility Data** | | | | | |
| | CBS Fox | 4024 Bradford Ave | North Hollywood | CA | 91603 | 11,818 |
| | Westinghouse Electric Corp. | 12860 Muscatine St | Arleta | CA | 91331 | 748 |
| | Westinghouse Electric Corp. | 5899 Peladeau St | Emeryville | CA | 94608 | 91,920 |
| | CBS/MTM | 4024 Radford Ave | North Hollywood | CA | 91604 | 18,746 |
| | | | | | | 845,686 |
| Cedars-Sinai Medical Center | Cedars Sinai Medical Center | 8700 Beverly Blvd | Los Angeles | CA | 90048 | 432,603 |
| | | | | | | 432,603 |
| Central Santa Clara County Regional Occupational Agency | Central Regional Occupational Agency | 760 Hillsdale Ave | San Jose | CA | 95136 | 305,480 |
| | | | | | | 305,480 |
| Ceradyne Inc. | Ceradyne Inc. | 3169 Red Hill | Costa Mesa | CA | 92626 | 97,658 |
| | Ceradyne Inc. | 1741 Reynolds | Irvine | CA | 92714 | 513,646 |
| | Ceradyne Inc. | 3030A Red Hill | Santa Ana | CA | 92705 | 412,148 |
| | | | | | | 1,023,452 |
| Champion Technologies, Inc. | Champion Chemical Corporation | 1281 Brea Canyon Rd | Brea | CA | 92621 | 614,155 |
| | Champion Chemical Corporation | P O Box 45509 | Houston | TX | 99045 | 614,155 |
| | | | | | | 837 |
| Channel Industries Inc. | Sonatech, Inc. | 700 Botello Dr | Goleta | CA | 93117 | 5,620 |
| | Sonatech, Inc. | 2065 Sperry Avenue | Ventura | CA | | 6,360 |
| | Sonatech, Inc. | 879 Ward Dr | Goleta | CA | 93111 | 17,920 |
| | Channel Industries Inc. | 839 Ward Dr | Santa Barbara | CA | 93111 | 420,180 |
| | | | | | | 450,080 |

**Attachment B**
**Waste Quantity Attributed to Each Defendant / Settling Party**

**Facility Data**

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| Chemical Transportation ('Tank Cleaning) aka Chemical Rainbow Transport Tank Cleaners | Chemical Transportation | 21119 S Wilmington Ave | Long Beach | CA | 90810 | 1,219,174 1,219,174 |
| Cimarex Energy Co., on behalf of Argonaut Energy Corp. | Argonaut Energy Corp. Argonaut Energy Corp. Argonaut Energy Corp. | Spanish Ranch #1 Hwy 166 222 Vermont B Spanish Ranch #2 | Bakersfield | CA | | 111,300 27,480 294,020 432,800 |
| CIPCO | California Industrial Products Inc. | 11525 Shoemaker Ave | Santa Fe Springs | CA | 90670 | 2,815,755 2,815,755 |
| City of Azusa | City of Azusa City of Azusa - Police Department | 213 E Foothill Blvd 725 N Alameda Ave | Azusa Azusa | CA CA | 91702 91702 | 199,980 1,672 201,652 |
| City of Burbank | City of Burbank City of Burbank, Public Works/Street Div. City of Burbank - Fire Department City of Burbank City of Burbank City of Burbank - Redevelopment Agency | 320 N Lake St 124 S Lake St 353 E Olive 164 W Magnolia Blvd 275 E Olive Ave 275 E Olive Ave | Burbank Burbank Burbank Burbank Burbank Burbank | CA CA CA CA CA CA | 91502 91502 91502 91502 91502 91502 | 10,000 92,968 1,731 69,920 244,843 1,386 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 16 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| City of Burbank | City of Burbank | Naomi/Willow St Substation- Burbank | Burbank | CA | | 1,640 |
| | | | | | | 422,488 |
| City of Huntington Beach | City of Huntington Beach - Police Dept. | 2000 Main St | Huntington Beach | CA | 92648 | 1,940 |
| | City of Huntington Beach | 17371 Gothard St | Huntington Beach | CA | 92642 | 127,309 |
| | City of Huntington Beach | 19031 Huntington St | Huntington Beach | CA | 92648 | 91,940 |
| | | | | | | 221,189 |
| City of Lompoc | City of Lompoc - Water Treatment Water Treatment Plant (COPY) | 606 E North Ave | Lompoc | CA | 93436 | 34,028 |
| | City of Lompoc - Regional Wastewater Reclamation Facility Lompoc Water Treatment Plant | 100 Civic Center Plaza | Lompoc | CA | 93438 | 750,920 |
| | | | | | | 784,948 |
| City of Monrovia | City of Monrovia | 415 S Ivy St | Monrovia | CA | 91016 | 772,084 |
| | City of Monrovia | 600 S Mountain Ave | Monrovia | CA | 91016 | 1,877 |
| | | | | | | 773,961 |
| City of Newport Beach | City of Newport Beach - Police Dept. | 870 Santa Barbara Dr | Newport Beach | CA | 92660 | 626,303 |
| | City of Newport Beach | 3200 Newport Blvd | Newport Beach | CA | 92663 | 89,978 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| City of Newport Beach | City of Newport Beach | 592 Superior Ave | Newport Beach | CA | 92663 | 82,628 |
| | | | | | | 798,909 |
| City of Palo Alto | City of Palo Alto - Fire Dept. | P O Box 10250 | Palo Alto | CA | 94303 | 2,630 |
| | City of Palo Alto | 250 Hamilton Ave | Palo Alto | CA | 94301 | 6,256 |
| | City of Palo Alto | 1201 E Bayshore | Palo Alto | CA | | 111,949 |
| | City of Palo Alto | 2501 Embarcadero Way | Palo Alto | CA | 94303 | 204,937 |
| | City of Palo Alto - Police Dept. | 275 Forest Ave | Palo Alto | CA | 94301 | 647 |
| | | | | | | 326,419 |
| City of Riverside | City of Riverside - Fire Dept. | 3601 Ninth St | Riverside | CA | 92501 | 648 |
| | City of Riverside - Public Utilities/Electric | 10406 Allenby St | | CA | | 12,580 |
| | City of Riverside - Police Dept. | 4102 Orange St | Riverside | CA | 92501 | 59,033 |
| | City of Riverside - Police/Printing Svcs. | 2980 Washington St | Riverside | CA | 92504 | 836 |
| | City of Riverside - Riverside Transit Agency | 1825 3rd St | Riverside | CA | 92507 | 211 |
| | City of Riverside | 8095 Lincoln Ave | Riverside | CA | 92504 | 83,472 |
| | City of Riverside - Western Municipal Water Dist. | 450 Alessandro Blvd | Riverside | CA | 92517 | 5,738 |
| | City of Riverside | 3900 Main St | Riverside | CA | 92522 | 15,668 |
| | | | | | | 178,186 |
| City of San Diego | City of San Diego | 525 B St | San Diego | CA | 92101 | 523 |
| | City of San Diego | 1275 Caminito Centro | San Diego | CA | 92102 | 15,497 |
| | City of San Diego - Fire Dept. | 1222 First Ave | San Diego | CA | 92101 | 43,423 |
| | City of San Diego | 1222 1st Ave | San Diego | CA | 92101 | 42 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 18 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | |
| --- | --- | --- | --- | --- | --- |
| Name | Address | City | State | Zip Code | Qty (lbs.) |
| City of San Diego - Jack Murphy Stadium | 9449 Friars Rd | San Diego | CA | 92108 | 200 |
| City of San Diego - Fire Dept. | 525 5th Ave | San Diego | CA | 92101 | 743 |
| City of San Diego - Police Dept. | 7222 Skyline Dr | San Diego | CA | 92114 | 385 |
| City of San Diego - Water Utilities | 10710 Scripps Lake Dr | San Diego | CA | 92131 | 8,376 |
| City of San Diego - Water Utilities Dept., Alvarado Filter Plant | 5540 Kiowa Dr | La Mesa | CA | 92041 | 9,272 |
| City of San Diego - Park and Recreation Dept. | 1970 B St | San Diego | CA | 92102 | 4,853 |
| City of San Diego | 200 Hollister | San Diego | CA | 92154 | 9,860 |
| City of San Diego | 7100 Colorado Ave | La Mesa | CA | 92041 | 500 |
| City of San Diego - Police Dept. | 801 W Market St | San Diego | CA | 90101 | 25,128 |
| City of San Diego - Police Dept. | 5215 Gaines | San Diego | CA | 92110 | 746 |
| City of San Diego | 825 E Harbor Dr | | CA | | 719 |
| City of San Diego - Fire Dept. | 4964 Imperial Ave | | CA | | 1 |
| City of San Diego - Point Loma Wastewater Treatment Plant | 1902 Getchell Rd | San Diego | CA | 92115 | 5,340 |
| City of San Diego - Police Dept. | 1401 Broadway | San Diego | CA | 92101 | 2,554 |
| City of San Diego - Point Loma Wastewater Treatment Plant | 1010 Second Ave Ste 444 4077 N Harbor Dr | San Diego | CA CA | 92101 | 196,148 4,170 |
| City of San Diego | 2825 Pershing Dr | San Diego | CA | 92102 | 648 |
| City of San Diego | 3775 Morena Blvd | San Diego | CA | 92110 | 27,857 |

Attachment B page 19 of 96

**Attachment B**

**Waste Quantity Attributed to Each Defendant / Settling Party**

| Defendant / Settling Party | Facility Data | | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | |
| City of San Diego | City of San Diego - Equipment Division | 2740 Caminito Chollas | San Diego | CA | 92105 | 6,353 |
| | City of San Diego | 20th & B Sts | San Diego | CA | 92102 | 139 |
| | City of San Diego | 4077 N Harbor Dr | San Diego | CA | 92101 | 5,136 |
| | City of San Diego | 202 C St | San Diego | CA | 92101 | 12,671 |
| | City of San Diego - Dept. of General Services | 2781 Caminito Chollas | San Diego | CA | 92115 | 108,812 |
| | | | | | | 490,096 |
| City of San Jose | City of San Jose | 5090 Williams Rd | San Jose | CA | 95111 | 2,293 |
| | City of San Jose | 675 N First St | San Jose | CA | 95111 | 41,575 |
| | City of San Jose | 696 N Sixth | San Jose | CA | 95112 | 65,030 |
| | City of San Jose - Architectural Engineering Division | 801 N First St | San Jose | CA | 95110 | 284,008 |
| | City of San Jose - Parks and Recreation | 3055 Tuers Rd | San Jose | CA | 95121 | 15,156 |
| | City of San Jose - Police Community Center | San Pedro & Missions Sts | San Jose | CA | 95161 | 2,756 |
| | City of San Jose - Water Pollution Control | 700 Los Esteros Rd | San Jose | CA | 95134 | 1,109 |
| | | | | | | 411,927 |
| City of San Marino | City of San Marino | 2200 Huntington Dr | San Marino | CA | 91108 | 371,580 |
| | | | | | | 371,580 |
| City of Santa Maria | City of Santa Maria | 930 Miramonte Dr | Santa Barbara | CA | 93109 | 9,560 |
| | City of Santa Maria | 110 E Cook St | Santa Maria | CA | 93454 | 1,212,900 |
| | City of Santa Maria | 810 W Church | Santa Maria | CA | | | 63,600 |
| | City of Santa Maria | Dayry Creston St | | | | | 40,197 |
| | City of Santa Maria | Parks Dept | | | | | 640 |
| | | | | | | 1,326,897 |
| City of Santa Monica | | | | | | |

Attachment B

Waste Quantity Attributed to Each Defendant / Settling Party

Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | City of Santa Monica - Santa Monica Bus Lines | 1660 7th St | Santa Monica | CA | 90401 | 3,030 |
| | City of Santa Monica - Transportation Dept. | 1660 7th St | Santa Monica | CA | 90401 | 704 |
| | City of Santa Monica - Santa Monica Bus Lines | 1620 6th St | Santa Monica | CA | 90401 | 621,801 |
| | City of Santa Monica - Fire Dept. | 1444 7th St | Santa Monica | CA | 90401 | 19,336 |
| | Santa Monica Fire Dept. | | | | | |
| | City of Santa Monica 1685 Main Street #114 | 1228 S Bundy Dr | Los Angeles | CA | 90025 | 953 |
| | City of Santa Monica - Police Dept. | 1685 Main St | Santa Monica | CA | 90401 | 115,673 |
| | City of Santa Monica | 2500 Michigan Ave | Santa Monica | CA | 90404 | 42,902 |
| | | | | | | 804,399 |
| City of Signal Hill | City of Signal Hill - Redevelopment Agency | 2175 Cherry Ave | Signal Hill | CA | 90806 | 632,080 |
| | | | | | | 632,080 |
| City of Sunnyvale | City of Sunnyvale - Dept. of Public Works | 1444 Borregas Ave | Sunnyvale | CA | 94088 | 342 |
| | City of Sunnyvale | P O Box 3707 | Sunnyvale | CA | 94088 | 4,140 |
| | City of Sunnyvale | P O Box 60607 | Sunnyvale | CA | 94088 | 58,805 |
| | City of Sunnyvale | 1290 Reamwood Ave | Sunnyvale | CA | 94086 | 375 |
| | City of Sunnyvale - Dept. of Public Works | 221 Commercial | Sunnyvale | CA | 94086 | 60,592 |
| | City of Sunnyvale - Recycle Center/Water Pollution | 1444 Barregas Ave | Sunnyvale | CA | 94086 | 81,772 |
| | County of Santa Clara - Sunnyvale D.P.S. | 700 All America Way | Sunnyvale | CA | 94088 | 1,464 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| City of Sunnyvale | City of Sunnyvale - Fire Dept. | 650 W Olive | Sunnyvale | CA | 94088 | 100 |
| City of Vernon | City of Vernon | 4305 Santa Fe Ave | Vernon | CA | 90058 | 624,900 |
| | | | | | | 624,900 |
| City of Sunnyvale | City of Sunnyvale | 456 W Olive Ave | Sunnyvale | CA | 94086 | 16,587 |
| | | | | | | 224,177 |
| Cloughetty Packing Co. | Cloughert Packing | 3049 E Vernon Ave | Vernon | CA | 90058 | 278,140 |
| | | | | | | 278,140 |
| Coca-Cola Refreshments USA, Inc., successor to Coca-Cola Enterprises, Inc. (CCE), for itself, CCE, Coca-Cola Bottling Co., Coca-Cola Co., and Dr. Pepper | Coca Cola Bottling Co. | 5330 Linda Vista Rd | San Diego | CA | 92110 | 9,503 |
| | Coca Cola Bottling Co. | 1500 Mission St | San Francisco | CA | 94103 | 11,410 |
| | Coca Cola Co. | 1334 S Central | Los Angeles | CA | 90021 | 133,549 |
| | Coca Cola Co. | 2501 S Pullman | Santa Ana | CA | 92702 | 23,287 |
| | Coca Cola Bottling Co. | 700 W Grove | Orange | CA | 92665 | 1,929 |
| | Coca Cola Bottling Co. | 1348 47th St | San Diego | CA | 92102 | 12,506 |
| | Coca Cola Bottling Co. | 8729 Cueta St | Downey | CA | 90240 | 18,612 |
| | Coca-Cola Production | 4536 Patton Rd | Downey | CA | 90241 | 159,032 |
| | Coca Cola Co. | 10670 6th St | Rancho Cucamonga | CA | 91730 | 2,960 |
| | Coca Cola Co. | 6986 Bandini Blvd | City of Commerce | CA | 90825 | 8,070 |
| | Coca Cola Bottling Co./Doctor Pepper | 661 W Redondo Beach Blvd | Gardena | CA | 90247 | 190,278 |
| | Coca Cola Co. | | Los Angeles | CA | 90001 | 4,381 |
| | Coca Cola Co. | 1600 E 10th | Los Angeles | CA | 90021 | 9,730 |

Attachment B

Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Coherent, Inc. | | | | | | 585,247 |
| | Coherent Inc./Coherent Medical | 3270 W Bayshore Ave | Palo Alto | CA | 94303 | 2,968 |
| | Coherent Inc./Coherent Medical | 2301 Linburg St | Auburn | CA | | 100,440 |
| | Coherent Inc./Coherent Medical | 3210 Porter Dr | Palo Alto | CA | 94303 | 226,233 |
| | | | | | | 329,641 |
| Cohu Inc. Electronics Div. | Cohu, Inc., Electronics Division | 5755 Kearny Villa Rd | San Diego | CA | 92138 | 455,321 |
| | | | | | | 455,321 |
| ConAgra Foods, Inc., f/k/a ConAgra, Inc., on behalf of ConAgra Frozen Foods, ConAgra Grocery Products Company, LLC, United Can Company, and Beatrice/Hunt-Wesson, Inc. | Beatrice/Hunt & Wesson Food Inc. | 1701 W Valencia Dr | Fullerton | CA | 92634 | 686,382 |
| | United Can Company | Burbank & "C" St | Hayward | CA | | 334,293 |
| | Beatrice/Hunt & Wesson Food Inc. | 1747 W Commonwealth | Fullerton | CA | 92634 | 503,833 |
| | Banquet Foods Beatrice/Hunt & Wesson Food Inc. | 554 S Yosemite Ave | Oakdale | CA | 95361 | 58,104 |
| | United Can Company | 1900 Raymer Ave | Fullerton | CA | 92633 | 59,480 |
| | ConAgra Frozen Foods | 107 Kilroy Rd | Turlock | CA | 95381 | 856 |
| | | | | | | 1,642,948 |
| Consolidated Fabricators Corp. | Consolidated Fabricators | 14620 Armita St | Van Nuys | CA | 91402 | 433,340 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 23 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| Continental Holdings, Inc., as successor-in-interest for certain limited purposes to Continental Can Company together with Crown Cork & Seal Company, Inc. | | | | | | 433,340 |
| | Continental Can Co. | 357 E Taylor St | San Jose | CA | 95112 | 11,118 |
| | Continental Can Co. | 1300 Loveridge Rd | Pittsburgh | CA | 94565 | 2,750 |
| | Kiewit Pacific Company | 7011 Grayston Ln | San Jose | CA | 95124 | 35,540 |
| | Continental Can Co. | 567 S Riverside Dr | Modesto | CA | 95354 | 284 |
| | Continental Can Co. | 33280 Central Ave | Union City | CA | 94587 | 252,087 |
| | Continental Can Co. | 800 N Eight St | San Jose | CA | 95112 | 5,884 |
| | Continental Can Co. | 8201 Woodley | Van Nuys | CA | 91406 | 160,379 |
| | Continental Can Co. | 241 Cherokee | Denver | CO | 80223 | 8,420 |
| | Continental Can Co. | 5650 Grace Pl | Commerce | CA | 90072 | 122,902 |
| | Kiewit Pacific Company | 301 E Santa Clara | Arcadia | CA | 91006 | 23,580 |
| | | | | | | 622,944 |
| Continental Materials Corporation | Williams Furnace Company | 9175 N Milliken | Rancho Cucamonga | CA | 91730 | 7,473 |
| | Phoenix Manufacturing | 3655 E Roeser | Phoenix | AZ | 85040 | 197,439 |
| | Williams Furnace Company | 225 Acacia St | Colton | CA | 92324 | 283,525 |
| | | | | | | 488,437 |
| Conway Oil Company | Conway Oil | PO Box 2050 | Orcutt | CA | | 66,460 |
| | Conway Oil | Union Sugar #5 | Guadalupe | CA | | 39,100 |
| | Conway Oil | Cat Canyon Tank Batt | | | | 126,820 |
| | Conway Oil | Union Sugar #7 | | | | 26,360 |
| | Conway Oil | Goudalyn Union Sugar | | | | 15,040 |
| | Conway Oil | Brooking Tank Battery | | | | 776,010 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | |
| --- | --- | --- | --- | --- | --- |
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| Cooper Industries, Inc., n/k/a Cooper Industries, LLC | Conway Oil | Union sugar Lease | | | | 38,580 |
| | Conway Oil | | | | | 304,820 |
| | Conway Oil | | | | | 4,000 |
| | Conway Oil | Union Sugar Tank Battery Danninal Rd | | CA | | 40,700 |
| | | | | | | 1,437,890 |
| | Cooper Lighting | 6842 Walker St | La Palma | CA | 90623 | 8,894 |
| | McGraw Edison | 7533 Ave 304 | Visalia | CA | 93278 | 27,739 |
| | Cooper Tools, Campbell Division | 30070 Union City Blvd | Union City | CA | 94587 | 258,122 |
| | McGraw Edison | 500 South 15th St | Phoenix | AZ | | 403,680 |
| | | | | | | 698,435 |
| County of Kern | County of Kern | 1400 South St | Bakersfield | CA | 93301 | 981 |
| | County of Kern - Kern Medical Center | 1830 Flower St | Bakersfield | CA | 93305 | 158 |
| | County of Kern - Agricultural Commissioner | P O Box 1351 | Bakersfield | CA | 93302 | 7,615 |
| | County of Kern - Sheriff's Dept. | P O Box 2208 | Bakersfield | CA | 93303 | 55,768 |
| | County of Kern - Parks & Recreation | 1110 Golden State Ave | Bakersfield | CA | 93301 | 246,600 |
| | County of Kern - Env. Health Dept. | 2700 W St Ste 500 | Bakersfield | CA | 93301 | 2,707 |
| | County of Kern - Public Works, Road Dept. | 1600 Norris Rd | Bakersfield | CA | 93308 | 12,224 |
| | County of Kern - Fire and Safety Group | P O Box 2766 | Bakersfield | CA | 93303 | 3,182 |
| | County of Kern - Env. Health Dept. | 1700 Flower St | Bakersfield | CA | 93305 | 87,456 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| | County of Kern - Sheriff's Department | 1350 Norris Rd | Bakersfield | CA | 93308 | 4,359 |
| | | | | | | 421,050 |
| County of Kings | County of Kings - Health Dept. | | | | | |
| | Kings County Public Works Department | 330 Campus Drive | Hanford | CA | | 419,500 |
| | County of Kings - Public Works | 1400 W Lacey | Hanford | CA | 93230 | 500 |
| | | | | | | 420,000 |
| County of Marin | County of Marin - Housing Authority | 429 Drake Ave | Marin City | CA | 94965 | 1,206 |
| | County of Marin - Health Department | Marin County Civic Center | San Rafael | CA | 94903 | 8,748 |
| | County of Marin - Dept. of Agriculture | Room 422 | San Rafael | CA | 94903 | 3,042 |
| | County of Marin - Dept. of Public Works | P O Box 4186 | San Rafael | CA | 94913 | 496,220 |
| | | | | | | 509,216 |
| County of Riverside | County of Riverside - Sheriff | 4050 Main St | Riverside | CA | 92501 | 13,898 |
| | County of Riverside - Dept. of Health Services | 3575 11th St Mall | Riverside | CA | 92501 | 57,524 |
| | County of Riverside - Road Dept. | P O Box 1090 | Riverside | CA | 92502 | 2,042 |
| | County of Riverside - Sheriff Dept. | 880 N State | Hemet | CA | 92373 | 2,520 |
| | County of Riverside - Dept. of Health Services | 4065 County Circle Dr | Riverside | CA | 92503 | 19,814 |
| | County of Riverside - Fire Dept. | P O Box 5283 | Canyon Lake | CA | 92380 | 1,239 |
| | County of Riverside - Sheriff | 155 E Hays | Banning | CA | 92220 | 504 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | County of Riverside - Sheriff | P O Box 512 | Riverside | CA | 92502 | 93,800 |
| | County of Riverside | 4080 Lemon St Room 107 | Riverside | CA | 92501 | 338 |
| | County of Riverside - General Hospital | 9851 Magnolia Ave | Riverside | CA | 92503 | 3,104 |
| | County of Riverside - Sheriff   PO BOX FFF | | Indio | CA | | 1,128 |
| | County of Riverside - Sheriff's Dept, Lake Elsinore Station | 117 S Langstaff | Lake Elsinore | CA | 92330 | 194 |
| | County of Riverside - Sheriff | P O Box 1267 | Riverside | CA | 92502 | 12,715 |
| | County of Riverside | P O Box 1370 | Riverside | CA | 92501 | 4,844 |
| | County of Riverside - Dept. of Health Services | 3636 University Ave | Riverside | CA | 90501 | 140,037 |
| | County of Riverside - Sheriff | 4129 Main St | Riverside | CA | 92501 | 20,481 |
| | County of Riverside - Agriculture Dept. | 3133 7th St | Riverside | CA | 92507 | 4,872 |
| | County of Riverside - Housing Authority | 5555 Arlington Ave | Riverside | CA | 92504 | 3,594 |
| | County of Riverside - Road Dept. | 2980 Washington St | Riverside | CA | 92504 | 4,074 |
| | County of Riverside | P O Box 7600 Worsley Rd | Riverside | CA | 92513 | 8,513 |
| | County of Riverside | 26-251 Parkview | Palm Springs | CA | 92263 | 54,170 |
| | County of Riverside | | Desert Center | CA | 92239 | 4,054 |
| | | | | | | 453,459 |
| County of Sacramento | County of Sacramento - Public Works | 4135 Traffic Way | Sacramento | CA | 95827 | 43,170 |
| | County of Sacramento - Dept. of Airports | 7201 Earhart Dr | Sacramento | CA | 95837 | 1,783 |
| | County of Sacramento | 827 7th St | Sacramento | CA | 95814 | 375,820 |
| | County of Sacramento | 3701 Branch Center Rd Room 206 | Sacramento | CA | 95827 | 9,344 |
| | County of Sacramento - Sheriff | Main Jail 620 H St | | CA | | 459 |

**Attachment B**
**Waste Quantity Attributed to Each Defendant / Settling Party**

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Facility Data | | | | |
| County of Sacramento | County of Sacramento | 700 H St | Sacramento | CA | 95814 | 20,702 |
| | | | | | | 451,278 |
| County of San Benito | County of San Benito | 498 5th St | Hollister | CA | 95023 | 363,199 |
| | | | | | | 363,199 |
| County of San Diego | County of San Diego - Dept. of Health Services | 1420 Kettner Blvd | San Diego | CA | 92101 | 36,860 |
| | County of San Diego - Dept. of Public Works | | San Diego | CA | 92123 | 1,800 |
| | County of San Diego - Dept. of Public Works | 11937 Campo Rd | Spring Valley | CA | 92017 | 3,654 |
| | County of San Diego - Dept. of Public Works | 2198 Palomar Airport Rd | Carlsbad | CA | 92008 | 1,595 |
| | County of San Diego - Dept. of Public Works | 5555 Overland Dr | San Diego | CA | 92123 | 112,626 |
| | County of San Diego - Dept. of Health Services, Haz. Mat. Unit | 1700 Pacific Coast Hwy | San Diego | CA | 92101 | 9,641 |
| | County of San Diego - Dept. of Public Works, Div. II / San Diego County Sheriff | 115 Fifth St | Ramona | CA | 92065 | 5,762 |
| | County of San Diego - Dept. of Public Works, Div. II | 116 Fifth St | Ramona | CA | 92065 | 793 |
| | County of San Diego - Dept. of Public Works, Div. II | 1600 Descanso Ave | San Marcos | CA | 92069 | 2,380 |
| | County of San Diego - Dept. of General Services | 5555 Overland Dr Bldg 10 Mail Stop 059 | San Diego | CA | 92123 | 20,236 |
| | | | | | | 195,347 |
| County of San Joaquin | County of San Joaquin - Office of Emergency Services | 222 E Weber Room 401 | Stockton | CA | 95202 | 85,828 |
| | County of San Joaquin - San Joaquin General Hospital | 500 W Hospital Rd | French Camp | CA | 95231 | 285 |

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| | County of San Joaquin | 222 E Weber Ave | Stockton | CA | 95202 | 801,400 |
| | County of San Joaquin - Dept. of Agriculture | P O Box 1809 | Stockton | CA | 95201 | 15,387 |
| | | | | | | 902,900 |
| County of Santa Barbara | County of Santa Barbara - Public Works Division | 4415 Cathedral Oaks Rd | Santa Barbara | CA | 93102 | 167,545 |
| | County of Santa Barbara - Health Services | 315 Camino Del Remedio | Santa Barbara | CA | 93110 | 188,469 |
| | County of Santa Barbara - Parks Dept. | 1105 Santa Barbara St | Santa Barbara | CA | | 33,480 |
| | County of Santa Barbara - Sheriff Dept., Admin. Service | 812-A W Foster Rd | Santa Maria | CA | 93455 | 278 |
| | County of Santa Barbara - Sanitation Dept. | | | CA | | 211,850 |
| | County of Santa Barbara - Public Works Division | 500 W Foster Rd | Santa Maria | CA | 93455 | 5,005 |
| | County of Santa Barbara - County Jail | | | | | 87,940 |
| | County of Santa Barbara - Dept. of Transportation | 123 E Anapamu | Santa Barbara | CA | 93101 | 1,220 |
| | County of Santa Barbara - Parks Dept. | 4568 Calle Real | Santa Barbara | CA | 93105 | 38,864 |
| | County of Santa Barbara - Public Works Div, Santa Maria Ward | 912 W Foster Rd | Santa Maria | CA | 93454 | 55,860 |
| | County of Santa Barbara - Dept. of Agriculture, Comm. Office | 24 W Foster | | CA | | 5,001 |
| | County of Santa Barbara | Cachuma Lake | | | | 6,560 |
| | County of Santa Barbara | | | | | 15,160 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | County of Santa Barbara - Health Care Serv., Pub. Health Center | 500 W Foster Rd | Santa Maria | CA | 93455 | 1,799 |
| | County of Santa Barbara - Parks Dept., Jalama Beach Park | Jalama Beach Park | Lompoc | CA | 93436 | 376,615 |
| | County of Santa Barbara - Health Services | 385 N Arrowhead Ave | San Bernardino | CA | 92415 | 10,206 |
| | County of Santa Barbara - Health Dept. | 751 E Burton Mesa | Lompoc | CA | 93436 | 1,700 |
| | County of Santa Barbara | 105 E Anapamu St | Santa Barbara | CA | 93101 | 25,526 |
| | County of Santa Barbara | Santa Ynez Fire Station | Santa Ynez | CA | | 14,080 |
| | County of Santa Barbara - Health Dept. | 500 W Foster Rd | Santa Maria | CA | 93455 | 20 |
| | County of Santa Barbara | 816 W Boone St | | CA | | 33,739 |
| | County of Santa Barbara | 8910 State Hwy 246 | Santa Ynez | CA | 93460 | 9,820 |
| | County of Santa Barbara - Dept. of Agriculture | 1105 Santa Barbara St | Santa Barbara | CA | 93101 | 10,080 |
| | County of Santa Barbara | Earl Warren Showgrounds | Santa Barbara | CA | 93105 | 54,140 |
| | County of Santa Barbara | 930 Miramonte Dr | Santa Barbara | CA | 93109 | 258,901 |
| | | | | | | 1,613,858 |
| County of Ventura | County of Ventura | 3605 S Victoria | Oxnard | CA | 93030 | 1,730 |
| | County of Ventura - Sheriff's Dept., Crime Lab | 800 S Victoria Ave | Ventura | CA | 93003 | 2,099 |
| | County of Ventura - General Hospital | 3291 Loma Vista Rd | Ventura | CA | 93003 | 275 |
| | County of Ventura - Ventura County Medical Center | 3291 Loma Vista | Ventura | CA | 93003 | 1,307 |
| | County of Ventura - Public Works Dept. | 682 El Rio Dr | Oxnard | CA | 93030 | 124,140 |
| | County of Ventura | 800 S Victoria Ave | Ventura | CA | 93009 | 392,789 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | County of Ventura - Facilities Dept. | 800 S Victoria Ave | Ventura | CA | 93003 | 13,000 |
| | County of Ventura - Graphics Dept. | 800 S Victoria Ave | Ventura | CA | 93009 | 5,975 |
| | County of Ventura - Heavy Equipment Section | | Oxnard | CA | 93030 | 181,024 |
| | County of Ventura - Dept. of Airports | 295 Durley Ave | Camarillo | CA | 93010 | 12,500 |
| | County of Ventura - Flood Control | 7150 Walnut Canyon Rd | Moorpark | CA | 93021 | 11,260 |
| | County of Ventura - Environmental Health Dept. | 800 S Victoria Ave | Ventura | CA | 93003 | 183,221 |
| | County of Ventura - Environmental Health Dept. | 3147 Loma Vista | Ventura | CA | 93009 | 222 |
| | County of Ventura - Road Maintenance | 682 El Rio Dr | Oxnard | CA | 93030 | 7,300 |
| | County of Ventura - Fire Department | 275 E Pleasant Valley Rd | Camarillo | CA | 93010 | 1,649 |
| | County of Ventura - Sheriff Dept. #1431 | 67 Daley | Camarillo | CA | 93010 | 80 |
| | County of Ventura - Sherriff's Dept. | 800 S Victoria Ave | Ventura | CA | 93003 | 8,408 |
| | County of Ventura - Public Works Dept./Road Dept. | | Ventura | CA | 93002 | 5,720 |
| | | | | | | 952,699 |
| County Sanitation District No. 2 of Los Angeles County | County Sanitation District No. 2 of Los Angeles County | 2800 S Workman Mill Rd | Whittier | CA | 90601 | 121,298 |
| | County Sanitation District No. 2 of Los Angeles County | 5926 Sheila St | Commerce | CA | 90040 | 145,527 |
| | County Sanitation District No. 2 of Los Angeles County | P O Box 4998 | Whittier | CA | 90607 | 271,886 |

**Attachment B**

**Waste Quantity Attributed to Each Defendant / Settling Party**

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | County Sanitation District No. 2 of Los Angeles County | 7721 N Figueroa | Los Angeles | CA | 90041 | 1,507 |
| | County Sanitation District No. 2 of Los Angeles County | 1955 Workman Mill Rd | Whittier | CA | 90607 | 75,277 |
| | | | | | | 615,495 |
| CoxCom Inc. | Cox Cable | 2623 DeLaVina St | Santa Barbara | CA | 93105 | 1,307,303 |
| | Cox Cable | 5159 Federal Blvd | San Diego | CA | 92105 | 469 |
| | | | | | | 1,307,772 |
| Crane Co. | Hydro-Aire, Division of Crane Company | 3000 Winona Ave | Burbank | CA | 91504 | 276,894 |
| | Pacific Valves | 3201 Walnut Ave | Long Beach | CA | 90807 | 147,575 |
| | Barksdale Controls Division | 3211 Fruitland Ave | Los Angeles | CA | 90058 | 100,754 |
| | | | | | | 525,223 |
| Crenshaw Christian Center Church of Los Angeles | Crenshaw Christian Center | 8011 S Vermont | Los Angeles | CA | 90044 | 329,280 |
| | | | | | | 329,280 |
| Crown Cork & Seal Co., Inc. | Crown Cork & Seal | 601 Parr Blvd | Richmond | CA | 94801 | 140,741 |
| | | | | | | 140,741 |
| CTS Keene, Inc. | CTS Keene Inc./Keene Corp., Howe Division | 13704 Saricoy St | Van Nuys | CA | 91402 | 10,490 |
| | CTS Keene Inc./Keene Corp., Howe Division | 9433 Hyssop Dr | Rancho Cucamonga | CA | 91730 | 1,920 |
| | CTS Keene Inc./Keene Corp., Lighting Division | 13100 Marley Ave | Fontana | CA | 92334 | 6,931 |
| | CTS Keene Inc./Keene Corp., Ray Proof | 9431 Hyssop Dr | Rancho Cucamonga | CA | 91730 | 19,784 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | Qty (lbs.) |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | Address | City | State | Zip Code | |
| CTS Keene Inc./Keene Corp., Reinhold Industries Div | CTS Keene Inc./Keene Corp. Reinhold Industries Div | 12827 E Imperial Hwy | Santa Fe Springs | CA | 91760 | 18,159 |
| CTS Printex Inc. | CTS Keene, Inc. | 3230 Riverside Ave | Paso Robles | CA | 93446 | 196,393 |
| | CTS Keene, Inc. | 500 Linne Rd | Paso Robles | CA | 93446 | 483,791 |
| | CTS Keene, Inc./Keene Products, Inc. | 3230 Riverside Ave | Paso Robles | CA | 93446 | 30,670 |
| | MBC Engineering, Inc. | 2501 Walsh Ave | Santa Clara | CA | 95050 | 120,003 |
| | MBC Engineering, Inc. | Santa Clara CA | Santa Clara | CA | | 6,914 |
| | M B C | Santa Clara CA | Santa Clara | CA | | 7,636 |
| | CTS Printex Inc. | 1950 Colony St | Mountain View | CA | 94043 | 8,803 |
| | CTS Printex Inc. | 47010 Kato Rd | Fremont | CA | 94539 | 1,009 |
| | | | | | | 768,138 |
| Cubic Corporation | Cubic Corp. | 5650 Kearny Mesa Rd | San Diego | CA | 92138 | 16,055 |
| | Cubic Communications | 305 Airport Rd | Oceanside | CA | 92054 | 2,207 |
| | Cubic Corp. | 9233 Balboa Ave | San Diego | CA | 92138 | 439,449 |
| | Cubic Western Data | 5650 Kearny Mesa Rd | San Diego | CA | 92138 | 8,193 |
| | | | | | | 465,904 |
| Culligan International Company and Culligan Water Conditioning of Orange County | Culligan Water Conditioning | 9145 Rose Ave | Bellflower | CA | 90706 | 94,824 |
| | Culligan | 3633 University Parkway | San Bernardino | CA | 92707 | 1,505 |
| | | | | | | 96,329 |
| D&D Tanks | D&D Tanks | (Loyd #2) Ojai Ojai Mt Rd | Ojai | CA | | 42,060 |
| | D&D Tanks | Baker #1 | Santa Paula | CA | | 100,580 |
| | D&D Tanks | | | | | 53,100 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 33 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | |
| D&D Tanks | D&D Tanks | Long Beach CA | Long Beach | CA | | 168,120 |
| | D&D Tanks | Loyd #2 Upper Ojai Rd | | | | 45,680 |
| | | | | | | 409,540 |
| D&S Industries | D&S Industries | 7432 Varna St | North Hollywood | CA | 91605 | 99,779 |
| David Karney Contractor | D&S Industries | 12303 Montague | Pacoima | CA | 91331 | 231,283 |
| | D&S Industries | 10241 Norris Ave | Pacoima | CA | 91331 | 14,613 |
| | | | | | | 345,675 |
| | David Karney Contractor | 2626 S Maple St | Fresno | CA | 93725 | 148,200 |
| | | | | | | 148,200 |
| Dayton Superior Corporation | Edoco Technical Products, Division of The Brukc Co | 22039 S Westward Ave | Long Beach | CA | 90810 | 251,131 |
| | | | | | | 251,131 |
| Decalta International Corporation | Decalta International | 1147 Oak Knoll Rd | Santa Maria | CA | 93454 | 158,400 |
| | Decalta International | Decalta Tank Battery | | | | 38,100 |
| | Decalta International | Decalta Tank Farm | | | | 41,120 |
| | Decalta International | Decalta Tank Setting | | | | 306,160 |
| | Decalta International | Decalta Tank Setting | | | | 59,548 |
| | Decalta International | Decalta Tank Setting | | | | 19,265 |
| | Decalta International | decalta TB | | | | 38,531 |
| | Decalta International | Decalta W/W Tank | | | | 35,028 |
| | Decalta International | Decalta Waste Tank | | | | 38,531 |
| | Decalta International | Decalta Waste Tank | | | | 38,531 |
| | Decalta International | Decalta Waste Tank | | | | 28,022 |
| | Decalta International | Decalta Waste Water | | | | 38,531 |
| | Decalta International | Decalta Waste Water | | | | 60,851 |
| | Decalta International | Decalta Waste Water | | | | 38,531 |
| | Decalta International | Decalta Waste Water | | | | 154,124 |
| | Decalta International | P O Box 398 | Castaic | CA | 91310 | 303,464 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | |
| | Decalta International | South Broadway | | | | 63,050 |
| | Decalta International | Sterling 310 | | | | 10,960 |
| | Decalta International | Ventura | Newhall | CA | 91320 | 38,860 |
| | Decalta International | Ventura | Ventura | CA | | 24,520 |
| | Decalta International | Wheat 3 | | | | 669,640 |
| | Decalta International | Wheat Lease | | | | 14,020 |
| | Decalta International | Wheat Lease W W Tk | | | | 227,040 |
| | Decalta International | Wheat Tank Battery | | | | 42,400 |
| | Decalta International | Wheat Tank Farm | | | | 443,107 |
| | Decalta International | Wheat Tank Setting | | | | 38,531 |
| | Decalta International | Wheat Waste Wate Tank | | | | 94,260 |
| | Decalta International | Wheat Waste Wate Tank | | | | 3,024,594 |
| Deluxe Packages | Deluxe Packages | 11605 Pike St | Santa Fe Springs | CA | 90670 | 51,236 |
| | Deluxe Packages | 205 Shaw Rd | So San Francisco | CA | 94080 | 273,033 |
| | | | | | | 324,269 |
| Downey Glass | Downey Glass Co. | 5631 Ferguson Dr | Los Angeles | CA | 90022 | 630,001 |
| | | | | | | 630,001 |
| Dunn Edwards Corp. | Dunn Edwards Corp. | 4925 E 52nd Pl | Los Angeles | CA | 90040 | 886,480 |
| | Dunn Edwards Corp. | 501 E Broadway | Glendale | CA | 91205 | 947 |
| | | | | | | 887,427 |
| Dura-Bond Bearing Co. | Dura-Bond Bearing Co. | 395 Portage Ave | Palo Alto | CA | 94306 | 177,228 |
| | Dura-Bond Bearing Co. | 3201 Ash St | Palo Alto | CA | 94306 | 126,475 |
| | | | | | | 303,703 |
| E & T LLC | Elliott Ten Eych Ltd. | 5491 Marina Way Dr | Long Beach | CA | 90803 | 326,700 |
| | | | | | | 326,700 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B

Waste Quantity Attributed to Each Defendant / Settling Party

Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| E. C. Loomis & Son | E.C. Loomis | 404 E Branch St | Arroyo Grande CA | | 93420 | 1,268,700 |
| | | | | | | 1,268,700 |
| E. M. Johansing Partnership | E.M Johansing Partnership | Star Route P O Box 4520 | San Miguel | CA | 93451 | 126,480 |
| | | | | | | 126,480 |
| Eastern Contra Costa Transit Authority | Eastern Contra Costa Transit Authority | 2400 Scyamore Dr #31 | Antioch | CA | 94509 | 113,302 |
| | | | | | | 113,302 |
| Eaton Corporation | Eaton IMS | 31717 La Tienda Dr | Westlake Village | CA | 91359 | 1,235,343 |
| | Eaton Corp. | 4001 N First St | San Jose | CA | 95134 | 4,200 |
| | Eaton Corp. | 1115 ? | | CA | | 35,832 |
| | Eaton Corp. | 500 Ellis St | Mountain View | CA | 94043 | 1,953 |
| | Eaton Corp./Cutler Hammer Products | 6431 Bandini Blvd | Los Angeles | CA | 90040 | 35,920 |
| | Eaton Corp. | 2338 Alaska Ave | El Segundo | CA | 90245 | 828 |
| | Eaton Corp. | 9420 Lurline | Chatsworth | CA | 91311 | 4,173 |
| | Eaton Corp. | 910 Benicia Ave | Sunnyvale | CA | 94086 | 6,722 |
| | | | | | | 1,324,971 |
| EDO Corporation | EDO Western Corporation | 300 S State College Blvd | Fullerton | CA | 92631 | 351,021 |
| | | | | | | 351,021 |
| Elconin and Saffrin II | Award Metals | 1430 Adelia Ave | South El Monte | CA | 91733 | 592,480 |
| | | | | | | 592,480 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | |
| Electromatic Inc. | Electromatic | 1232 E Pomona St | Santa Ana | CA | 92707 | 167,336 |
| | Electromatic | 3349 Union Pacific Ave | Los Angeles | CA | 90023 | 189,444 |
| | Electromatic | 789 S Kellog Ave | Goleta | CA | 93117 | 264,852 |
| | Electromatic | 7351 Radford Ave | North Hollywood | CA | 91605 | 96,273 |
| | | | | | | 717,905 |
| Elixir Industries | Elixir Industries | 18037 S Broadway Ave | Gardena | CA | 90248 | 143,216 |
| | Elixir Industries | 1420 S Bon View Ave | Ontario | CA | 91761 | 430,612 |
| | | | | | | 573,828 |
| El Paso E.S.T. Company, as Trustee of EPEC Oil Company Liquidating Trust for Tenneco Inc. (EPEC Oil Company) | HCT Oil & Gas Co. | PO Box 9909 | Bakersfield | CA | 93389 | 342,900 |
| | Tenneco West Inc. | P O Box 247 | Ducor | CA | 93218 | 2,625 |
| | Tenneco West Inc. | P O Box 9380 (Almond Plant) | Bakersfield | CA | 93389 | 463,998 |
| | HCT Oil & Gas Co. | 3501 Santa Clara Ave | Oxnard | CA | 95030 | 141,280 |
| | Tenneco West Inc. | P O Box HHH | Indio | CA | 92202 | 315,404 |
| | Tenneco Chemicals | 5555 Sunol Blvd | Pleasanton | CA | 94566 | 1,835 |
| | | | | | | 1,268,042 |
| Embee Inc. | Embee Plating | 2136 S Hathaway St | Santa Ana | CA | 92705 | 635,192 |
| | | | | | | 635,192 |
| Emerson Electric Co. | Beckman Industrial Corp. | 4141 Palm St | Fullerton | CA | 92635 | 92,881 |
| | Computer Power | 18150 S Figueroa St | Carson | CA | 90749 | 38,800 |
| | Sweco, Inc. | 6033 E Bandini Blvd | Los Angeles | CA | 90051 | 125,999 |
| | Emerson Electric Co. | 3300 S Standard | Santa Ana | CA | 92702 | 149,023 |
| | Beckman Industrial Corp. | 540 S Harbor Blvd | La Habra | CA | 90631 | 6,019 |
| | Beckman Industrial Corp. | 630 S Puente | Brea | CA | 92621 | 1,361 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | Emerson Industrial Service | 19888 Quiroz Ct | Walnut | CA | 91789 | 17,860 |
| | Uniloc | 2400 Barranca | Irvine | CA | 92714 | 1,952 |
| | Branson IPC | 31172 Huntwood Ave | Hayward | CA | 94544 | 4,112 |
| | Beckman Industrial Corp. | 600 S Harbor Blvd | La Habra | CA | 90631 | 39,990 |
| | | | | | | 477,997 |
| | | | | | | |
| Emery Air Freight Corp. | | | | | | |
| | Emery Air Freight Corp. | Old Danbury Rd | Wilton | CN | 6897 | 826,280 |
| | Emery Air Freight Corp. | 501 S Airport Blvd | South San Francisco | CA | 94080 | 480 |
| | Emery Air Freight Corp./Emery Worldwide | 3510 Hancock St | San Diego | CA | 92110 | 20 |
| | Emery Air Freight Corp./Emery Worldwide | 5705 W 98th St | Los Angeles | CA | 90045 | 2,269 |
| | | | | | | 829,049 |
| | | | | | | |
| Ernest Carlson | | | | | | |
| | Dr. Ernest Carlson | 1323 Say Rd | Santa Paula | CA | 93060 | 636,070 |
| | | | | | | 636,070 |
| | | | | | | |
| ESCO Technologies Inc., formerly named ESCO Electronics Corporation | | | | | | |
| | Rantec/PTK Corporation | 1173 Los Olivos Rd | Los Osos | CA | 93402 | 23,138 |
| | Vacco Industries | 10350 Vacco Blvd | So. El Monte | CA | 91733 | 374,367 |
| | Rantec | 24003 Ventura Blvd | Calabasas | CA | 91302 | 133,849 |
| | Ram-Tech | | | | | |
| | Rantec/PTK Corporation | P O Box 6128 | Los Osos | CA | 93402 | 16,334 |
| | Rantec | 20360 Plummer St | Chatsworth | CA | 91311 | 8,960 |
| | Rantec | 7659 Alabama Ave | Canoga Park | CA | 90304 | 13,911 |
| | | | | | | 570,559 |
| | | | | | | |
| Estech Inc. | | | | | | |
| | Estech Inc. | 4060 E 26th St | Los Angeles | CA | 90023 | 491,120 |
| | | | | | | 491,120 |
| | | | | | | |
| EXAR Corporation | | | | | | |
| | Exar Integrated Systems Inc. | P O Box 49007 | San Jose | CA | 95161 | 18,717 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | |
| Exar Integrated Systems Inc. | | 750 Palomar Ave | Sunnyvale | CA | 94086 | 484,420 |
| | | | | | | 503,137 |
| Exide Corp. | Exide Battery | 645 Penn St | Reading | PA | 19612 | 362,280 |
| | Exide Corp. | 101 Gibralter Rd | Los Angeles | CA | 90044 | 71,300 |
| | Exide Inc./Electro Energy | 5700 E Olympic | Los Angeles | CA | 90022 | 34,040 |
| | Exide Corp. | 700 Montague Expressway | Milpitas | CA | 95035 | 14,357 |
| | Exide Corp. | 9536 Ann St | Santa Fe Springs | CA | 90670 | 22,800 |
| | | | | | | 504,777 |
| Facet Energy (Gammaloy Ltd.) | Facet Energy c/o Gammaloy Ltd. | 3250 Cherry Ave | Long Beach | CA | 90807 | 847,030 |
| | | | | | | 847,030 |
| Federal Express Corporation | Federal Express | 6401 W Imperial Hwy | Los Angeles | CA | 90045 | 7,758 |
| | Federal Express | 9339 Ann St | Santa Fe Springs | CA | 90670 | 4,000 |
| | Federal Express | 9192 Kearny Villa Ct | San Diego | CA | 92123 | 36,560 |
| | Flying Tigers | 7401 World Way West | Los Angeles | CA | 90009 | 215,272 |
| | Federal Express | 80 Swan Way Ste 200 | Oakland | CA | 94621 | 1,228 |
| | Flying Tigers | 5927 W Imperial Blvd | Los Angeles | CA | 90021 | 50,628 |
| | Federal Express | 3405 W Pacific | Burbank | CA | 91505 | 6,624 |
| | | | | | | 322,070 |
| Federal Mogul | Federal Mogul | 11634 Patton Rd | Downey | CA | 90241 | 356,166 |
| | | | | | | 356,166 |
| FHL Group | Harpers of California | 2027 Harpers Way | Torrance | CA | 90501 | 1,247,391 |
| | | | | | | 1,247,391 |
| Flower Street Partnership | | | | | | |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Facility Data | | | | |
| | Flower Street Partnership | 4191 Stansbury | Sherman Oaks | CA | 91423 | 249,860 |
| | | | | | | 249,860 |
| FMC Corporation | FMC Corporation | 347 E 'G' St | Oakdale | CA | | 33,480 |
| | FMC Corporation | 10th & L | Sanger | CA | 93657 | 704 |
| | FMC Corporation | 15804 Live Oak Dr | Ivanhoe | CA | 93235 | 1,407 |
| | FMC Corporation | P O Box 607 | Woodlake | CA | 93286 | 3,518 |
| | FMC Corporation | 1540 Linden St | Riverside | CA | 92507 | 127,404 |
| | FMC Corporation | 4430 Commerce St | Riverside | CA | 92507 | 45,994 |
| | FMC Corporation | 2106 Santa Fe Ave | Hughson | CA | 95326 | 13,368 |
| | FMC Corporation | 236 Valencia | Lindsay | CA | 93247 | 76,391 |
| | FMC Corporation | 851 Parr Blvd | Richmond | CA | 94801 | 9,140 |
| | FMC Corporation | 8787 Enterprise | Newark | CA | 94560 | 72,152 |
| | FMC Corporation | 1409 N Main | Santa Paula | CA | 93060 | 53,620 |
| | FMC Corporation | P O Box 1669 | Fresno | CA | 93717 | 731 |
| | FMC Corporation | 855 Parr Blvd | Richmond | CA | 94801 | 18,302 |
| | FMC Corporation - Citrus | P O Box 5710 | Riverside | CA | 92517 | 5,529 |
| | FMC Corporation - Machinery Division | 333 W Julian St | San Jose | CA | 95103 | 28,180 |
| | FMC Corporation | 1185 Coleman Ave | Santa Clara | CA | 95050 | 29,984 |
| | FMC Corporation | Rd 248 | Lemon Grove | CA | 92045 | 2,111 |
| | FMC Corporation | 7373 Minnewawa Ave | Clovis | CA | 93612 | 704 |
| | FMC Corporation - Phos. Chem. Division | P O Box 344 | Newark | CA | 94560 | 4,002 |
| | FMC Corporation | 1200 Barium Rd | Modesto | CA | 95351 | 131,724 |
| | FMC Corporation | 23560 Ave 96 | Terrabella | CA | 93270 | 6,332 |
| | FMC Corporation | 495 E Bookaw Rd | San Jose | CA | 95112 | 18,807 |
| | FMC Corporation | 205 S Puente | Brea | CA | 92621 | 561,444 |
| | FMC Corporation | 6446 Fremont St | Riverside | CA | 92503 | 51,341 |
| | FMC Corporation | 1125 Coleman Ave | | | | 540,265 |
| | FMC Corporation | PO Box 365 | | | | 69,128 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | |
| | FMC Corporation - Industrial Brush Operations | P O Box 2608 | Pomona | CA | 91769 | 49,600 |
| | FMC Corporation | P O Box 219 | Lindsay | CA | 93247 | 67,697 |
| | | | | | | 2,023,059 |
| FMM, Inc., as successor to Mike Miller Toyota, Inc. | Mike Miller Toyota | 8777 W Washington Blvd | Culver City | CA | 90232 | 347,880 |
| | | | | | | 347,880 |
| Foothill-DeAnza Community College District | Foothill-DeAnza Community College District | 21250 Stevens Creek Blvd | Cupertino | CA | 95014 | 50,345 |
| | Foothill-DeAnza Community College District | 12345 El Monte Rd | Los Altos | CA | 94022 | 62,526 |
| | | | | | | 112,871 |
| Frazee Industries Inc. | Frazee Paint | 6625 Miramar Rd | San Diego | CA | 92126 | 290,600 |
| | Frazee Paint | 117 W Chapel | Santa Maria | CA | 93454 | 1,224 |
| | | | | | | 291,824 |
| GATX Corporation | GATX Tank Storage Terminals Corp. | P O Box 9007 | Long Beach | CA | 90810 | 7,060 |
| | GATX Tank Storage Terminals Corp. | B 172 | Wilmington | CA | 90744 | 36,920 |
| | Lux Chemical/GATX Terminal Corporation | 1001 Canal Blvd | Point Richmond | CA | 94804 | 1,376 |
| | GATX/General American Transportation | P O Box 507 | Colton | CA | 92324 | 353,531 |
| | | | | | | 398,887 |
| Genentech, Inc. | Genentech, Inc. | 460 Point San Bruno Blvd | South San Francisco | CA | 94080 | 407,824 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Facility Data | | | | |
| Genentech/Trevenol | Genentech/Trevenol | 110-C Pioneer Way | Mountain View | CA | 94041 | 408,316 |
| | | | | | | 492 |
| General Atomics | G.A. Tech | P O Box 85608 | San Diego | CA | 92138 | 208,731 |
| | General Atomic Company | 10955 John Jay Hopkins Dr | San Diego | CA | 92121 | 172,605 |
| | General Atomic Company | 11526 Sorrento Valley Rd | San Diego | CA | 92121 | 14,380 |
| | | | | | | 395,716 |
| General Mills, Inc. as successor in interest to Ogden Corporation (Ogden Foods Products) | Ogden Foods Products | 1405 Fresno Ave | Stockton | CA | 95205 | 338,480 |
| | | | | | | 338,480 |
| George Industries | George Industries | 4116 Whiteside St | Los Angeles | CA | 90063 | 318,435 |
| | | | | | | 318,435 |
| Georgia Pacific Corp. | Georgia Pacific Corp. | 1445 S McClintock Dr | Tempe | AZ | 85281 | 550 |
| | Georgia Pacific Corp. | 300 Laurel St | Bellingham | WA | 98225 | 49,420 |
| | Georgia Pacific Corp. | 2425 Malt Ave | City of Commerce | CA | 90040 | 180,074 |
| | Georgia Pacific Corp. | 249 E Grand Ave | San Francisco | CA | 94080 | 437 |
| | Georgia Pacific Corp. | 760 S Vail | Montebello | CA | 90620 | 103,660 |
| | Georgia Pacific Corp. | 6300 Regio Ave | Buena Park | CA | 90620 | 224,759 |
| | Georgia Pacific Corp. | 90 W Redwood Ave | Fort Bragg | CA | 95437 | 1,099 |
| | | | | | | 559,999 |
| Gerard Metal Craftsman Inc. | Gerard Metal Craftsmen | 151 W Rosecrans Ave | Gardena | CA | 90249 | 456,345 |
| | | | | | | 456,345 |

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| John Gherini, Sue J. Sword and Northern Trust, N.A., as co-trustees of the Marian Mullin Hancock Charitable Trust for Rosemary Farm | Rosemary Farms | 720 Rosemary Rd PO Box 699 | Santa Maria | CA | 93454 | 593,280 |
| | Rosemary Farms | Stowell Rd | Santa Maria | CA | 93454 | 137,760 731,040 |
| Glasteel Tennessee Inc. | Glasteel, Inc. | 1727 S Buene Vista | Duarte | CA | 91010 | 175,951 175,951 |
| Goleta Water District | Goleta Water District | | Goleta | CA | 93117 | 212,560 212,560 |
| H&H Paramount Ltd. | H&H Paramount | 1900 Avenue of the Stars #1625 | Los Angeles | CA | 90067 | 1,460,340 1,460,340 |
| Hanson Aggregates, LLC, successor-in-interest to Riverside Cement Co. | Riverside Cement Company | P O Box L | Oro Grande | CA | 92368 | 288,132 |
| | Riverside Cement Company | 19409 National Trails Highway | Grante | CA | 92368 | 283,340 |
| | Riverside Cement Company | 1500 Rubidoux Blvd | Riverside | CA | 92502 | 49,839 621,311 |
| Harriman Street Partners | Harriman Street Partners | 3151 Airway Ave Ste L 1 | Costa Mesa | CA | 92626 | 228,480 228,480 |
| Hawthorne/Stone Real Estate | | | | | | |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | Qty (lbs.) |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | Address | City | State | Zip Code | |
| Henkel of America, Inc.; Henkel Corporation, as successor to Henkel Loctite Corporation, as successor to Loctite Corporation, for themselves and on behalf of Henkel Loctite Corporation and Loctite Corporation and Dexter Hysol Aerospace, L.L.C., formerly Dexter Hysol Aerospace, Inc., and the Hysol Division of The Dexter Corporation | Berkeley Business Center | 2900 San Pablo Ave | Berkeley | CA | 94702 | 812,460 812,460 |
| | Dexter Corporation, Midland Division (Dexter Midla Division | 31500 Hayman St | Hayward | CA | 94544 | 163,422 |
| | Dexter Corporation, Hysol Division | 15051 E Don Julian Rd | Industry | CA | 91749 | 95,323 |
| | Dexter Corporation, Hysol Division | 2850 Willow Pass Rd | Pittsburg | CA | 94565 | 259,705 |
| | | | | | | 518,450 |
| Hi-Shear Corp. | Hi-Shear Corp. | 2830 Lomita Blvd | Torrance | CA | 90505 | 15,280 |
| | Hi-Shear Corp. | 2600 Skypark Dr | Torrance | CA | 90509 | 371,046 |
| | | | | | | 386,326 |
| Host International | Casa Maria/Charlie Brown's Restaurant | 760 S Seaward | Ventura | CA | 93003 | 790,975 790,975 |
| Kenneth M. House as Trustee of the Estate of Howard P. House on behalf of Verdugo Hill Golf Course | | | | | | |

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | **Facility Data** | | | | |
| Verdugo Hill Golf Course | Verdugo Hill Golf Course | 6933 La Tuna Canyon | Tujunga | CA | 91042 | 277,300 |
| | | | | | | 277,300 |
| Hurst Chemical Co. | Hurst Graphics | 2500 San Fernando Rd | Los Angeles | CA | 90065 | 413,860 |
| | | | | | | 413,860 |
| ICI Americas Inc. | Arbroo Electronics Inc. | 7820 Gloria Ave | Van Nuys | CA | 91406 | 365,094 |
| | | | | | | 365,094 |
| Imation Corp. | 3M Company | 350 S Lewis Rd | Camarillo | CA | 93010 | 621,066 |
| | | | | | | 621,066 |
| Imperial Oil & Grease | Imperial Oil | 4875 W 147th St | Hawthorne | CA | 90250 | 173,651 |
| | | | | | | 173,651 |
| Industrial Wire Products Corp. | Industrial Wire Corporation | 2417 E 23rd St | Los Angeles | CA | 90058 | 417,369 |
| | | | | | | 417,369 |
| Ingersoll-Rand Company | Ingersoll-Rand | 5211 Paramount Blvd | Pico Rivera | CA | 90660 | 42,160 |
| | Schlage Lock Company | 2401 Bayshore Blvd | San Francisco | CA | 94124 | 321,037 |
| | Ingersoll-Rand | 2315 S Santa Fe Ave | Los Angeles | CA | 90058 | 39,540 |
| | Ingersoll-Rand/Proto Tools | 2208 Santa Fe | Los Angeles | CA | 90058 | 21,320 |
| | Ingersoll-Rand/Proto Tools | 2209 Santa Fe | Los Angeles | CA | 90058 | 7,960 |
| | | | | | | 432,017 |
| Intel Corp. | Intel Corp. | 2161 Deleware Ave | Santa Cruz | CA | 95060 | 67,120 |
| | Intel Corp. | 3601 Juliette Lane | Santa Clara | CA | 95050 | 125,836 |
| | Intel Corp. | 250 N Mines Rd | Livermore | CA | 94550 | 513,507 |
| | Intel Corp. | 2625 Walsh Santa Clara | Santa Clara | CA | | 33,480 |
| | Intel Corp. | 4100 Sara Rd | Rio Rancho | NM | 87124 | 14,247 |
| | Intel Corp. | 2880 Northwestern Parkway | Santa Clara | CA | 95051 | 205,439 |
| | Intel Corp. | 365 Middlefield Rd | | | | 162,688 |
| | Intel Corp. | 3065 Bowers Ave | Santa Clara | CA | 95051 | 287,831 |

**Attachment B**

Waste Quantity Attributed to Each Defendant / Settling Party

Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Intel Corp. | 2970 Mead Ave | Santa Clara | CA | 95051 | 67,795 |
| | Intel Corp. | 151 Blue Lavine Rd | Folsom | CA | 95630 | 2,698 |
| | Intel Corp. | 5000 W Williams Field Rd | Chandler | AZ | 85224 | 1,172,520 |
| | Intel Corp. | 385 Middlefield Rd | Chandler | AZ | | 33,480 |
| | | | | | | 2,686,641 |
| InterMetro Industries Corporation | | | | | | |
| | Intermetro | 9393 Arrow Hwy | Cucamonga | CA | 91730 | 333,837 |
| | | | | | | 333,837 |
| International Paint Inc. | International Paint Co. | 220 S Linden | South San Francisco | CA | 94080 | 203,150 |
| | | | | | | 203,150 |
| ITT Corporation | ITT Jabsco Products | 1485 Dale Way | Costa Mesa | CA | 92626 | 16,640 |
| | ITT Neo-Dyn | 21411 Prairie St | Chatsworth | CA | 91311 | 14,535 |
| | ITT Aerospace Controls | 1200 S Flower | Burbank | CA | 91502 | 21,175 |
| | ITT Gilfilan | P O Box 3466 | Van Nuys | CA | 91407 | 101,490 |
| | ITT Courier | 16090 W 17th St | Tempe | AZ | 85281 | 84,831 |
| | ITT Gilfilan | 15151 Bledsoe | Sylmar | CA | 91342 | 637 |
| | ITT General Controls | 801 Allen Ave | Glendale | CA | 91201 | 895,034 |
| | ITT Gilfilan | 7821 Orion Ave Gate A | Van Nuys | CA | 91409 | 170 |
| | ITT Cannon Micro Division | 10550 Talbert St | Fountain Valley | CA | 92708 | 2,333 |
| | ITT Barton | 900 S Turnbull Canyon Rd | City of Industry | CA | 91749 | 156,932 |
| | ITT Cannon Electric | 2801 Air Lane | Phoenix | AZ | | 6,480 |
| | ITT Hancock Ind. | 3690 Sprig Dr | Benicia | CA | 94510 | 33,480 |
| | ITT Cannon Electric | 666 Dyer Rd | Santa Ana | CA | 92702 | 1,423,989 |
| | ITT Gilfilan | 7821 Orion Ave | Van Nuys | CA | 91406 | 40,257 |
| | | | | | | 2,797,983 |

J. R. Simplot Co.

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 46 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| | J.R. Simplot Co./Simplot Soilbuilders | P O Box 207 | Edison | CA | 93220 | 5,300 |
| | J.R. Simplot Co./Simplot Soilbuilders | P O Box 725 | Shafter | CA | 93263 | 3,518 |
| | J.R. Simplot Co./Simplot Soilbuilders | 928 Harkins Rd | Salinas | CA | 93901 | 2,916 |
| | J.R. Simplot Co./Simplot Foods | P O Box 1057 | Delano | CA | 93216 | 940 |
| | J.R. Simplot Co./Simplot Soilbuilders | 16777 Howland Ave | Lathrop | CA | 95330 | 1,162,250 |
| | J.R. Simplot Co./Simplot Soilbuilders | 1315 S Blosser Rd | Santa Maria | CA | 93454 | 44,920 |
| | J.R. Simplot Co./Simplot Foods | P O Box 2059 | Salinas | CA | 93902 | 10,254 |
| | J.R. Simplot Co./Simplot Foods | 288 Guadalupe St | Guadalupe | CA | 93434 | 64,420 |
| | J.R. Simplot Co./Simplot Soilbuilders | 6108 Sheila St | Los Angeles | CA | 90040 | 59,880 |
| JBL. Scientific Inc. | JBL Scientific, Inc. | 277 Granada Dr | San Luis Obispo | CA | 93401 | 129,182 |
| | JBL Chemical Company | 825 Capitolio Way | San Luis Obispo | CA | 93401 | 166,795 |
| | JBL Chemical Company | 67 Linda Ln | | CA | | 2,720 |
| | | | | | | 1,354,398 |
| | | | | | | 298,697 |
| Johns Manville, f/k/a Johns Manville International, Inc. | Manville Building Materials | 1251 Magnolia Ave | Corona | CA | 91720 | 276,663 |
| | Manville Sales Corporation | P O Box 904 | Willows | CA | 95988 | 41,960 |
| | Manville Products Corp. | 2500 Miguelito Rd | Lompoc | CA | 93436 | 754,573 |
| | Manville Corporation | 13500 Saticoy St | Van Nuys | CA | 91402 | 696 |
| | Johns-Manville Corp. | P O Box 5108 | Denver | CO | 80217 | 46,440 |

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Johns-Manville Corp. | Johns-Manville Corp. | 2500 Miguelito Rd | Lompoc | CA | | 26,520 |
| | | | | | | 1,146,852 |
| K and L Anodizing Corp. | K&L Anodizing | 1200 S Victory Blvd | Burbank | CA | 91502 | 410,991 |
| | | | | | | 410,991 |
| Kaiser Foundation Health Plan Inc. | Kaiser Medical Center | 441 N Lakeview Ave | Anaheim | CA | 92302 | 234 |
| | Kaiser Permanente | 1935 Webster St | Oakland | CA | 94612 | 2,851 |
| | Kaiser Regional Offices | 4747 Sunset Blvd | Los Angeles | CA | 90027 | 1,213 |
| | Kaiser Permanente Hospital | 2025 Morse Ave | Sacramento | CA | 95825 | 3,254 |
| | Kaiser Foundation Health Plan Inc. | 4580 Electronics Pl | Los Angeles | CA | 90039 | 11,232 |
| | Kaiser Hospital | 1950 Franklin St | Oakland | CA | 94612 | 952 |
| | Kaiser Foundation Health Plan Inc. | 1330 Cutting | Richmond | CA | 94612 | 174,500 |
| | Kaiser Permanente Hospital | 4131 Geary St | | CA | | 300 |
| | Kaiser Foundation Health Plan Inc. | 3355 E 26th St | Los Angeles | CA | 90023 | 55,301 |
| | Kaiser Lab | 1716 4th St | Berkeley | CA | 94710 | 387 |
| | Kaiser Permanente Hospital | 23701 S Main St | Carson | CA | 90745 | 231 |
| | Kaiser Hospital | 975 Sereno Dr | Vallejo | CA | 94590 | 473,940 |
| | Kaiser Hospital | 350 St Joseph St | San Francisco | CA | 94115 | 19,272 |
| | Kaiser Foundation Health Plan Inc. | 25975 S Normandie | Harbor City | CA | 90710 | 1,037 |
| | Kaiser Permanente Hospital | 1425 S Main St | Walnut Creek | CA | 94596 | 5,571 |
| | Kaiser Medical Center | 9400 E Rosecrans | Bellflower | CA | 90706 | 513 |
| | Kaiser Permanente Drug Distribution Center | 9521 Dalen St | Downey | CA | 90242 | 41,131 |
| | Kaiser Hospital | John Muir Rd | Martinez | CA | 94553 | 3,001 |
| | Kaiser Permanente Hospital | 1200 El Camino Real | South San Francisco | CA | 94080 | 295 |
| | Kaiser Medical Center | 25825 S Vermont Ave | Harbor City | CA | 90710 | 350 |

Attachment B page 46 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Facility Data | | | | |
| | Southern California Permanente Medical | 10407 Magnolia Blvd | North Hollywood | CA | 91601 | 459 |
| | Kaiser Permanente Hospital/Permanente Medical Group | 350 Joseph St | San Francisco | CA | 94115 | 663 |
| | Kaiser Permanente Hospital | 5755 Cottle Rd | San Jose | CA | 95123 | 2,179 |
| | Kaiser Medical Center | 9961 Sierra Ave | Fontana | CA | 92335 | 530 |
| | Kaiser Permanente Hospital | 250 Hospital Parkway | San Jose | CA | 95119 | 765 |
| | Kaiser Medical Center | 13652 Cantara St | Panaroma City | CA | 91402 | 291 |
| Key Energy Services, Inc. (formerly Key Energy Group, Inc.) as successor to Welltech, Inc. | Kaiser Hospital | P O Box 12916 | Oakland | CA | 94604 | 11,952 \\ 812,404 |
| | Well Tech | East Valley Farms #1 | | | | 199,580 |
| | Well Tech | 3211 5th Ave | | | | 14,740 |
| | Well Tech | 2850 Santa Maris Way | | | | 45,240 |
| | Well Tech | Tech Cal Hwy #1 | | | | 27,420 \\ 286,980 |
| Kinder Morgan Energy Partners, L.P. | Santa Fe Pacific Pipeline | Right-of-Way 15 Miles NW of Coachella Niland | CA | | 92236 | 8,120 |
| | Santa Fe Pacific Pipeline | 1550 Solano Way | Concord | CA | 94520 | 16,446 |
| | Santa Fe Pacific Pipeline | 15306 Norwalk Blvd | Norwalk | CA | 92626 | 133,140 |
| | Santa Fe Pacific Pipeline | Richmond Station | Richmond | CA | 94802 | 1,760 |
| | Santa Fe Pacific Pipeline | 2947 Navy Dr | Stockton | CA | 95206 | 2,291 |
| | Santa Fe Pacific Pipeline | 737 Arnold Dr Ste A | Martinez | CA | 94553 | 53,363 |
| | Santa Fe Pacific Pipeline | 4149 S Maple | Fresno | CA | 93725 | 45,200 |
| | Santa Fe Pacific Pipeline | Tunnel Ave | Brisbane | CA | 94005 | 1,558 |
| | Santa Fe Pacific Pipeline | 6471 S County Ave 7-E | Yuma | AZ | 85365 | 2,228 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 49 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Setting Party | Facility Data | | | | | Qty (lbs.) |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | Address | City | State | Zip Code | |
| | Santa Fe Pacific Pipeline | 2150 Kruse Ave | San Jose | CA | 95131 | 3,327 |
| | Santa Fe Pacific Pipeline | 888 S Figueroa St | Los Angeles | CA | 90017 | 53,912 |
| | Santa Fe Pacific Pipeline | 20410 Wilmington | Wilmington | CA | 90810 | 43,087 |
| | | | | | | 364,432 |
| Kinshunsky Brothers | Kinshowsky Bros. | 1314 N Lemon St | Anaheim | CA | 92801 | 722,340 |
| | | | | | | 722,340 |
| Kliklok Corporation | Kliklok Corp. | 2661 Spring St | Redwood City | CA | 94510 | 1,456,460 |
| | | | | | | 1,456,460 |
| Knott's Berry Farm | Knotts Berry Farm | 8039 Beach Blvd | Buena Park | CA | 90620 | 265,458 |
| | | | | | | 265,458 |
| Koch Materials, LLC, as successor in interest to Koch Asphalt Company | Koch Asphalt Co. | 14929 Slover Ave | Fontana | CA | 92335 | 273,756 |
| | | | | | | 273,756 |
| Kyocera America Inc. | Kyocera International | 8611 Balboa Ave | San Diego | CA | 92123 | 361,827 |
| | Kyocera International | 11620 Sorrento Valley Rd | San Diego | CA | 92121 | 55,243 |
| | Kyocera International | 7373 Engineer Rd | San Diego | CA | 92111 | 1,250 |
| | | | | | | 418,320 |
| Lear Siegler Diversified Holdings | Anchorlok, Division L.S.I. | 2910 E Ana St | Compton | CA | 90221 | 750,502 |
| | BFM Energy Products Corporation | 2040 E Dyer Rd | Santa Ana | CA | 92705 | 79,087 |
| | Lear Siegler, Inc. | 16330 Phoebe Ave | La Mirada | CA | 90638 | 1,216 |
| | Lear Siegler, Inc. | 2040 E Dyer Rd | Santa Ana | CA | 92702 | 613,863 |
| | Lear Siegler, Inc. | 714 Brookhurst St | Anaheim | CA | 92803 | 7,136 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| Leggett & Platt, Inc.; Bedline Manufacturing, a division of Leggett & Platt, Inc.; L & P Property Management Company, dba L&P PMC, Inc. | Lear Siegler, Inc./BFM Transport Dynamics | 3131 Segerstrom | Santa Ana | CA | 92704 | 103,934 <br> 1,555,738 |
| | Bedline Manufacturing | 12252 E Whittier Blvd | Whittier | CA | 90602 | 364,329 <br> 364,329 |
| Lin Data Corp. | Lin Data Corporation | 365 Reed St | Santa Clara | CA | 95050 | 390,360 <br> 390,360 |
| Lincoln Place Associates Limited Partnership | Lincoln Place Associates | 1250 6th Ste 400 | Santa Monica | CA | 90401 | 1,126,240 <br> 1,126,240 |
| Lindberg Heat Treating Co., n/k/a Bodycote Thermal Processing, Inc. | Industrial Steel Treating | 3370 Benedict Way | Huntington Park | CA | 94590 | 472,586 <br> 472,586 |
| Long Beach Community College District | Long Beach City College <br> Long Beach City College | 4901 E Carson St <br> 1855 Walnut | Long Beach <br> Long Beach | CA <br> CA | 90808 <br> 90806 | 884,651 <br> 1,650 <br> 886,301 |
| Long Beach Unified School District | City of Long Beach - Long Beach Unified School District | 701 Locust Ave | Long Beach | CA | 90813 | 49,700 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | |
| City of Long Beach - Long Beach Unified School District, Poly HS | City of Long Beach - Long Beach Unified School District, Poly HS | 6500 Atlantic Ave | Long Beach | CA | 90806 | 66,960 |
| | City of Long Beach - Long Beach Unified School Dist. | 151 E 27th St | Long Beach | CA | 90806 | 32,876 |
| | | | | | | 149,536 |
| Longview Fibre Company and Longview Fibre Paper and Packaging Inc. | Longview Fibre Co. | 4955 Maywood Ave | Vernon | CA | 90058 | 95,282 |
| | Longview Fibre Co. | 8511 Blaine Ave | Oakland | CA | 94621 | 245,880 |
| | | | | | | 341,162 |
| Los Angeles County Metropolitan Transit Authority | Southern California Rapid Transit Dist. #8 | 9101 Canoga Ave | Chatsworth | CA | 91313 | 26,948 |
| | Los Angeles Transportation Commission | 403 W 8th St Ste 500 | Los Angeles | CA | 90014 | 1,934 |
| | Southern California Rapid Transit District | 403 W 8th St | Los Angeles | CA | 90014 | 6,192 |
| | Southern California Rapid Transit Dist.#9 | 100 Sunset Ave | Venice | CA | 90291 | 26,037 |
| | Southern California Rapid Transit Dist. #30 | 3499 Santa Anita | El Monte | CA | 91731 | 126,588 |
| | Southern California Rapid Transit District | 900 Lyon St | Los Angeles | CA | 90012 | 547 |
| | Southern California Rapid Transit District | 450 W Griffith St | Carson | CA | 90248 | 254 |
| | Southern California Rapid Transit District | 8800 Santa Monica Blvd | W. Hollywood | CA | 90069 | 175,795 |
| | Southern California Rapid Transit Dist. #5 | 2300 W 54th St | Los Angeles | CA | 90043 | 47,592 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Address | City | State | Zip Code | Qty (lbs.) |
| | Southern California Rapid Transit Dist. #15 | 11900 Branford Ave | Sun Valley | CA | 91352 | 21,700 |
| | Southern California Rapid Transit Dist. #14 | 5413 S Avalon Blvd | Los Angeles | CA | 90011 | 34,173 |
| | Southern California Rapid Transit Dist. #1, TWC | 5116 S San Pedro St | Los Angeles | CA | 90003 | 41,714 |
| | Southern California Rapid Transit District #4 | 7878 Telegraph Rd | Downey | CA | 90240 | 2,807 |
| | Southern California Rapid Transit Dist. #18 | 777 W 190th St | Carson | CA | 90808 | 23,667 |
| | Southern California Rapid Transit District | 1551 E Mission Blvd | Pomona | CA | 91766 | 10,560 |
| | Southern California Rapid Transit District #12 | 970 W Chester Pl | Long Beach | CA | 90813 | 98,204 |
| | Southern California Rapid Transit District | 630 W Ave 28 | Los Angeles | CA | 90013 | 37,352 |
| | Southern California Rapid Transit Dist. #10 | 742 N Mission Blvd | Los Angeles | CA | 90033 | 16,186 |
| | Southern California Rapid Transit District | Terminal Annex P O Box 2296 | Los Angeles | CA | 90054 | 47,501 |
| | Southern California Rapid Transit District | 425 S Main St | Los Angeles | CA | 90013 | 87,983 |
| | Southern California Rapid Transit Dist. #34 | 4402 Pacific Blvd | Vernon | CA | 90058 | 26,186 |
| | Southern California Rapid Transit District | 624 S Central Ave | Los Angeles | CA | 90021 | 354 |
| | | | | | | 860,274 |
| Los Angeles Galvanizing Co. | Los Angeles Galvanizing Company | 2524 E 52nd St | Huntington Park | CA | 90255 | 868,180 |
| | | | | | | 868,180 |
| Los Angeles Unified School District | | | | | | |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 53 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Settling Party | Facility Data | | | | |
|---|---|---|---|---|---|
| Name | Address | City | State | Zip Code | Qty (lbs.) |
| City of Los Angeles - LAUSD - 1319 E 41st St Jefferson High School | | Los Angeles | CA | 90011 | 88 |
| City of Los Angeles - LAUSD 1410 W 3rd St - Belmont No. 5 | | Los Angeles | CA | 90017 | 3,840 |
| City of Los Angeles - LAUSD 11247 Sherman Way | | Sun Valley | CA | 91352 | 42,431 |
| City of Los Angeles - LAUSD 8210 Orion Ave | | Van Nuys | CA | 91408 | 9,870 |
| City of Los Angeles - LAUSD 4131 S Vermont - Manual Arts High School | | San Francisco | CA | 94703 | 2,494 |
| City of Los Angeles - LAUSD 1521 N Highland | | Los Angeles | CA | 90002 | 32,740 |
| City of Los Angeles - LAUSD 10643 Sunset Blvd - Marymont High School Maintenance Area #6 | | Los Angeles | CA | 90077 | 869 |
| City of Los Angeles - LAUSD 3265 E 103rd St - Jordan High School | | Los Angeles | CA | 90002 | 59 |
| City of Los Angeles - LAUSD 22328 S Main St - Carson High School | | Carson | CA | 90745 | 434 |
| City of Los Angeles - LAUSD 12407 S Naomi St | | Los Angeles | CA | 90011 | 2,193 |
| City of Los Angeles - LAUSD 727 S Wilson St - Metropolitan High School | | Los Angeles | CA | 90021 | 989 |
| City of Los Angeles - LAUSD 7676 S San Pedro St - Fremont High School | | Los Angeles | CA | 90003 | 2,560 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| | City of Los Angeles - L.A. | P O Box 54306 | Los Angeles | CA | 90054 | 2,237 |
| | City Schools - Claims | | | | | |
| | City of Los Angeles - LAUSD 4545 Huntington Dr - Maintenance | | Los Angeles | CA | 90032 | 1,350 |
| | City of Los Angeles - LAUSD 8920 Sepulveda Blvd | | San Fernando | CA | 91343 | 5,194 |
| | City of Los Angeles - LAUSD 1425 S San Pedro St | | Los Angeles | CA | 90015 | 296,447 |
| | City of Los Angeles - LAUSD 17960 Chase St - Northridge Jr. School | | Northridge | CA | 91325 | 1,306 |
| | City of Los Angeles - LAUSD 17729 S Figueroa St | | Gardena | CA | 90248 | 51,445 |
| | City of Los Angeles - LAUSD 6200 Winnetka Ave - Trade Tech | | Woodland Hills | CA | 91364 | 14,603 |
| | City of Los Angeles - LAUSD 604 E 15th St | | Los Angeles | CA | 90018 | 46,137 |
| | City of Los Angeles - LAUSD 5101 E Sixth St - Garfield High School | | Los Angeles | CA | 90022 | 653 |
| | City of Los Angeles - LAUSD 17000 Haynes St - Birmingham High School | | Van Nuys | CA | 91406 | 673 |
| | | | | | | 518,612 |
| Los Rios Community College District | Sacramento City College | 3835 Freeport Blvd | Sacramento | CA | 95822 | 68,489 |
| | American River College | 4700 College Oak Dr | Sacramento | CA | | 33,480 |
| | Consumnes River College | 8401 Center Parkway | Sacramento | CA | 95823 | 835 |
| | | | | | | 102,804 |
| Los Robles Regional Medical Center | | | | | | |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 55 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | City of Thousand Oaks - Los Robles Regional Medica | 215 W Janss Rd | Thousand Oaks | CA | 91360 | 253,112 |
| Lubeco Inc. | Lubeco, Inc. | 1322 S Alameda St | Compton | CA | 90221 | 532,739 |
| | Lubeco, Inc. | 6859 Downey Ave | Long Beach | CA | 90805 | 144,420 |
| | | | | | | 677,159 |
| Luxfer Inc., together with Luxfer USA Ltd., Luxfer USA, Luxfer Gas Cylinders, BA Holdings and Sundance Holdings | Luxfer USA Ltd. | 1995 3rd St | Riverside | CA | 92507 | 940,451 |
| | | | | | | 940,451 |
| M. C. Gill Corp. | M.C. Gill Corporation | 4076 Easy St | El Monte | CA | 91731 | 578,617 |
| | | | | | | 578,617 |
| MAFO/Pneumo Abex LLC | Abex Corporation | 2850 Skyway Dr | Santa Maria | CA | 93455 | 173,892 |
| | Abex Corporation/Aerospace Division | 3151 West 5th Street | Oxnard | CA | 93030 | 1,672,975 |
| | Abex Corporation/Remco Hydraulics | 934 S Main St | Willits | CA | 95490 | 18,429 |
| | | | | | | 1,865,296 |
| Martinez Shopping Center | Martinez Shopping Center | 2785 Vineyard Ave | Oxnard | CA | 93030 | 960,126 |
| | | | | | | 960,126 |
| Marvais Steel Company, LLC, succesor in interest to Marvais Steel Company for WAISCO | Marvais Steel Co. | 1 Barrett Ave | Richmond | CA | 94802 | 546,857 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party
Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| Masco Corp., as indemnitor for Norris Industries, Inc. | | | | | | 546,857 |
| Norris Industries, Inc. | Norris Industries Inc. | 7860 S Paramount Blvd | Pico Rivera | CA | 90660 | 139,039 |
| | Norris Industries Inc., Bowers Division | 8655 Bowers Ave | South Gate | CA | 90280 | 113,458 |
| | | | | | | 252,497 |
| Master Halco Inc. | Master Fence Fitting Inc. | 755 E Lamberdt Rd | La Habra | CA | 90631 | 102,435 |
| | Master-Halco | 755 E Lamberdt Rd | La Habra | CA | 90631 | 264,638 |
| | | | | | | 367,073 |
| Materion Brush Inc., f/k/a Brush Wellman Inc. | Brush Wellman, Inc. | 6100 S Tucson Blvd | Tucson | AZ | 85706 | 737,345 |
| | | | | | | 737,345 |
| Matheson Gas Products, Inc. | Matheson Gas Products | 6775 Central Ave | Newark | CA | 94560 | 295,453 |
| | Matheson Gas Products | 8800 Utica Ave | Cucamonga | CA | 91730 | 4,369 |
| | | | | | | 299,822 |
| Matson Navigation Company, Inc. | Matson Navigation Company Inc. | P O Box 3367 | Terminal Island | CA | 90731 | 2,780 |
| | Matson Terminals Inc. | 1671 Pierson | Richmond | CA | | 33,480 |
| | Matson Navigation Company Inc. | 100 New Dock St Berth 209 | Terminal Island | CA | 90731 | 149,460 |
| | Matson Terminals Inc. | Terminal Island Berth 208 | Terminal Island | CA | 90731 | 93,003 |
| | Matson Navigation Company Inc. | P O Box 7452 | San Francisco | CA | 94120 | 868 |
| | Matson Navigation Company Inc. | 1001 New Dock St | Terminal Island | CA | 90731 | 2,580 |
| | | | | | | 282,171 |

DTSC, et al. v. A&G German Gars, et al. (Casmalia)

Attachment B page 57 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| Mattel Inc. | Mattel Toys Inc. | 15930 E Valley Blvd | City of Industry | CA | 91744 | 65,957 |
| | Mattel Toys Inc. | 13060 Temple St | City of Industry | CA | 91746 | 9,673 |
| | Mattel Toys Inc. | 5150 W Rosecrans Ave | Hawthorne | CA | 90250 | 273,476 |
| | | | | | | 349,106 |
| Mazda North American Operations | Mazda Motors of America, Inc. | 1444 McGaw Ave | Irvine | CA | 92714 | 63,893 |
| | Mazda Motors of America, Inc. | P O Box 667 | Port Hueneme | CA | 93041 | 354,920 |
| | | | | | | 418,813 |
| Maytag Corporation | Magic Chef Inc. | 245 N Vineland Ave | City of Industry | CA | 91744 | 2,066,906 |
| | | | | | | 2,066,906 |
| McKesson Corporation | Sparklets | 1221 W 130th St | Gardena | CA | 90247 | 1,562 |
| | McKesson Water Division, Selzer Plant | 4055 Bohannon Dr | Menlo Park | CA | 94025 | 1,911 |
| | McKesson Chemical Company | 9005 Sorenson | Sante Fe Springs | CA | 90670 | 63,279 |
| | Sparklets | 4500 York Blvd | Los Angeles | CA | 90041 | 102,517 |
| | Sparklets | 4548 Azusa Canyon Rd | Irwindale | CA | 91706 | 1,173 |
| | McKesson Corporation Technical Center | 6363 Clark Ave | Dublin | CA | 94550 | 12,435 |
| | Sparklets | 1522 N Hewhaul | Santa Ana | CA | 92703 | 61,543 |
| | McKesson Chemical Company | One Post St | San Francisco | CA | 94104 | 60,485 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| McKesson Chemical | McKesson Chemical Company | 1575 Marlborough St | Riverside | CA | 92507 | 64,600 |
| | McKesson Corporation Technical Center | 1252 Quarry Ln. | Pleasanton | CA | 94566 | 6,480 |
| | McKesson Chemical Company | 4488 NW Yeon Ave | Portland | OR | 97210 | 7,310 |
| | Aqua Vend | 221 E Alondra | Gardena | CA | 90248 | 198,400 |
| | Sparklets | 221 E Alondra Blvd | Gardena | CA | 90248 | 39,295 |
| | Sparklets | 1449 N Ave 46 | Los Angeles | CA | 90041 | 322,143 |
| | McKesson Chemical Company | 33950 7th St | Union City | CA | 94587 | 124,829 |
| | McKesson Chemical Company | 5323 Jillson | Los Angeles | CA | 90040 | 79,029 |
| | | | | | | 1,146,989 |
| MeadWestvaco Corporation | Mead Land Services (Seaboard Paper Co.) | 336 Oyster Point Blvd | So. San Francisco | CA | 94080 | 57,920 |
| | Mead Products | 7571 Lampson Ave | Garden Grove | CA | 92642 | 45,765 |
| | Mead Packaging | 6400 Valley View | Buena Park | CA | 90620 | 230,626 |
| | | | | | | 334,311 |
| Mechanical Metal Finishing Co., Inc. | Mechanical Metal Finishing | 15220 S Broadway | Gardena | CA | 90248 | 280,209 |
| | | | | | | 280,209 |
| Menlo Caspian | Menlo Caspian | 455 Tasso St #315 | Palo Alto | CA | 94301 | 222,060 |
| | | | | | | 222,060 |
| Mesa Center Automotive | Mesa Auto Center | 196 E 16th St | Costa Mesa | CA | 92627 | 297,583 |
| | | | | | | 297,583 |
| Metal Container Corporation of California | | | | | | |

**Attachment B**
**Waste Quantity Attributed to Each Defendant / Settling Party**

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Metal Box Can Inc. | 1145 E 233rd St | Carson | CA | 90745 | 507,832 |
| | Metal Container Corp. | 7155 Central Ave | Riverside | CA | 92504 | 22,614 |
| | Metal Container Corp. | 1141 E 233rd St | | CA | | 41,599 |
| | | | | | | 572,045 |
| Milard Group, Ltd | Driput Corp. | 400 Rutherford St | Goleta | CA | 93117 | 863,520 |
| | | | | | | 863,520 |
| C. Edward Millar, Jr., as Trustee of the Sav Mor Oil Co. Liquidating Trust on behalf of Sav-Mor Oil Co. (dissolved) | Sav-Mor Oil Company | 5150 Wilshire Blvd | Los Angeles | CA | 90036 | 117,480 |
| | Sav-Mor Oil Company | 4345 Sunset Blvd | Los Angeles | CA | 90012 | 134,060 |
| | | | | | | 251,540 |
| Miller Brewing Company | Miller Brewing Company | 15801 E First St | Irwindale | CA | 91706 | 213,056 |
| | | | | | | 213,056 |
| Minnesota Mining & Mfg. Co., n/k/a 3M Company | 3M Maintenance Inc. | 155 E Clark | Santa Maria | CA | 93455 | 7,540 |
| | 3M Company | P O Box 33121 | St. Paul | MN | 55133 | 785,008 |
| | Unitek Corporation | 2724 S Peck Rd | Monrovia | CA | 91016 | 78,849 |
| | 3M Company | Box 33331 Bldg 21-2W | St. Paul | MN | 55101 | 526 |
| | 3M Company | | | CA | | 33,480 |
| | Unitek Corporation | 5061 Brooks St | Montclair | CA | 91763 | 15,355 |
| | 3M Clinical Laboratory Services | 1899 Palma Dr | Ventura | CA | | 34,607 |
| | 3M Company | 6411 Randolph St | Los Angeles | CA | 90040 | 11,015 |
| | 3M Mural Plant | 8419 Canoga Ave | | CA | | 26,120 |
| | 3M Diagnostics | 1500 Salado Dr | Mountain View | CA | 94043 | 78 |
| | 3M Company | 1601 S Shamrock | Monrovia | CA | 91016 | 16,660 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| 3M Company | 3M Company | P O Box 1328 | Corona | CA | 91718 | 7,620 |
| | 3M Company | 333 Sierra Monte Plaza | Daly City | CA | 94015 | 1,182 |
| | Unitek Corporation | 1820 S Myrtle Ave | Monrovia | CA | 91016 | 44,551 |
| | | | | | | 1,062,591 |
| Mission Industries | Mission Linen Supply | 107 N Olive | Ventura | CA | 93001 | 149,398 |
| | Mission Linen Supply | 602 S Western | Santa Maria | CA | 93454 | 172,120 |
| | Mission Linen Supply | 112 E Montecito St | Santa Barbara | CA | 93105 | 143,380 |
| | Mission Linen Supply | 44926 N Yucca Ave | Lancaster | CA | 93534 | 77,508 |
| | Mission Linen Supply | 12029 Saticoy St | North Hollywood | CA | 91605 | 6,937 |
| | Mission Linen Supply | 619 W Ave I | Lancaster | CA | 93534 | 78,520 |
| | Mission Linen Supply | 399 Errol St | Morro Bay | CA | 93442 | 62,660 |
| | Mission Linen Supply | 1260 N Jefferson Blvd | Anaheim | CA | 92807 | 12,220 |
| | | | | | | 702,743 |
| Mission Valley Ford Trucks | Mission Valley Ford | 780 E Brokaw Rd | San Jose | CA | 95161 | 338,840 |
| | | | | | | 338,840 |
| Modine Manufacturing Company | Modine Manufacturing | 12252 E Whittier Blvd | Whittier | CA | 90602 | 40,826 |
| | Modine Southwest | 6309 S Central Ave | Los Angeles | CA | 90001 | 253,118 |
| | Modine Western/Stuart Auto Products | 2777 N Hwy 9 | Merced | CA | 95344 | 39,477 |
| | Eskimo Radiator Mfg. Company | 6309 S Central Ave | Los Angeles | CA | 90001 | 116,940 |
| | | | | | | 450,361 |
| Montana Vista Co. LLC | Mantona Vista Partnership | 3028 De Lavina | Santa Barbara | CA | 93105 | 417,920 |
| | | | | | | 417,920 |

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

## Facility Data

| Defendant / Setting Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| Montrose Chemical Corp. of California | Montrose Chemical Corp. of California | One Metro Plaza 505 Thornall Edison St Ste 301 | Edison | NJ | 8837 | 852,125 |
| | Montrose Chemical Corp. of California | P O Box 0898 | Westport | CT | 6881 | 168,320 |
| | | | | | | 1,020,445 |

The waste sent to Casmalia was generated at the following Montrose facility: 20201 Normandie Avenue, Torrance, CA 90502

| | | | | | | |
|---|---|---|---|---|---|---|
| Motorola Inc. | Motorola Computer System | 10700 N DeAnza Blvd | Cupertino | CA | 95014 | 4,215 |
| | Motorola Inc. | 645 W 24th St | Tempe | AZ | | 4,160 |
| | Motorola Inc. | 7402 S Price Rd | Tempe | AZ | 85283 | 3,848 |
| | Motorola Inc. | 5005 E McDowell Rd | Phoenix | AZ | 85008 | 29,656 |
| | Motorola Inc., Semiconductor Sector | 2200 W Broadway | Mesa | AZ | 85202 | 392,789 |
| | | | | | | 434,668 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nabors Holding Company, successor-in-interst to Pool Energy Services Co. | Pool Offshore | 245 Dove Court | Santa Paula | CA | 93060 | 258,160 |
| | Pool Offshore | 1695 Mesa Verde | | | | 27,500 |
| | Pool Co. U.S.A. | Cat Canyon Rd | Santa Maria | CA | 93454 | 28,920 |
| | Pool Mud Service | Morganti 8-10 | | CA | | 35,800 |
| | Pool Petroleum Services/Pool Well Service Co. | P O Box 2369 | Orcutt | CA | 93955 | 204,420 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nabors Well Services Co., successor to Pool California Energy Services, Inc. | | | | | | 554,800 |

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | California Production Service Inc. | 2567 N Ventura Ave | Ventura | CA | | 61,200 |
| | California Production Service Inc. | P O Box 4489 | Compton | CA | 90224 | 319,280 |
| | | | | | | 380,480 |
| NAPP Systems, Inc. | NAPP Systems (USA) Inc. | 360 S Pacific Ave | San Marcos | CA | 92069 | 593,471 |
| | | | | | | 593,471 |
| National Semiconductor Corporation | National Semiconductor | 2900 Semi Conductor Dr | Santa Clara | CA | 95051 | 134,081 |
| | National Semiconductor | 5901 S Calle Santa Cruz | Tucson | AZ | 85706 | 176 |
| | National Semiconductor | 3875 Kifer Building West | Santa Clara | CA | 95052 | 49,481 |
| | National Semiconductor | 4001 Miranda Ave | Palo Alto | CA | 94304 | 308 |
| | | | | | | 184,046 |
| National Semiconductor (Maine), Inc., f/k/a Fairchild Semiconductor Corporation | Fairchild Camera & Instruments Co./Fairchild Semiconductor | 33 Healdsburg Ave | Healdsburg | CA | | 25,479 |
| | Fairchild Semiconductor | 1725 Technology Dr | San Jose | CA | 95115 | 8,049 |
| | Fairchild Camera & Instruments Co./Fairchild Semiconductor | 4001 Miranda Ave | Palo Alto | CA | | 38,332 |
| | Fairchild Semiconductor, Mos Division | 101 Bernal Rd | San Jose | CA | 95119 | 83,591 |
| | Fairchild Semiconductor | 464 Ellis St | Mountain View | CA | | 9,476 |
| | Fairchild Camera & Instruments Co./Fairchild Semic | 369 Whisman Rd | Mountain View | CA | 94042 | 13,390 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| | Fairchild Camera & Instruments Co./Fairchild Semiconductor | 313 Fairchild Dr | Mountain View | CA | 94043 | 300 |
| | Fairchild Semiconductor | | | | | |
| | Fairchild Camera & Instruments Co./Fairchild Semiconductor | 401 National Ave | Mt. View | CA | 94042 | 10,000 876,812 |
| | Fairchild/Exetron | 3105 Alfred St | Santa Clara | CA | 95050 | 207,481 |
| | Fairchild Optoelectronics | 3105 Alfred St | Santa Clara | CA | 95050 | 9,258 |
| | Fairchild Camera & Instruments Co./Fairchild Semiconductor | 4300 Redwood Hwy | San Rafael | CA | 94903 | 379,459 |
| | | | | | | 1,661,627 |
| National Steel & Shipbuilding Company | National Steel & Shipbuilding Co. | 25th Harbor Drive | San Diego | CA | 92138 | 879,396 |
| | | | | | | 879,396 |
| Nestle USA, Inc. | Carnation Dairies | 1620 N Spring St | Los Angeles | CA | 90012 | 29,920 |
| | Carnation Co., Can Division | 3250 Patterson Rd | Riverbank | CA | 95363 | 44,555 |
| | Carnation Co. | 9501 Norwalk | Santa Fe Springs | CA | 90670 | 608 |
| | Carnation Research Lab | 8015 Van Nuys Blvd | Van Nuys | CA | 91412 | 12,783 |
| | Nestle Foods Corp. | 900 E Olanco Rd | Salinas | CA | 93901 | 19,192 |
| | Carnation Co., Can Division | 1815 Navy Dr | Stockton | CA | 95206 | 66,960 |
| | Carnation Co. | 1621 Naud | Los Angeles | CA | 90012 | 66,957 |
| | Carnation Dairies | 1310 14th St | Oakland | CA | 94607 | 4,010 |
| | | | | | | 244,985 |

**Attachment B**
**Waste Quantity Attributed to Each Defendant / Settling Party**

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| Nestle Waters North America Inc., f/k/a Great Spring Waters of America Inc. and referred to herein as Great American Spring Waters | Arrowhead Water | 9400 Mason Ave | Chatsworth | CA | 91311 | 200 |
| | Arrowhead Drinking Water | 380 Lawson Rd | Bakersfield | CA | 93307 | 2,886 |
| | Arrowhead Water | 130 W Fogg | Colton | CA | 92324 | 9,911 |
| | Arrowhead Water | 619 N Main St | Orange | CA | 92668 | 146,460 |
| | Arrowhead Water | 1560 E 20th St | Los Angeles | CA | 90021 | 813,434 |
| | Arrowhead Water | 1441 Washington Blvd | Los Angeles | CA | 90007 | 132,967 |
| | Arrowhead Drinking Water | 52 Julian St | Venture | CA | 93001 | 1,882 |
| | Arrowhead Drinking Water | 601 Potrero Dr | Monterey Park | CA | 91754 | 373,180 |
| | | | | | | 1,480,920 |
| Neville Chemical Company | Neville Chemical Company | 2201 E Cerritos Ave | Anaheim | CA | 92806 | 1,865,502 |
| | Neville Chemical Company | 12800 E Imperial Hwy | Santa Fe Springs | CA | 90607 | 580,735 |
| | | | | | | 2,446,237 |
| Newport Corporation, as successor-in-interest to Spectra Physics, Inc. | Spectra Physics (SP) | 1250 W Middlefield Rd | Mountain View | CA | 94039 | 184,543 |
| | | | | | | 184,543 |
| NI Industries, Inc., f/k/a Norris Industries, Inc., together with Trinas Corporation | Norris Industries Inc. | 5215 South Boyle Avenue | Vernon | CA | 90058 | |
| Northwest Pipe and Casing Co. | Northwest Pipe & Casing | 12005 N Burgard | Portland | OR | 97203 | 571,296 |
| | | | | | | 571,296 |
| | | | | | | 10,218 |

**Facility Data**

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | Qty (lbs.) |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | Address | City | State | Zip Code | |
| | Northwest Pipe & Casting | P O Box 83149 | Portland | OR | 97283 | 608,481 |
| Norton Packaging, Inc. | | | | | | 618,699 |
| | B.W. Norton Mfg. Co. | 3100 E 10th St | Oakland | CA | 94601 | 315,909 |
| | | | | | | 315,909 |
| NPEC Inc. | Kodak Processing Lab | 1017 N Las Palmas Ave | Hollywood | CA | 90038 | 2,585 |
| | Eastman Kodak Co./Spin Physics, Inc. | 3985 Sorrento Valley Rd | San Diego | CA | 92121 | 87,884 |
| | Eastman Kodak Co. | 6671 Santa Monica Blvd | Hollywood | CA | 90038 | 86,907 |
| | Eastman Kodak Co./Spin Physics, Inc. | 3099 Science Park Rd | San Diego | CA | 92121 | 83,447 |
| | Spin Physics, Inc. | 11633 Sorrento Valley Rd | San Diego | CA | 92121 | 105,716 |
| | Eastman Kodak Co. | 2400 Mt Road Blvd | Rochester | NY | 14650 | 6,073 |
| | Eastman Kodak Co. | 12100 Riviera Rd | Whittier | CA | 90606 | 299,127 |
| | Spin Physics, Inc. | 3099 Science Park Rd | San Diego | CA | 92121 | 47,642 |
| | Eastman Kodak Co. | 8100 Alcosta Dr | San Ramon | CA | 94583 | 46,255 |
| | Kodak Processing Lab | 925 Page Mill Rd | Palo Alto | CA | 94304 | 89,766 |
| | Eastman Kodak Co. | 3985 Sorrento Valley Rd | San Diego | CA | 92121 | 26,282 |
| | | | | | | 881,684 |
| Oakdale Memorial Park Inc. | Oakdale Memorial Park | 1401 S Grand Ave | Glendora | CA | 91740 | 1,771,160 |
| | | | | | | 1,771,160 |
| Occidental Chemical Corporation, successor to Diamond Shamrock Chemicals Corporation | Diamond Shamrock Corporation | 1100 Superior Ave | Cleveland | OH | 44114 | 42 |
| | Diamond Shamrock Corporation | 1141 Marina Way S | Richmond | CA | 94804 | 505,839 |
| | | | | | | 505,881 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | |
| Occidental Chemical Corporation, f/k/a/ Oxy Metal Industries Corporation, a subsidiary of Occidental Petroleum Corporation | Oxy Metal Coating | 5640 Knott Ave | Buena Park | CA | 90620 | 409,517<br>409,517 |
| Occidental Research Corporation, a subsidiary of Occidental Petroleum Corporation | Occidental Research Corporation<br>Occidental Research Corporation | 2100 S E Main St<br><br>Carrion Rd La Verne | Irvine | CA | 92713 | 646,655<br>2,293<br>648,948 |
| Olin Corporation | Olin Hunt Specialty Product Inc./Hunt Chemical<br>Olin Corporation<br>Olin Corporation<br>Olin Corporation | 4265 Charter St<br><br>P O Box 2896<br>120 Long Ridge Rd<br>P O Box 506 | Los Angeles<br><br>Lake Charles<br>Stanford<br>North Kingsville | CA<br><br>LA<br>CN<br>OH | 90058<br><br>70602<br>69041<br>44068 | 1,551,053<br><br>1,960<br>2,429<br>1,548<br>1,556,990 |
| Olympian Oil | Olympian Oil Company | 35 S Linden | South San Francisco | CA | 94080 | 238,475<br>238,475 |
| Omar Rendering Co. | Omar Rendering Co. | 4826 Otay Valley Rd | Chula Vista | CA | 92012 | 117,880<br>117,880 |
| OSCA, Inc. | OSCA | 700 S Commercial | Oxnard | CA | 93032 | 143,800 |

Attachment B

Waste Quantity Attributed to Each Defendant / Settling Party

Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | OSCA | 2457 Ventura Ave | Ventura | CA | 93002 | 635,700 |
| | | | | | | 779,500 |
| Owens-Illinois Inc. | OI Glass Container STS Inc. | P O Box 3818 Terminal Annex | Los Angeles | CA | 90051 | 34,527 |
| | Brockway Glass Co., Inc. (NY) | P O Box 2389 | Pomona | CA | 91766 | 204,081 |
| | Owens-Illinois, Inc. | 4240 Bandini Blvd | Vernon | CA | 90023 | 17,090 |
| | Brockway | 16050 Canary Ave | La Mirade | CA | 90638 | 5,093 |
| | Brockway Glass Co., Inc. (NY) | 8717 G St | Oakland | CA | 94621 | 66,060 |
| | OI Glass Container STS Inc. | 4240 Bandini Blvd | Vernon | CA | 90023 | 11,116 |
| | Owens-Illinois, Inc. | 3600 Alameda Ave | Oakland | CA | 94601 | 237,494 |
| | Owens-Illinois, Inc. | 2901 Fruitland | Vernon | CA | 90023 | 2,760 |
| | OI Glass Container STS Inc. | 3600 Alameda Ave | Oakland | CA | 94601 | 304,805 |
| | Owens-Illinois, Inc. | P O Box 30 | Tracy | CA | 95376 | 6,960 |
| | | | | | | 889,986 |
| Oxnard Pest Control Association | Oxnard Pest Control | 666 Pacific Ave | Oxnard | CA | 93033 | 383,355 |
| | | | | | | 383,355 |
| PAC Foundry | PAC Foundries | 705 Industrial Ave | Port Hueneme | CA | 93041 | 342,165 |
| | | | | | | 342,165 |
| PAC Operating Limited Partnership, formerly known as Catellus Operating Limited Partnership, successor by merger to Catellus Development Corporation | Santa Fe Pacific Realty Corporation | 201 Mission St Ste 250 | San Francisco | CA | 94105 | 299,900 |
| | | | | | | 299,900 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 68 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | |
| Paccar, Inc. | Peterbilt Motors Company | 38801 Cherry St | Newark | CA | 94560 | 169,802 |
| | Trico Industries | 14820 Cecilia | Cudahy | CA | 90201 | 59,829 |
| | Trico Industries | 15707 S Main St | Gardena | CA | 90247 | 205,060 |
| | Trico Industries | 15805 S Main St | Gardena | CA | 90247 | 13,440 |
| | Trico Industries | 2615 Skyway Dr | Santa Maria | CA | 93455 | 11,940 |
| | Trico Industries | 3040 E Slauson Ave | Huntington Park | CA | 90255 | 51,029 |
| | | | | | | 511,100 |
| Pacific Coast Drum Company | Pacific Coast Drum Company | 2200 N Rosemead Blvd | South El Monte | CA | 91733 | 582,129 |
| | | | | | | 582,129 |
| Pacific Racing Association/Golden Gate Fields | Pacific Racing Association/Golden Gate Fields | 1100 Eastshore Freeway | Albany | CA | 94706 | 377,714 |
| | | | | | | 377,714 |
| Tenneco Packaging, Inc., n/k/a Pactiv Corporation | Packaging Company of California | 6400 E. Washington | City of Commerce | CA | 90040 | 166,718 |
| | | | | | | 166,718 |
| Parker Hannifin Corp. | Parker Hannifin Corp., Edelman Division | 1800 S Grand Ave | Los Angeles | CA | 90015 | 42,360 |
| | Parker Hannifin Corp. | 18001 Von Karman | Irvine | CA | 92715 | 558,100 |
| | Parker Hannifin Corp., Control Systems Division/Be | 14300 Alton Pkwy | Irvine | CA | 92718 | 53,389 |
| | Parker Hannifin Corp. | 18321 Jamboree Blvd | Irvine | CA | 92715 | 854,466 |
| | Parker Hannifin Corp./Santa Maria Mud | | Santa Maria | CA | 93454 | 40,160 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 69 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | |
| | Parker Hannifin Corp. | 17325 Euclid Ave | Cleveland | OH | 44112 | 66,900 |
| | Parker Hannifin Corp. | 1070 Samuelson St | City of Industry | CA | 91748 | 16,289 |
| | | | | | | 1,631,664 |
| Pasadena Area Community College District | Pasadena City College | Hill St | Pasadena | CA | 91109 | 193,980 |
| | Pasadena City College | 1570 E Colorado Blvd | Pasadena | CA | 91106 | 48,921 |
| | | | | | | 242,901 |
| Pentrate Metal Processing Inc. | Pentrate Metal Processing | 3517 E Olympic Blvd | Los Angeles | CA | 90023 | 690,631 |
| | | | | | | 690,631 |
| Pepper Oil Co., Inc. | Pepper Oil Company | 2300 Tidelands Ave | National City | CA | 92050 | 420,034 |
| | | | | | | 420,034 |
| PerkinElmer, Inc as successor to Optical Radiation Corp. | Optical Radiation Corporation | 1300 Optical Dr | Azusa | CA | 91702 | 277,865 |
| | | | | | | 277,865 |
| Pfizer Inc. | Shiley | 17600 Gillette Ave | Irvine | CA | 92714 | 350,037 |
| | | | | | | 350,037 |
| Pilkington Barnes Hind | Barnes-Hind Hydrocurve Inc. | 8006 Engineer Rd | San Diego | CA | 92111 | 369,832 |
| | Barnes-Hind Pharmaceuticals | 895 Kifer Rd | Sunnyvale | CA | 94086 | 87,064 |
| | | | | | | 456,896 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 70 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| Pioneer North America, Inc., together with Discovision Associates, Pioneer Electronics (USA) Inc., and Pioneer Video Manufacturing, Inc. (dissolved) | Discovision Associates | 915 E 230th St | Carson | CA | 90745 | 385,105 |
| | Pioneer Video Manufacturing Inc. | 915 E 230th St | Carson | CA | 90745 | 55,267 |
| | Discovision Associates | 3300 Hyland Ave | Costa Mesa | CA | 92626 | 76,698 |
| B.E. Fipp as Trustee for Fipp Family Trust and dissolved Piper Ranch Assoc. | | | | | | 517,070 |
| Ernest Rady as Trustee of the Ernest Rady Trust, on behalf of Piper Ranch Assoc. (dissolved) | | | | | | |
| Merit Texas properties, Inc. on behalf of Piper Ranch Assoc. (dissolved) | Piper Ranch Associates | 3760 Convoy St | San Diego | CA | 92111 | 314,840 |
| | | | | | | 314,840 |
| Plastic Materials, Inc. | Plastic Materials, Inc. | 3033 W Mission Rd | Alhambra | CA | 91803 | 374,964 |
| | | | | | | 374,964 |
| Plessey, Inc. | Plessey Micro Science | 1900 Avenue of the Stars Rm 2200 | Los Angeles | CA | 90067 | 1,447 |
| | Plessey Micro Science | 2266 Mora Way | Mt. View | CA | 94040 | 161,989 |
| | Plessey Micro Science | 3860 Centinella | Los Angeles | CA | 90066 | 1,376 |
| | Plessey Microwave | 9630 Ridgehaven Ct | San Diego | CA | 92123 | 2,396 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 71 of 96

Attachment B

Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| PQ Corporation | PQ Corporation | 801 Grayson St | Berkeley | CA | 94710 | 74,657 |
| | PQ Corporation | 8401 Quartz Ave | South Gate | CA | 90280 | 1,384,280 |
| | | | | | | 1,458,957 |
| | | | | | | 167,208 |
| Praxair, Inc., as indemnitor for Union Carbide Corp. | | | | | | |
| Union Carbide Corp. | Union Carbide/Bakers Welding Supply | 3505 Pierce Rd | Bakersfield | CA | 93306 | 283,840 |
| | Union Carbide Corp., Linde Division | 12866 Airport Dr | | CA | | 7,740 |
| | Union Carbide | 31086 San Benito St | Hayward | CA | 94544 | 17,259 |
| | Union Carbide | 2000 Loveridge Rd | Pittsburg | CA | 94565 | 733 |
| | Union Carbide | 19206 Hawthorne Blvd | Torrance | CA | 90503 | 302,900 |
| | UCAR Emulsion Systems | 10829 Etiwanda Ave | Fontana | CA | 92335 | 1,440 |
| | Union Carbide | 19200 Hawthorne Blvd | Torrance | CA | 90503 | 158,160 |
| | Union Carbide | 9474 Chesapeake Dr | San Diego | CA | 92123 | 33,348 |
| | Union Carbide | 2315 E 52nd St | Vernon | CA | 90058 | 36,764 |
| | | | | | | 842,184 |
| Prime Alloy Steel Castings | Golden State Steel Castings | 725 Industrial Ave | Port Hueneme | CA | 93041 | 317,810 |
| | | | | | | 317,810 |
| Printronix, Inc. | Printronix | 17500 Cartwright Rd | Irvine | CA | 92713 | 169,768 |
| | Printronix | 17602 Von Karman | Irvine | CA | 91713 | 20,689 |
| | Printronix | 17421 Derian | Irvine | CA | 92714 | 3,109 |
| | Printronix | 1700 Barranca Rd | Irvine | CA | 92713 | 210,884 |
| | | | | | | 404,450 |
| Products Engineering Corp. | Products Engineering Corp. | 503 S Vincent Ave | Azusa | CA | 91702 | 336,587 |
| | | | | | | 336,587 |
| Prudential Insurance Co. of America | | | | | | |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 72 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Bunker Hill Tower Apts c/o Prudential Insurance | 234 S Figueroa | Los Angeles | CA | 90012 | 377 |
| | Prudential Insurance Co. c/o Geomatrix Consultants | 4309 Hacienda Dr | Pleasanton | CA | 94566 | 10,206 |
| | Prudential Insurance Co. | 2029 Century Park East Ste3600 | Los Angeles | CA | 90067 | 189,080 |
| | Prudential Insurance Co. | F P 24022 | Bacon Island | CA | 95209 | 2,502,920 |
| | Prudential Realty Group | 2049 Century Park East Ste 1300 | Los Angeles | CA | 90067 | 14,621 |
| | | | | | | 2,717,204 |
| Prudential Lighting Corporation | Prudential Lighting Co. | 1774 E 21st St | Los Angeles | CA | 90058 | 318,469 |
| | | | | | | 318,469 |
| Prudential Overall Supply Inc. | Prudential Overall Supply | 1429 Milpitas Blvd | Milpitas | CA | 95035 | 152,595 |
| | Prudential Overall Supply | 17641 Fabrica Way | Cerritos | CA | 90701 | 52,875 |
| | Prudential Overall Supply | 16901 Aston | Irvine | CA | 92714 | 50,653 |
| | Prudential Overall Supply | 4240 S Fremont | Tucson | AZ | 85714 | 20,706 |
| | Prudential Overall Supply | 6920 Bandini Blvd | Commerce | CA | 90040 | 31,720 |
| | Prudential Overall Supply | 8144 Haskell Ave | Van Nuys | CA | 91406 | 1,603,824 |
| | Prudential Overall Supply | 2332 N Stone Ave | Tucson | AZ | 85705 | 7,339 |
| | Prudential Overall Supply | 5102 W Roosevelt | Phoenix | AZ | 85043 | 19,335 |
| | Prudential Overall Supply | 951 E Sandhill | Carson | CA | 90746 | 60,580 |
| | | | | | | 1,999,627 |
| R. R. Donnelley and Sons Co. | R.R. Donnelly & Sons | 1968I Pacific Gateway Dr | Torrance | CA | 90502 | 490,435 |
| | | | | | | 490,435 |
| Redken Laboratories Inc. | Redken Laboratories Inc. | 14721 Califa St | Van Nuys | CA | 91411 | 12,631 |
| | Redken Laboratories Inc. | 6625 Variel Ave | Canoga Park | CA | 91303 | 2,772,183 |
| | | | | | | 2,784,814 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Republic Waste Services of Southern California, LLC, f/k/a Taormina Industries, LLC | M.G. Disposal | 201 S Balcom Ave | Fullerton | CA | 92632 | 348,860 |
| | | | | | | 348,860 |
| Revlon Consumer Products Corporation | Revlon, Inc. | 2197 Route 27 | Edison | NJ | 8818 | 53,314 |
| | Revlon, Inc. | 4301 W Buckeye Rd | Phoenix | AZ | 85043 | 336,387 |
| | | | | | | 389,701 |
| Rheem Manufacturing Co. | Rheem Manufacturing Co. | 801 Chesley Ave | Richmond | CA | 94804 | 419,419 |
| | Raypak, Inc. | 31111 Agoura Rd | Westlake Village | CA | 91359 | 213,961 |
| | | | | | | 633,380 |
| Riverside Community Hospital | City of Riverside - Riverside Community Hospital | 4445 Magnolia Ave | Riverside | CA | 92501 | 483,872 |
| | | | | | | 483,872 |
| Roche Holding Ltd / Syntex (USA) Inc. | Roche Diagnostics | 1600 Monrovia Ave | Newport Beach | CA | 92663 | 2,800 |
| | Syntex Research, Inc. | P O Box 10850 | Palo Alto | CA | 94303 | 47,460 |
| | Syntex Research, Inc. | 175 E Dana | Mountain View | CA | 94041 | 6,400 |
| | Syntex Research, Inc. | 3400 Hillview Ave | Palo Alto | CA | 94304 | 606,245 |
| | | | | | | 662,905 |
| Rogers Corporation | Roger's Corporation | 5750 E McKellips Rd | Mesa | AZ | 85205 | 69,490 |
| | Roger's Corporation | 2001 W Williams Field Rd | Chandler | AZ | 85224 | 204,148 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Safeway Inc. | Vons | 210 W Baseline | Rialto | CA | 92376 | 2,421 |
| | Safeway Stores, Inc. | 201 4th St | Oakland | CA | 94607 | 729 |
| | Vons | 5600 Santa Ana Canyon Rd | Anaheim Hills | CA | 92680 | 635 |
| | Safeway Stores, Inc. | 200 Adams Ave | San Leandro | CA | 94577 | 127 |
| | Safeway Stores, Inc. | 1100 77th Ave | Oakland | CA | 94621 | 443 |
| | Vons | 12801 Excelsior Dr | Santa Fe Springs | CA | 90670 | 12,891 |
| | | | | | | 160,790 |
| Saddleback Valley Unified School District | Saddleback Valley School District | 25631 Diseno Dr | Mission Viejo | CA | 92691 | 160,790 |
| | | | | | | 639,310 |
| Sacramento Municipal Utility District (SMUD) | Sacramento Municipal Utilities District | P O Box 15830 Accounting Dept | Sacramento | CA | 95813 | 334,400 |
| | Sacramento Municipal Utilities District | Twin Cities Rd | Sacramento | CA | | 33,480 |
| | Sacramento Municipal Utilities District | 1708 59th St | Sacramento | CA | 95819 | 271,430 |
| | | | | | | 343,260 |
| Sacramento County Sanitation District No. 1 | Sacramento County Sanitation District No. 1 | 9660 Ecology Ln | Sacramento | CA | 95827 | 343,260 |
| RPM, Inc. | Day-Glo Color Corp. | 4615 Ardine St | Cudahy | CA | 90201 | 190,760 |
| | | | | | | 190,760 |
| Soladyne Inc./Rodgers Corporation | | 7447 Convoy Ct | San Diego | CA | 92101 | 98,216 |
| | | | | | | 371,854 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Safeway Stores, Inc. | 1221 Marsh St | San Luis Obispo | CA | 93401 | 6,680 |
| | Safeway Milk Plant | 3327 S Boxford | Commerce | CA | 90270 | 2,916 |
| | Safeway Stores, Inc. | 12801 Excelsior Dr | Santa Fe Springs | CA | 90670 | 1,168 |
| | Safeway Stores Inc. Meat & Egg Div. | | | | | |
| | Vons | 10460 Clairmont Mesa Blvd | San Diego | CA | 92124 | 838 |
| | Vons | 1390 N Allen Ave | Pasadena | CA | 91104 | 604 |
| | Vons | 47444 Kato Rd | Fremont | CA | 94538 | 2,788 |
| | Safeway Stores, Inc. | 7900 E Garvey | El Monte | CA | 91733 | 1,424 |
| | Vons | 10150 Lower Azusa Rd | El Monte | CA | 91105 | 1,140 |
| | Vons | 2800 Yanaero Valley Rd | Walnut Creek | CA | 94598 | 34,020 |
| | Vons | 4344 Shirley Ave | El Monte | CA | 91731 | 10,243 |
| | Safeway Stores, Inc. | 8969 Santa Monica Blvd | West Hollywood | CA | 90069 | 280 |
| Sage Energy Company | Sage Energy | 890 Mission Rock Rd | Santa Paula | CA | 93060 | 1,173 |
| | Vons | 7130 Miramar Rd | San Diego | CA | 92121 | 17,860 |
| | Safeway Stores, Inc. | 5950 Walker Ave | Maywood | CA | 90270 | 128,334 |
| | Safeway Stores, Inc. | 900 Marina Bay Parkway | Richmond | CA | 94804 | 226,714 |
| | | | | | | 974,980 |
| | | | | | | 974,980 |
| San Diego Community College District | San Diego Community College District | 1536 Harris | | CA | | 4,174 |
| | San Diego Community College District | 4343 Oceanview | San Diego | CA | 92113 | 243,660 |
| | San Diego Community College District | 835 12th St | San Diego | CA | 92101 | 2,528 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 76 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | |
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | San Diego City College | 1313 Twelfth | San Diego | CA | 92101 | 459 |
| | Miramar College | 10440 Black Mountain Rd | San Diego | CA | 92126 | 3,585 |
| | San Diego Community College District | 19449 Black Mountain Rd | San Diego | CA | 92108 | 128 |
| | San Diego Community College District | 1313 12th Ave | San Diego | CA | 92101 | 14,459 |
| | San Diego Community College District | 1536 Murray Canyon | San Diego | CA | 92108 | 41,309 |
| | San Diego Community College District | 1536 Frazee Rd | San Diego | CA | 92108 | 1,707 |
| | San Diego Mesa College | 7250 Mesa College Dr | San Diego | CA | 92111 | 22,030 |
| | | | | | | 334,039 |
| San Joaquin Refining Company Inc. | San Joaquin Refining Co. Inc. | P O Box 5576 | Bakersfield | CA | 93388 | 279,940 |
| | | | | | | 279,940 |
| Sanmina-SCI Corporation, successor-in-interest to Elexsys International Inc. | Diceon Electronics, Inc. | 9250 Independence | Chatsworth | CA | 91311 | 318,865 |
| | Diceon Electronics, Inc. | 18522 Von Karmen Ave | Irvine | CA | 92715 | 222,110 |
| | | | | | | 540,975 |
| Santa Maria Joint High School District | Santa Maria Joint High School District | 829 S Lincoln | Santa Maria | CA | 93454 | 17,171 |
| | Santa Maria High School | 301 W Stowell Rd | Santa Maria | CA | 93454 | 218,394 |
| | | | | | | 235,565 |
| Santa Palm Car Wash | Santa Palm Car Wash | 8787 Santa Monica Blvd | Los Angeles | CA | 90069 | 777,886 |
| | | | | | | 777,886 |
| Santa Paula Union School District | | | | | | |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Santa Paula Union School District | | 404 N 6th St | Santa Paula | CA | 93060 | 305,660 |
| | | | | | | 305,660 |
| SANYO E&E Corporation | Sanyo | 1201 Sanyo Rd | San Diego | CA | 92073 | 2,549 |
| | Sanyo | 4000 Ruffin Rd | San Diego | CA | 92123 | 447,743 |
| | | | | | | 450,292 |
| Saticoy Lemon Association | Saticoy Lemon Association | 103 N Peck Rd | Santa Paula | CA | 93060 | 65,680 |
| | Saticoy Lemon Association | 348 A St | Fillmore | CA | 93015 | 131,580 |
| | Saticoy Lemon Association | 7560 Bristol Rd | Ventura | CA | 93003 | 2,738 |
| | Saticoy Lemon Association | P O Box 4068 | Ventura | CA | 93003 | 78,900 |
| | | | | | | 278,898 |
| SBC Holdings, f/k/a The Stroh Brewery Company | National Can Co., Schlitz Brewing Container Division | 20730 Prarie St | Chatsworth | CA | 91311 | 74,852 |
| | National Can Co., Schlitz Brewing Container Division | 20730 Prarie St | Chatsworth | CA | 91311 | 33,259 |
| | Stroh Brewery Co. | 7521 Woodman Ave | Van Nuys | CA | 91405 | 119,917 |
| | Joseph Schlitz Brewing Co. | 7521 Woodman Ave | Van Nuys | CA | 91405 | 769 |
| | National Can Co., Stroh Container Division | 20730 Prarie St | Chatsworth | CA | 91311 | 32,260 |
| | | | | | | 261,157 |
| Schmid Insulation Contractors, Inc. | Schmid Insulation | 4555 Mission Gorge Pl | San Diego | CA | 92120 | 366,520 |
| | | | | | | 366,520 |
| Scripps Research Institute | Scripps Clinic & Research Foundation | 1066 N Torrey Pines Rd | La Jolla | CA | 90631 | 338,369 |
| | | | | | | 338,369 |
| Sears, Roebuck and Co. | | | | | | |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | |
|---|---|---|---|---|---|
| Name | Address | City | State | Zip Code | Qty (lbs.) |
| Sears Roebuck | 8850 La Palma | Buena Park | CA | 90620 | 3,732 |
| Sears Savings Bank | 701 N Brand Blvd | Glendale | CA | 91203 | 7,817 |
| Sears Roebuck | 6433 Fallbrook | Canoga Park | CA | 91307 | 215,619 |
| Sears Roebuck | 145 W Hillcrest Dr | Thousand Oaks | CA | 91360 | 31,097 |
| West Valley Central Ser. | 20301 Corisco St | Chatsworth | CA | 91311 | 548 |
| Sears Roebuck | 205 W Pomona | Santa Ana | CA | 92707 | 14,016 |
| Sears Roebuck | 12121 Victory Blvd | North Hollywood | CA | 91606 | 2,011 |
| Sears Roebuck | 3801 E Foothill Blvd | Pasadena | CA | 91107 | 12,081 |
| Sears Roebuck | 22100 Hawthorne Blvd | Torrance | CA | 90503 | 3,640 |
| Sears Roebuck | 1451 Rio Vista | Los Angeles | CA | 90038 | 12,245 |
| Sears Roebuck | 301 Esplanade Dr | Oxnard | CA | 93030 | 15,943 |
| Sears Roebuck | 1000 Northridge Fashion Center | Northridge | CA | 91324 | 19,819 |
| Sears Roebuck | 302 Colorado Bl | Santa Monica | CA | 90401 | 87,854 |
| Sears Roebuck | 210 E Via Rancho Parkway | Escondido | CA | 92025 | 2,901 |
| Sears Roebuck | 5080 Montclaire Plaza Ln | Montclaire | CA | 91763 | 91,769 |
| Sears Roebuck | 4550 W Pico | Los Angeles | CA | 90019 | 1,742 |
| Sears Roebuck | 660 W Winton Ave | Hayward | CA | 94544 | 1,100 |
| Sears Roebuck | 20301 Corisco St | Chatsworth | CA | 91311 | 3,615 |
| Sears Roebuck | 200 Town Center East | Santa Maria | CA | 93454 | 10,640 |
| Sears Roebuck | Quimby Rd | San Jose | CA | 95103 | 943 |
| Sears Roebuck | 100 Santa Rosa Plaza | Santa Rosa | CA | 95401 | 209 |
| Sears Roebuck | 9120 Mason | Chatsworth | CA | 91311 | 1,560 |
| Sears Roebuck | 500 E Manchester Blvd | Inglewood | CA | 90301 | 10,559 |
| Sears Roebuck | 5261 Arlington Ave | Riverside | CA | 92504 | 2,146 |
| Sears Roebuck | 24300 Laguna Hills Mall | Laguna Hills | CA | 92653 | 2,213 |
| Sears Roebuck | 3333 Bristol Rd | Costa Mesa | CA | 92626 | 257,344 |
| Sears Roebuck | 100 Brea Mall | Brea | CA | 92621 | 4,876 |
| Sears Roebuck | 100 Carson Mall | Carson | CA | 90745 | 1,707 |
| Sears Roebuck | 100 Inland Center Dr | San Bernadino | CA | 92408 | 1,240 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Sears Roebuck | 5260 Anna St | San Diego | CA | 92110 | 38,943 |
| | Sears Roebuck | 100 Puente Hills Mall | City of Industry | CA | 91748 | 3,172 |
| | Sears Roebuck | 100 Los Cerritos Mall | Cerritos | CA | 90701 | 8,701 |
| | Sears Roebuck | 2675 Geary Blvd | San Francisco | CA | 94101 | 28,940 |
| | Sears Roebuck | 1414 Azusa Ave | Covina | CA | 91722 | 10,975 |
| | Sears Roebuck | 2100 N Tustin Ave | Orange | CA | 92665 | 2,830 |
| | Sears Auto Center | 2705 E Thompson VTA | | CA | | 30,024 |
| | Sears Roebuck | 2500 Commonwealth | Alhambra | CA | 91803 | 751 |
| | Sears Roebuck | 236 N Central Ave | Glendale | CA | 91203 | 4,134 |
| | Sears Roebuck | 575 Fletcher Parkway | El Cajon | CA | 92020 | 2,158 |
| | Sears Roebuck | 1290 Clearland Ave | San Diego | CA | 92110 | 85,740 |
| | Sears Roebuck | 5601 Santa Monica Blvd | Hollywood | CA | 90038 | 26,802 |
| | Sears Roebuck | 2650 E Olympic | Los Angeles | CA | 90051 | 21,971 |
| | Sears Roebuck | 11961 Sherman Rd | North Hollywood | CA | 91605 | 334 |
| | Sears Roebuck | 2485 Sepulveda | Torrance | CA | 90501 | 46,020 |
| | Sears Roebuck | 821 N Rice Ave | Oxnard | CA | 93030 | 3,022 |
| | | | | | | 1,044,360 |
| Shultz Steel Company | Shultz Steel Company | 5321 E Firestone Blvd | South Gate | CA | 90280 | 379,360 |
| | | | | | | 379,360 |
| Siemens Healthcare Diagnostics Inc., f/k/a Diagnostic Products Corp. | Diagnostic Products Corp. | 5700 W 96th St | Los Angeles | CA | 90045 | 432,172 |
| | | | | | | 432,172 |
| Sieracin Corp. | Sieracin | 12780 San Fernando Rd | Sylmar | CA | 91349 | 510,904 |
| | Sieracin | 3952 Campus Dr | Newport Beach | CA | 92660 | 100,440 |
| | Sieracin | 5600 Bandini Blvd | Bell | CA | 90201 | 10,206 |
| | Sieracin | 3020 Empire Ave | Burbank | CA | 91504 | 1,586 |

Attachment B page 80 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

### Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| Sierracin | Sierracin<br>Sierracin | 3010 Olcott St<br>#6 Auto | Santa Maria<br>Irvine | CA<br>CA | 95051<br>92714 | 66,960<br>13,387<br>703,483 |
| Sigma Circuits Inc. | Sigma Circuits<br>Sigma Circuits | 2970 Airway<br>393 Matthew St | Costa Mesa<br>Santa Clara | CA<br>CA | 92626<br>95056 | 387,545<br>488,367<br>875,912 |
| Sigma Plating Co., Inc. | Sigma Plating | 1040 Otterbein | La Puente | CA | 91745 | 454,277<br>454,277 |
| Signetics Corporation | Signetics Corporation | 811 E Argues Ave | Sunnyvale | CA | 94086 | 321,088<br>321,088 |
| Siliconix, Inc. | Siliconix | 2201 Laurelwood Rd | Santa Clara | CA | 95054 | 990,106<br>990,106 |
| Jerome E. Sklar as Trustee of the Esther & Harold Mazur Trust, on behalf of the Esther & Harold Mazur Trust | Esther & Harold Mazur Trust | 600 N Arrowhead | San Bernardino | CA | 92401 | 244,213<br>244,213 |
| Sony Electronics Inc. | Columbia Records<br>Sony Corporation of America | 900 E Stowell<br>16450 W Bernardo Dr | Santa Maria<br>San Diego | CA<br>CA | 93454<br>92127 | 100,440<br>484,850<br>585,290 |
| Sparton Corporation | Sparton Southwest, Inc.<br>Sparton Southwest, Inc. | 9621 Coors Rd NW<br>4901 Rockaway Blvd SE | Albuquerque<br>Rio Rancho | NM<br>NM | 87103<br>87124 | 164,488<br>11,009<br>175,497 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 81 of 96

**Attachment B**
**Waste Quantity Attributed to Each Defendant / Settling Party**

Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| SRI International | SRI International | 333 Ravenswood Ave | Menlo Park | CA | 94025 | 156,834 |
| | Stanford Research Institute | 333 Ravenswood Ave Bldg 200 | Menlo Park | CA | 94025 | 57,983 |
| | | | | | | 214,817 |
| Sta-Lube, Inc. | Sta-Lube Inc. | 3039 Ana St | Compton | CA | 90221 | 288,951 |
| | | | | | | 288,951 |
| Standard Nickel-Chromium Plating Company | Standard Nickel-Chromium Plating Co. | 826 E 62nd St | Los Angeles | CA | 90001 | 636,927 |
| | | | | | | 636,927 |
| Stanford University | Stanford University | Bldg 06-930T | Stanford | CA | 94306 | 28,984 |
| | Stanford University | 640 Oak Rd Bldg 14 | Stanford | CA | 93405 | 164,352 |
| | Stanford University | P O Box 0126 | Palo Alto | CA | 94305 | 3,982 |
| | Stanford University | 67 Encina Hall | Stanford | CA | 94305 | 219,072 |
| | | | | | | 416,390 |
| Steelcase Inc. | Steelcase, Inc. | 1123 Warner Ave | Tustin | CA | 92680 | 2,403,424 |
| | | | | | | 2,403,424 |
| Stepan Company | Stepan Chemical Company | 1211 N Olive St | Anaheim | CA | 92803 | 37,460 |
| | Stepan Chemical Company | 1208 N Pratt St | Anaheim | CA | | 1,504,299 |
| | | | | | | 1,541,759 |
| Sun Chemical Corporation | General Printing Ink/Sun Chemical Co. | 12963 Park St | Santa Fe Springs | CA | 90670 | 440,677 |
| | Kohl & Madden Ink | 2369 Yates | Commerce | CA | 90040 | 50,136 |
| | U.S. Printing Ink Co. | 14465 Griffith St | San Leandro | CA | 94577 | 520,672 |
| | General Printing Ink | 14300 Catalina St | San Francisco | CA | 94577 | 145,854 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| U.S. Printing Ink Co. | U.S. Printing Ink Co. | 13710 Borate Street | Santa Fe Springs | CA | 90670 | 151,574 |
| Superior Industries International Inc. | Superior Industries Intl. | 7800 Woodley Ave | Van Nuys | CA | 91406 | 1,308,913<br>978,368<br>978,368 |
| Supra Alloys Inc. | Supra Alloys Inc.<br>Cosmo Minerals (SA) | 1185 Calle Surete<br>4725 Calle Alto | Camarillo<br>Camarillo | CA<br>CA | 93010<br>93010 | 318,700<br>756,150<br>1,074,850 |
| T.G.I. Associates, Inc. | TGL Associates | 16450 Los Gatos Blvd | Los Gatos | CA | 95030 | 803,060<br>803,060 |
| TABC Inc. | Toyota Motor Manufacturing | 6375 Paramount Blvd | Long Beach | CA | 90801 | 1,026,880<br>1,026,880 |
| Technicolor Inc. | Technicolor | 4050 Lankersheim Blvd | North Hollywood | CA | 91603 | 388,794<br>388,794 |
| Ted Levine Drum Co. | Ted Levine Company<br>Ted Levine Company | 303 S Sirrine<br>1829 Chico Ave | Mesa<br>South El Monte | AZ<br>CA | 85201<br>91733 | 159,138<br>267,369<br>426,507 |
| Teledyne Technologies Incorporated | Teledyne Picco<br>Teledyne Microwave | 2701 Harbor Dr<br>1274 Terra Bella Ave | San Diego<br>Mountain View | CA<br>CA | 92138<br>94043 | 2,608<br>3,329 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

Facility Data

| Defendant / Settling Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Teledyne Analytical | 16830 Chestnut Ave | City of Industry | CA | 91745 | 491 |
| | Teledyne Controls | 12333 W Olympic Blvd | Los Angeles | CA | 90064 | 639 |
| | Teledyne Microwave | 1290 Terra Bella | Mountain View | CA | 94043 | 572 |
| | Teledyne Battery Products | 840 W Brocton Ave | Redlands | CA | 92374 | 53,808 |
| | Teledyne Picco | 16800 Chestnut | City of Industry | CA | 91744 | 803,244 |
| | Teledyne Microelectronics | 12964 Panama St | Los Angeles | CA | 90066 | 94,133 |
| | Teledyne MEC | 3165 Porter Dr | Palo Alto | CA | 94303 | 31,636 |
| | Teledyne Microwave | | | | | 28,200 |
| | Teledyne Microwave | 1300 Terra Bella Ave | Mountain View | CA | 94043 | 1,756 |
| | Teledyne Cast Products | 4200 W Valley Blvd | Pomona | CA | 91766 | 1,371,541 |
| | Teledyne Relays | 12525 Daphne Ave | Hawthorne | CA | 90250 | 174,883 |
| | Teledyne Picco | 1729 Chico | South El Monte | CA | 91733 | 117,480 |
| Temple Inland Inc. | | | | | | 2,684,320 |
| | Inland Container Corp. | P O Box 565 | Newark | CA | 94560 | 5,379 |
| | Inland Container Corp. | 5991 Bandini Blvd | Los Angeles | CA | 90008 | 50,360 |
| | Inland Container Corp. | 5100 Jurupa Ave | Ontario | CA | 91761 | 930,600 |
| | Inland Container Corp. | 400 W Valpico Rd | Tracy | CA | 95376 | 655 |
| Tesoro Petroleum Corporation | | | | | | 986,994 |
| | Petroleum Distributing Company | 333 Ponoma St | Port Hueneme | CA | 93041 | 318,060 |
| | Tesoro Petroleum Distributing Co. | 233 Ponoma St | Port Hueneme | CA | 93041 | 170,889 |
| | Tesoro Gas Market Co. | 9201 Olympic | Beverly Hills | CA | 90212 | 225,551 |
| Texas Instruments Incorporated | | | | | | 714,500 |

Attachment B
Waste Quantity Attribued to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| | Texas Instruments Incorporated | P O Box 655474 M/S 325 | Dallas | TX | 75265 | 669 |
| | Texas Instruments Incorporated | 1100 Monache Rd | Inyokern | CA | 93527 | 3,195 |
| | Texas Instruments Incorporated | 1409 N Norma St | Ridge Crest | CA | 93555 | 13,391 |
| Texas Instruments Tucson Corporation f/k/a Burr–Brown Corporation, successor in interest by merger with Burr–Brown Research Corporation | Silicon Systems, Inc. | 14351 Myford Rd | Tustin | CA | 92680 | 289,032 |
| | Burr–Brown Research | 6730 S. Tucson | Tucson | AZ | 85734 | 306,287 |
| | Burr-Brown Research | 6730 South Tucson Blvd | Tucson | AZ | | 82,867 |
| | | | | | | 10,518 |
| Textron Inc. | | | | | | 93,385 |
| | Textron/Hydraulic Research Textron/Spencer Kellogg Products/NL Chemicals/NL Industries | 25200 W Rye Canyon Rd | Valencia | CA | 91355 | 60,659 |
| | Textron/Spencer Kellogg Products/NL Chemicals/NL, I | 952 Bransten Rd | San Carlos | CA | 94070 | 195,326 |
| | Textron/Incosym Inc./Bell Incosym | 780 Lakefield Rd Ste E | Westlake Village | CA | 91361 | 4,220 |
| | Ace Industries | 8839 Pioneer Blvd | Santa Fe Springs | CA | 90670 | 109,513 |
| | Textron/Cherry Fasteners Division | 1501 N Miller St | Anaheim | CA | 92806 | 559,764 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | |
| | Textron/Cherry Fasteners Division | 1700 Sunflower | Costa Mesa | CA | 92626 | 16,218 |
| | Textron/Cherry Fasteners Division | 1224 E Warner Ave | Santa Ana | CA | 92707 | 923,006 |
| | Textron/Hydraulic Research | 10445 Glenoaks Blvd | Pacoima | CA | 91331 | 45,265 |
| | Textron/Hydraulic Research | 28113-15 Stanford Ave | Valencia | CA | 91355 | 4,603 |
| | Textron/Cherry Fasteners | 1224 E Warner Ave | Santa Ana | CA | 92707 | 834 |
| | Textron/Townsend Division/Townsend | 12137 Montague | Pacoima | CA | 91331 | 33,458 |
| | Textron/Bell Helicopter Center | 7155 Valjean Ave Van Nuys Center | Van Nuys | CA | 91406 | 3,780 |
| | | | | | | 1,956,646 |
| The Aerospace Corporation | Aerospace Corporation | 2040 Maple | El Segundo | CA | 90245 | 2,860 |
| | Aerospace Corporation | 2400 E El Segundo Blvd | El Segundo | CA | 90245 | 76,721 |
| | Aerospace Corporation | 2350 E El Segundo Blvd | El Segundo | CA | 90245 | 217,408 |
| | Aerospace Corporation | 300 S Douglas | El Segundo | CA | 90245 | 247,240 |
| | | | | | | 544,229 |
| The Archdiocese of Los Angeles | Calvary Cemetary | 199 N Hope Ave | Santa Barbara | CA | 93110 | 325,220 |
| | | | | | | 325,220 |
| The Bekins Company | Bekin's Record Management | 1025 N Highland | Hollywood | CA | 90038 | 2,188 |
| | Bekins | 7946 Miramar Rd | San Diego | CA | 92126 | 241 |
| | Bekins | 6200 Lankersheim Blvd | North Hollywood | CA | 91606 | 264 |
| | Bekins | 777 Flower St | Glendale | CA | 91201 | 170,998 |
| | Bekins Moving & Storage Co. | 3335 Arden | Hayward | CA | 94545 | 3,047 |
| The Clorox Company | Bekins | 15146 E Whittier Blvd | Whittier | CA | 90603 | 264,320 |
| | | | | | | 441,058 |

Attachment B

Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Clorox Company | Clorox Company | 2600 Huntington Dr | Fairfield | CA | 94533 | 57,980 |
| | Clorox Company | 850 42nd Ave | Oakland | CA | 94501 | 357,366 |
| | Clorox Company | 4333 Vandini Blvd Box 3902 Lugo Station | | | | 33,480 |
| | Clorox Company - Technical Center | 7200 Johnson Dr | Pleasanton | CA | 94566 | 421,294 |
| | | | | | | 870,120 |
| The Coca-Cola Company | Coca Cola Foods Division | 360 S Acacia Ave | Fullerton | CA | 92631 | 93,360 |
| | Coca Cola Foods Division | 1226 N Olive | | CA | | 2,603 |
| | Coca Cola Foods Division | 963 E 4th St | | CA | | 58,219 |
| | | | | | | 154,182 |
| The Dial Corporation | Purex Corporation/Dial | 9300 Rayo Ave | South Gate | CA | 90280 | 172,916 |
| | | | | | | 172,916 |
| The Gillette Company | Gillette Papermate | P O Box 1650 | Santa Monica | CA | 90406 | 1,170,380 |
| | Gillette Papermate | 1681 26th St | Santa Monica | CA | 90406 | 542,857 |
| | Jafra Cosmetics Inc. | 2451 Townsgate Rd | West Lake Village | CA | 91361 | 732,151 |
| | | | | | | 2,445,388 |
| The Housing Authority of the County of Marin | See County of Marin | | | | | |
| The Interlake Corporation | Interlake Lodi Fab | 1029 S Sacramento St | Lodi | CA | 95241 | 102,620 |
| | Chem-Tronics Inc. | 1150 W Bradley | El Cajon | CA | 92020 | 468,573 |
| | | | | | | 571,193 |
| The Marmon Group | Aluminum Forge Co. | 502 E Alton St | Santa Ana | CA | 92707 | 455,770 |
| | Bonanza Aluminum | 11711 Pacific St | Fontana | CA | 92335 | 1,664,042 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 87 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

Facility Data

| Defendant / Setting Party | Name | Address | City | State | Zip Code | Qty (lbs.) |
|---|---|---|---|---|---|---|
| The Okonite Co., Inc. | Okonite Company<br>Okonite Company | 2900 S Blosser Rd<br>P O Box 340 | Santa Maria<br>Ramsey | CA<br>NJ | 93454<br>7446 | 1,282,600<br>18,860<br>1,301,460 |
| | | | | | | 2,119,812 |
| The Pasadena Center Operating Co. | Pasadena Center | 300 E Green St | Pasadena | CA | 91101 | 298,040<br>298,040 |
| The Southland Corporation | Southland Corporation<br>Southland Corporation | 1595 E Vista Way<br>P O Box 404 | Vista<br>Pleasanton | CA<br>CA | 92803<br>94566 | 54,762<br>33,459<br>88,221 |
| The Valspar Corporation | Valspar Corporation<br>McCloskey Varnish<br>McCloskey Varnish | 1004 W 10th St<br>550 E Slauson Ave<br>5501 E Slauson Ave | Azusa<br>Commerce | CA<br>CA<br>CA | 91702<br>90040 | 204,430<br>58,940<br>608,600<br>871,970 |
| Three Bond International, Inc. | Three Bond of America<br>Three Bond of America | 3735 San Gabriel River<br>20815 Higgins Court | Pico Rivera<br>Torrance | CA | 90501 | 11,468<br>955,682<br>967,150 |
| Time Warner | MGM | 1945 Charleston Rd | Mountain View | CA | 94043 | 501 |
| | Lorimar Tele Pictures<br>MGM Studios/United Artists<br>Warner Hollywood | 3970 Overland Ave<br>10202 W Washington Blvd<br>1044 N Formosa | Culver City<br>Culver City<br>West Hollywood | CA<br>CA<br>CA | 90230<br>90230<br>90069 | 12,380<br>317,814<br>2,364 |
| | Lorimar Productions<br>Lorimar Productions | 3970 Overland Ave<br>10202 W Washington | Culver City<br>Culver City | CA<br>CA | 90230<br>90230 | 13,927<br>165,727<br>512,713 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | Qty (lbs.) |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | Address | City | State | Zip Code | |
| Torrance Unified School District | City of Torrance - Torrance Unified School Dist. | 2200 Carson St | Torrance | CA | 90509 | 308 |
| | City of Torrance - Torrance Unified School Dist. | 2335 Plaza Del Amo | Torrance | CA | 90501 | 447,523 |
| | | | | | | 447,831 |
| Toyota Motor Sales, USA, Inc. | Toyota Motor Manufacturing U.S.A. | PO Box 2140 | Long Beach | CA | 90801 | 33,020 |
| | Toyota Motor Manufacturing U.S.A. | 785 Edison Ave | Long Beach | CA | 90813 | 1,961,394 |
| | | | | | | 1,994,414 |
| Triangle PWC, Inc. | Triangle PWC, Inc. | 1666 Willow Pass Rd | Pittsburg | CA | 94565 | 462,634 |
| | | | | | | 462,634 |
| Tribune Company, as successor-by-merger to Times Mirror Company, and Los Angeles Times Communications LLC | Los Angeles Times | 130 S Broadway | Los Angeles | CA | 90053 | 5,245 |
| | Los Angeles Times | 560 S Alameda | Los Angeles | CA | 90013 | 732 |
| | Times Mirror Co. | 560 S Alameda St | Los Angeles | CA | 90012 | 16,220 |
| | Los Angeles Times | 20000 Prarie St | Chatsworth | CA | 91311 | 217 |
| | Los Angeles Times | 1232 Airway Ave | Glendale | CA | 91201 | 1,611 |
| | Times Mirror Co. | 1115 S Boyle Ave | Los Angeles | CA | 90023 | 140,159 |
| | Los Angeles Times | 14011 Marquandt Ave | Santa Fe Springs | CA | 90670 | 5,726 |
| | Los Angeles Times | 202 W First St | Los Angeles | CA | 90012 | 39,210 |
| | Los Angeles Times | 1375 Sunflower Ave | Costa Mesa | CA | 92626 | 93,656 |
| | Los Angeles Times | P O Box 387 | Los Angeles | CA | 90053 | 14,281 |
| | Times Mirror Co. | 1240 Palmeto | LA | CA | | 820 |
| | | | | | | 317,877 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 89 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | Qty (lbs.) |
| Tucson Electric Power Company | | | | | | |
| | Tucson Electric Power Co. | 4350 E Irvington | Tucson | AZ | 85714 | 441,593<br>441,593 |
| Tyco Electronics Corporation, successor to Raychem Corporation | | | | | | |
| | Raychem Plastics | | | | | |
| | Raychem Corporation | 300 Constitution Ave | | CA | | 49,993 |
| | Raychem Corporation | 1525 Willow Rd | Menlo Park | CA | 94025 | 465,682 |
| | | | | | | 515,675 |
| Union Bank, also known as Union Bank of California | | | | | | |
| | Union Bank | 327 Moffett Blvd | San Diego | CA | 92138 | 1,261,800 |
| | Union Bank/California First Bank | P O Box 85646 | San Diego | CA | 92138 | 10,200 |
| | | | | | | 1,272,000 |
| Unisys Corporation | | | | | | |
| | Burroughs Corporation | 800 N Baldwin Park Blvd | City of Industry | CA | 91747 | 17,712 |
| | Sperry Univac | 3333 Scott Blvd | Santa Clara | CA | 95051 | 53,024 |
| | Burroughs Corporation | 460 Sierra Madre Villa St | Pasadena | CA | 91109 | 128,364 |
| | Burroughs Corporation | 10850 Van Franklin | San Diego | CA | 92128 | 30,836 |
| | Unisys Corp. | 2300 Central Express | Santa Clara | CA | 95052 | 5,016 |
| | Burroughs Corporation | 25725 Jeronimo Rd | Mission Viejo | CA | 92691 | 335,270 |
| | Burroughs Corporation | 6300 Hollister Ave | Goleta | CA | | 30,040 |
| | Burroughs Corporation | 5600 Avenida Encinas | Carlsbad | CA | 92008 | 206,688 |
| | Convergent Technologies | 201 N Sunrise Ave | Roseville | CA | 95661 | 113 |
| | Burroughs Corporation | 5411 Lindero Canyon | Westlake Village | CA | 91361 | 1,661,441 |
| | Convergent Technologies | 2700 N 1st St | San Jose | CA | 95134 | 12,605 |
| | Burroughs Corporation | 16701 W Bernardo Dr | San Diego | CA | 92127 | 33,951 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| | Memorex Corporation | San Thomas at Central | Santa Clara | CA | | 32,700 |
| | Memorex Corporation | 463 S. Milpitas Blvd | Milpitas | CA | 95035 | 3,962 |
| | Memorex Corporation | 305 N. Crescent Way | Anaheim | CA | 92801 | 22,017 |
| | Memorex Corporation | 1640 Le Ginte | | CA | | 2,347 |
| | Memorex Corporation | 1352 Reynolds | Irvine | CA | 92714 | 5,110 |
| | Memorex Corporation | 1200 Memorex Dr | Santa Clara | CA | 95052 | 408,191 |
| | Memorex Corporation | 1040 Deguflio | Santa Clara | CA | | 3,010 |
| | Memorex Corporation | | | CA | | 18,540 |
| | Memorex Corporation/Unisys | 2121 Walsh Ave | Santa Clara | CA | 95052 | 147,010 |
| | | | | | | 3,157,947 |
| United Air Lines Inc. | United Air Lines | 6018 Avion Dr | Los Angeles | CA | 90006 | 17,631 |
| | United Air Lines | P O Box 448 | Monterey | CA | 95940 | 636 |
| | United Air Lines | S F Int Airport | San Francisco | CA | | 3,211 |
| | United Air Lines | 7000 Avion Dr | Los Angeles | CA | 90045 | 326,033 |
| | United Air Lines | 444 Nash St | El Segundo | CA | 90245 | 25,520 |
| | United Air Lines | | | | | 226,065 |
| | United Air Lines | 235 Montgomery St #1049 | San Francisco | CA | 94101 | 2,604 |
| | United Air Lines | 2375 Airline Dr | San Diego | CA | 92102 | 6,210 |
| | | | | | | 607,910 |

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Name | Facility Data | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | |
| United States Steel Corporation together with U. S. Steel Corp., Oilwell Division, USS-Posco Industries, U.S. Steel Corp., Pittsburg Works, USS Chemical and Aristech Chemical Corporation now known as Braskem America, Inc. | USS Chemical (and it's successor, Aristech Chemical Corp.) | 2910 W Adams St | Colton | CA | 92324 | 244,746 |
| | U.S. Steel Corp., Oilwell Division | 841 W McCoy Ln | Santa Maria | CA | 93454 | 93,920 |
| | U.S. Steel Corp., Oilwell Division | shop | | | | 21,017 |
| | USS-POSCO Industries | P O Box 471 | Pittsburg | CA | 94565 | 823 |
| | U.S. Steel Corp., Oilwell Division | 1529 W 16th | Long Beach | CA | 90813 | 1,615 |
| | U.S. Steel Corp., Pittsburg Works | PO Box 471 Loveridge Rd | | CA | | 359,742 |
| | | | | | | 721,863 |
| United Technologies Corporation | Otis Elevator | 1825 Beverly Bl | Los Angeles | CA | 90057 | 9,792 |
| | Telex Computer Products | 201 Flynn Rd | Camarillo | CA | 93010 | 3,420 |
| | United Technologies Chemical Systems | 600 Metcalf Rd | San Jose | CA | | 603,502 |
| | Otis Elevator | 345 Miraloma | Glendale | CA | 91204 | 1,337 |
| | United Technologies Lexar | 31829 La Tienda Dr | Westlake Village | CA | 91362 | 36,159 |
| | Hamilton Standard | 4401 Donald Douglas Dr | Long Beach | CA | 90808 | 126,908 |

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| | United Technologies Chemical Systems | 1050 E Arquet | | CA | | 434 |
| | | | | | | 781,552 |
| University of Southern California | University of Southern California | 3616 Trousdale Parkway AHF- Los Angeles | | CA | 90089 | 56,151 |
| | University of Southern California | University Park Campus AHF9 | Los Angeles | CA | 90089 | 17,113 |
| | University of Southern California | 1411 E Lake St | Los Angeles | CA | 90033 | 68,842 |
| | University of Southern California | 2025 Zonal Ave | Los Angeles | CA | 90033 | 254,797 |
| | University of Southern California | University Park Parking B | Los Angeles | CA | 90089 | 258 |
| | | | | | | 397,161 |
| Urethane Industries | Urethane Industries | 550 W. Crowther Ave | Placentia | CA | 92670 | 250,967 |
| | | | | | | 250,967 |
| US Borax Inc. | Kennecott Minerals Co. | Ray Mines | Ray | AZ | 85286 | 60,620 |
| | Kennecott Minerals Co. | Mines Plant Warehouse | | | | 11,680 |
| | U.S. Borax and Chemical Corp. | 412 N Crescent Way | Anaheim | CA | 92801 | 101,959 |
| | U.S. Borax and Chemical Corp. | | | | | 188,445 |
| | U.S. Borax and Chemical Corp. | 300 Falcon St | Wilmington | CA | 90744 | 590,693 |
| | Kennecott Exploration | 7907 Ostrow ST | San Diego | CA | 92111 | 100 |
| | | | | | | 953,497 |
| Varian Associates, Inc. | Varian Associates | 220 Humboldt Ct | Sunnyvale | CA | 94086 | 1,615 |
| | Varian Associates | 3100 Jay St | Santa Clara | CA | 95050 | 2,111 |

Attachment B
Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Facility Data | | | | | Qty (lbs.) |
|---|---|---|---|---|---|---|
| | Name | Address | City | State | Zip Code | |
| Varian Associates, Instrument Group | Varian Associates, Instrument Group | 2700 Mitchell Dr | Walnut Creek | CA | 94598 | 12,367 |
| | Varian Associates | 611 Hansen Way | Palo Alto | CA | 94303 | 48,335 |
| | Varian Associates | 3251 Olcott | Santa Clara | CA | 95050 | 20,710 |
| | Varian Associates | 596 Alder Dr | Milpitas | CA | 95035 | 437 |
| | Varian Associates | 48664 Milmont Dr | Fremont | CA | 94538 | 4,729 |
| | Varian Associates | 3200 Patrick Henry | Santa Clara | CA | 95050 | 15,588 |
| | Varian Associates, Eimac Division | 301 Industrial Way | San Carlos | CA | 94070 | 286,935 |
| | Varian Associates | 3560 Basset St | Santa Clara | CA | 95050 | 15,380 |
| | | | | | | 408,207 |
| Vertis, Inc., as successor-in-interest to Treasure Chest Advertising Company Inc. | Treasure Chest Inc. | 800 N 37th St | | | | 1,835 |
| | Treasure Chest Inc. | 3200 Pomona Blvd | Pomona | CA | 91768 | 161,892 |
| | Treasure Chest Inc. | 1201 Shore Dr | Sacramento | CA | 95619 | 349,952 |
| | Treasure Chest Advertising | 533 W Foothill Blvd | Glendora | CA | 91740 | 24,410 |
| | Treasure Chest Inc. | 400 N 10th St | | CA | | 1,376 |
| | | | | | | 539,465 |
| Vesper Corp. | Arrowhead Products | 4411 Katella Ave | Los Alamitos | CA | 90720 | 284,034 |
| | | | | | | 284,034 |
| Virco Manufacturing Corp. | Virco Manufacturing Corp. | 15134 S Vermont Ave | Gardena | CA | 90247 | 322,639 |
| | | | | | | 322,639 |
| VWR Scientific, Inc. | VWR Scientific, Inc. | 15408 Blackburn Ave | Norwalk | CA | 90650 | 3,780 |
| | VWR Scientific, Inc. | 3745 Bayshore Blvd | Brisbane | CA | 94005 | 274,038 |
| | | | | | | 277,818 |
| Walt Disney World Co. | Disneyland Hotel | 1150 E Cerritos Ave | Anaheim | CA | 92803 | 520 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 94 of 96

Attachment B
Waste Quantity Attributed to Each Defendant / Setting Party

| Defendant / Setting Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| Weatherford International | Disneyland | 1313 Harbor Blvd | Anaheim | CA | 92803 | 523,981 |
| | | | | | | 524,501 |
| | H&H Oil Tool Inc. | 1565 E Betteravia Rd | Santa Maria | CA | 93454 | 299,240 |
| | H&H Oil Tool Inc. | 200 So Hallock Dr | Santa Paula | CA | 93060 | 807,020 |
| | H&H Oil Tool Inc. | PO Box 2070 | | CA | | 95,820 |
| | | | | | | 1,202,080 |
| Weber Metals Inc. | Weber Metals Inc. | 16706 Garfield Ave | Paramount | CA | 90723 | 427,136 |
| | | | | | | 427,136 |
| West County Wastewater District | West Contra Costa Sanitary District | 2910 Hilltop | Richmond | CA | 94806 | 5,177 |
| | West Contra Costa Sanitary District | 13956 San Pablo Ave | San Pablo | CA | 94806 | 546,114 |
| | | | | | | 551,291 |
| West Valley-Mission Community College District | West Valley College | 14000 Fruitvale Ave | Saratoga | CA | 95070 | 180,677 |
| | | | | | | 180,677 |
| Western Tube and Conduit Co. | Western Tube & Conduit | 2001 E Dominguez St | Long Beach | CA | 90810 | 1,767,513 |
| | | | | | | 1,767,513 |
| Vincent E. Wood and William A. Wood, as Individuals | V. Woods | 315 State St | Santa Barbara | CA | 93101 | 608,480 |
| | | | | | | 608,480 |
| World Oil Co. | World Oil Company | 1501 Beverly | Montebello | CA | 90640 | 4,104 |
| | World Oil Company | 1460 S La Cienega | Los Angeles | CA | 90035 | 5,276 |

DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Attachment B page 95 of 96

Attachment B

Waste Quantity Attributed to Each Defendant / Settling Party

| Defendant / Settling Party | Name | Facility Data | | | | |
|---|---|---|---|---|---|---|
| | | Address | City | State | Zip Code | Qty (lbs.) |
| | World Oil Company | 10970 S St | Cerritos | CA | 90701 | 10,343 |
| | World Oil Company | 1201 N Harbor Blvd | Anaheim | CA | 92801 | 11,139 |
| | World Oil Company | 9405 E Whittier | Pico Rivera | CA | 90660 | 2,931 |
| | World Oil Company | 2417 N San Fernando | Burbank | CA | 91504 | 13,781 |
| | World Oil Company | 8020 Santa Monica | Hollywood | CA | 90046 | 586 |
| | World Oil Company | 9302 S Garfield Ave | South Gate | CA | 90280 | 1,413,453 |
| | World Oil Company | 117 W Maude Ave | Sunnyvale | CA | 94086 | 2,186 |
| | World Oil Company | 3450 W Ball | Anaheim | CA | 92804 | 7,621 |
| | | | | | | 1,471,420 |
| Xerox Corporation | Xerox Corp. | 125 N Vinedo | Pasadena | CA | 91107 | 36,397 |
| | Xerox Electro Optical | 600 E Bonita Ave | Pomona | CA | 91767 | 614 |
| | Xerox Corp. | 2200 E McFadden | Santa Ana | CA | 92705 | 19,460 |
| | Xerox Corp. | 250 W Manville | Compton | CA | 90220 | 2,021 |
| | Xerox Corp./Palo Alto Research Center | 3333 Coyote Hill Rd | Palo Alto | CA | 94304 | 85,586 |
| | Xerox Corp. | 701 S Aviation Blvd | El Segundo | CA | 90245 | 261,720 |
| | Xerox Corp. | | Monrovia | CA | 91016 | 135,600 |
| | Xerox Corp. | 1500 S Shamrock | Monrovia | CA | 91016 | 9,281 |
| | Xerox Corp. | 18691 Jamboree | Irvine | CA | 92715 | 93,907 |
| | Xerox Medical Systems | 1425 Shamrock | Monrovia | CA | 91016 | 30,960 |
| | Xerox Corp. | 250 N Halstead St | Pasadena | CA | 91109 | 122,960 |
| | | | | | | 798,506 |

# ATTACHMENT A

Attachment A – List of Defendants

A&G German Cars;
A&H Plating, Inc.;
A.O. Smith Corp.;
Advanced Coatings & Chemical;
Air Logistics Corporation;
Air Products and Chemicals, Inc.;
AK Steel Corporation;
Akzo Nobel Coatings Inc.;
Akzo Nobel Paints LLC;
ALCO Capital Group, Inc.;
Allergan Inc.;
Alma Piston Co./Tomadur Engine Co.;
Aluminum Precision Products, Inc.;
Alyeska Pipeline Service Company;
American Airlines, Inc.;
American Honda Motor Co., Inc.;
Ameron International Corporation;
Amico West;
Amsec Major;
Amtrak-National Railroad Passenger Corp.;
Angelus Block Company Inc.;
Anheuser-Busch Companies Inc.;
Anomet Metal Finishing;
AOC, LLC;
Arkema Inc.;
Armtec Defense Products Co.;
Ashland Inc.;
Asphalt Products Oil Corp.;
Associates Insectary;
Astro Pak Corporation;
Atlas Galvanizing Company;
Automation Plating Corp.;
Avery Dennison Corporation;
Aviall Inc.;
B&Z Disposal;
Baker Hughes Oilfield Operations, Inc.;
Ball Corporation;
Bank of America, National Association;
Barron Anodizing;
BASF Corp.;
Baxter Healthcare Corporation;
Beazer East, Inc.;
Bell Sports, Inc.;
Benjamin Moore & Co.;
Berkshire Hathaway Inc.;
BetzDearborn, Inc.;

Beylik Drilling Inc.;
BHP Coated Steel Corp.;
Blue Diamond Growers;
BOC Gases;
Borg-Warner, Inc.;
Brandenburg, Staedler & Moore;
Bridgestone Americas Tire Operations, LLC;
Bristow Group Inc.;
Broadridge Securities Processing Solutions, Inc.;
Brown-Pacific Inc.;
Budget Rent A Car System, Inc.;
Calafiore & Associates;
California Institute of Technology;
California Steel Industries Inc.;
California Technical Plating Inc.;
Camsco Residential;
Carpenter Co.;
Carrier Corporation;
Caterpillar Inc.;
Catholic Healthcare West;
CBS Corporation;
Cedars-Sinai Medical Center;
Central Santa Clara County Regional Occupational Agency;
Ceradyne Inc.;
Champion Technologies, Inc.;
Channel Industries Inc.;
Chemical Transportation (Tank/Cleaning) a/k/a Chemical Rainbow Transport Tank Cleaners;
Cimarex Energy Co.;
CIPCO;
City of Azusa;
City of Burbank;
City of Huntington Beach;
City of Lompoc;
City of Monrovia;
City of Newport Beach;
City of Palo Alto;
City of Riverside;
City of San Diego;
City of San Jose;
City of San Marino;
City of Santa Maria;
City of Santa Monica;

Attachment A – List of Defendants

City of Signal Hill;
City of Sunnyvale;
City of Vernon;
Clougherty Packing Co.;
Coca-Cola Refreshments USA, Inc.;
Coherent, Inc.;
Cohu Inc. Electronics Div.;
ConAgra Foods, Inc.;
Consolidated Fabricators Corp.;
Continental Holdings, Inc.;
Continental Materials Corporation;
Conway Oil Company;
Cooper Industries, LLC;
County of Kern;
County of Kings;
County of Marin;
County of Riverside;
County of Sacramento;
County of San Benito;
County of San Diego;
County of San Joaquin;
County of Santa Barbara;
County of Ventura;
County Sanitation District No. 2 of Los
Angeles County;
CoxCom Inc.;
Crane Co.;
Crenshaw Christian Center Church of Los
Angeles;
Crown Cork & Seal Co., Inc.;
CTS Keene, Inc.;
CTS Printex Inc.;
Cubic Corporation;
Culligan International Company and
Culligan Water Conditioning of Orange
County;
D&D Tanks;
D&S Industries;
David Karney Contractor;
Dayton Superior Corporation;
Decalta International Corporation;
Deluxe Packages;
Downey Glass;
Dunn Edwards Corp.;
Dura-Bond Bearing Co.;
E & T LLC;

E.C. Loomis & Son;
E.M. Johansing Partnership;
Eastern Contra Costa Transit Authority;
Eaton Corporation;
EDO Corporation;
Elconin and Saffrin II;
Electromatic Inc.;
Elixir Industries;
El Paso E.S.T. Company, as Trustee of
EPEC Oil Company Liquidating Trust;
Embee Inc.;
Emerson Electric Co.;
Emery Air Freight Corp.;
Ernest Carlson;
ESCO Technologies Inc.;
Estech Inc.;
EXAR Corporation;
Exide Corp.;
Facet Energy (Gammaloy Ltd.);
Federal Express Corporation;
Federal Mogul;
FHL Group;
Flower Street Partnership;
FMC Corporation;
FMM, Inc.;
Foothill-DeAnza Community College
District;
Frazee Industries Inc.;
GATX Corporation;
Genentech, Inc.;
General Atomics;
General Mills, Inc.;
George Industries;
Georgia Pacific Corp.;
Gerard Metal Craftsmen Inc.;
John Gherini, Sue J. Sword and Northern
Trust, N.A., as co-trustees of the Marian
Mullin Hancock Charitable Trust;
Glasteel Tennessee Inc.;
Goleta Water District;
H&H Paramount Ltd.;
Hanson Aggregates, LLC;
Harriman Street Partners;
Hawthorne/Stone Real Estate;
Henkel of America, Inc. Henkel Corporation
and Dexter Hysol Aerospace LLC;

Attachment A – List of Defendants

Hi-Shear Corp.;
Host International;
Kenneth M. House as Trustee of the Estate
of Dr. Howard P. House;
Hurst Chemical Co.;
ICI Americas Inc.;
Imation Corp.;
Imperial Oil & Grease;
Industrial Wire Products Corp.;
Ingersoll-Rand Company;
Intel Corp.;
InterMetro Industries Corporation;
International Paint Inc.;
ITT Corporation;
J.R. Simplot Co.;
JBL Scientific Inc.;
Johns Manville;
K and L Anodizing Corp.;
Kaiser Foundation Health Plan Inc.;
Key Energy Services, Inc.;
Kinder Morgan Energy Partners, L.P.;
Kinsbursky Brothers;
Kliklok Corporation;
Knott's Berry Farm;
Koch Materials, LLC;
Kyocera America Inc.;
Lear Siegler Diversified Holdings;
Leggett & Platt, Inc.;
Lin Data Corp;
Lincoln Place Associates Limited
Partnership;
Bodycote Thermal Processing, Inc.;
Long Beach Community College District;
Long Beach Unified School District;
Longview Fibre Company and Longview
Fibre Paper and Packaging Inc.;
Los Angeles County Metropolitan Transit
Authority;
Los Angeles Galvanizing Co.;
Los Angeles Unified School District;
Los Rios Community College District;
Los Robles Regional Medical Center;
Lubeco Inc.;
Luxfer Inc.;
M.C. Gill Corp.;
MAFO/Pneumo Abex LLC;

Martinez Shopping Center;
Marwais Steel Company, LLC;
Masco Corp.;
Master Halco Inc.;
Materion Brush Inc.;
Matheson Gas Products, Inc.;
Matson Navigation Company, Inc.;
Mattel Inc.;
Maytag Corporation;
Mazda North American Operations;
McKesson Corporation;
MeadWestvaco Corporation;
Mechanical Metal Finishing Co., Inc.;
Menlo Caspian;
Mesa Center Automotive;
Metal Container Corporation of California;
Milard Group, Ltd.;
C. Edward Millar, Jr., as Trustee of the Sav
Mor Oil Co. Liquidating Trust;
Miller Brewing Company;
3M Company;
Mission Industries;
Mission Valley Ford Trucks;
Modine Manufacturing Company;
Montana Vista Co. LLC;
Montrose Chemical Corp. of California;
Motorola Inc.;
Nabors Holding Company;
Nabors Well Services Co.;
NAPP Systems, Inc.;
National Semiconductor Corporation;
National Semiconductor (Maine) Inc.;
National Steel & Shipbuilding Company;
Nestle USA, Inc.;
Nestle Waters North America Inc.,;
Neville Chemical Company;
Newport Corporation;
NI Industries, Inc.;
Northwest Pipe and Casing Co.;
Norton Packaging, Inc.;
NPEC Inc.;
Oakdale Memorial Park Inc.;
Occidental Chemical Corporation;
Olin Corporation;
Olympian Oil;
Omar Rendering Co.;

## Attachment A – List of Defendants

OSCA, Inc.;
Owens-Illinois Inc.;
Oxnard Pest Control Association;
PAC Foundry;
PAC Operating Limited Partnership, a
Delaware limited partnership;
Paccar, Inc.;
Pacific Coast Drum Company;
Pacific Racing Association/Golden Gate
Fields;
Pactiv Corporation;
Parker Hannifin Corp.;
Pasadena Area Community College District;
Pentrate Metal Processing Inc.;
Pepper Oil Co., Inc.;
PerkinElmer, Inc.;
Pfizer Inc.;
Pilkington Barnes Hind;
Pioneer North America, Inc.;
B.E. Fipp as Trustee for Fipp Family Trust;
Ernest Rady as Trustee of the Ernest Rady
Trust;
Merit Texas Properties, Inc.;
Plastic Materials Inc.;
Plessey, Inc.;
PQ Corporation;
Praxair, Inc.;
Prime Alloy Steel Castings;
Printronix, Inc.;
Products Engineering Corp.;
Prudential Insurance Co. of America;
Prudential Lighting Corporation;
Prudential Overall Supply Inc.;
R.R. Donnelley & Sons Company;
Redken Laboratories Inc.;
Republic Waste Services of Southern
California, LLC;
Revlon Consumer Products Corporation;
Rheem Manufacturing Co.;
Riverside Community Hospital;
Roche Holdings Ltd/Syntex (USA) Inc.;
Rogers Corporation;
RPM, Inc.;
Sacramento County Sanitation District No.
1;
Sacramento Municipal Utility District;

Saddleback Valley Unified School District;
Safeway Inc.;
Sage Energy Company;
San Diego Community College District;
San Joaquin Refining Company Inc.;
Sanmina-SCI Corporation;
Santa Maria Joint High School District;
Santa Palm Car Wash;
Santa Paula Union School District;
SANYO E&E Corporation;
Saticoy Lemon Association;
SBC Holdings;
Schmid Insulation Contractors, Inc.;
Scripps Research Institute;
Sears, Roebuck and Co.;
Shultz Steel Company;
Siemens Healthcare Diagnostics Inc.;
Sierracin Corp.;
Sigma Circuits Inc.;
Sigma Plating Co., Inc.;
Signetics Corporation;
Siliconix, Inc.;
Jerome E. Sklar as Trustee of the Esther &
Harold Mazur Trust;
Sony Electronics Inc.;
Sparton Corporation;
SRI International;
Sta-Lube, Inc.;
Standard Nickel-Chromium Plating
Company;
Stanford University;
Steelcase Inc.;
Stepan Company;
Sun Chemical Corporation;
Superior Industries International Inc.;
Supra Alloys Inc.;
T.G.L. Associates, Inc.;
TABC Inc.;
Technicolor Inc.;
Ted Levine Drum Co.;
Teledyne Technologies Incorporated;
Temple Inland Inc.;
Tesoro Petroleum Corporation;
Texas Instruments Incorporated;
Texas Instruments Tucson Corporation;
Textron Inc.;

Attachment A -- List of Defendants

The Aerospace Corporation;
The Archdiocese of Los Angeles;
The Bekins Company;
The Clorox Company;
The Coca-Cola Company;
The Dial Corporation;
The Gillette Company;
The Housing Authority of the County of
Marin;
The Interlake Corporation;
The Marmon Group;
The Okonite Co., Inc.;
The Pasadena Center Operating Co.;
The Southland Corporation;
The Valspar Corporation;
Three Bond International, Inc.;
Time Warner;
Torrance Unified School District;
Toyota Motor Sales, USA, Inc.;
Triangle PWC, Inc.;
Tribune Company;
Tucson Electric Power Company;
Tyco Electronics Corporation;
Union Bank;
Unisys Corporation;
United Air Lines Inc.;
United States Steel Corporation;
United Technologies Corporation;
University of Southern California;
Urethane Industries;
US Borax Inc.;
Varian Associates, Inc.;
Vertis, Inc.;
Vesper Corp.;
Virco Manufacturing Corp.;
VWR Scientific, Inc.;
Walt Disney World Co.;
Weatherford International;
Weber Metals Inc.;
West County Wastewater District;
West Valley-Mission Community College
District;
Western Tube and Conduit Co.;
Vincent E. Wood and William A. Wood, as
Individuals;
World Oil Co.;

Xerox Corporation

# ATTACHMENT B

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Ms. Ralph Irwin
354 E. 22nd St.
Newport Beach CA 92660
For: A&G German Cars

Tim Waschak
A&H Plating, Inc
28079 Ave Stanford
Valencia CA 91381
For: A&H Plating, Inc.

Scott Garrett
A.O. Smith Corporation
11270 W. Park Place
Milwaukee WI 53224
For: A.O. Smith Corp.

Curt M. Richards
Advanced Products, Inc. dba
Advanced Coating & Chemicals
3855 N. Ocoee St., Ste.
200 Cleveland TN 37312
For: Advanced Coatings & Chemical

G.H. Schirtzinger
Air Logistics Corporation
146 Railroad Ave.
Monrovia CA 91016
For: Air Logistics Corporation

Todd Solodar
Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown PA 18195
For: Air Products and Chemicals, Inc.

John J. Kuzman, Jr.
AK Steel Corporation
9227 Centre Pointe Dr.
West Chester OH 45069
For: AK Steel Corporation, successor
by Merger to Armco, Inc.

Debra Rubenstein
Akzo Nobel, Inc
120 White Plains Rd., Ste. 300
Tarrytown NY 10591-5522
For: Akzo Nobel Coatings Inc.

Kathleen O'Prey Truman, Esq.
Truman & Elliott LLP
626 Wilshire Blvd., Ste. 550
Los Angeles CA 90017
For: ALCO Capital Group, Inc.,
as successor-in-interest to
Ayers Chairmakers, Inc.

William Grunwald
Alma Piston Co.
3737 S. Capitol Ave.
Whittier CA 90601
For: Alma Piston Co.
/Tomadur Engine Co.

Roark Keeler
Aluminum Precision Products, Inc.
333 W. Warner Ave.
Santa Ana CA 92704
For: Aluminum Precision Products, Inc.

Susan Parkes
Alyeska Pipeline Service Company
900 E. Benson Blvd.,
PO Box 196660
Anchorage AK 99519
For: Alyeska Pipeline Service
Company

James Johnson
American Airlines
P.O. Box 619616, MD 5675
Dallas/Fort Worth Airport TX 75261-
9616
For: American Airlines, Inc.

Anthony Piazza
1919 Torrance Blvd.
Torrance CA 90501
For: American Honda Motor Co., Inc.

Myles Culhane
Paul Hastings
55 Second St., 24th Floor
San Francisco CA 94105
For: Ameron International Corporation

Paul Thurber
3245 Fayette Ave.
Birmingham AL 35208
For: Amico West

Thomas Cassutt
Amsec Major
11925 Pacific Avenue
Fontana CA 92337
For: Amsec Major

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Michael Stern
Amtrak Law Department
50 Union Ave.
New Haven CT 6519
For: Amtrak-National Railroad
Passenger Corp.

Christopher J. McNevin
Pillsbury, Madison & Sutro LLP
725 South Figueroa Street, Suite 2800
Los Angeles CA 90017
For: Angelus Block Company Inc

Jerry Collen
Anheuser-Busch Company,
Associate General Counsel
1 Busch Pl., 202-1
St. Louis MO 63118
For: Anheuser-Busch Companies Inc.

John FitzSimons
Patterson Planning & Services, Inc.
565 Fifth Ave, Fourth Floor
New York NY 10017
For: Anomet Metal Finishing

Frank Sizemore
AOC, LLC 955 Highway
57 East Collierville TN 38017
For: AOC, LLC

Jill Lee Cimarex
1700 Lincoln St., Ste. 1800
Denver CO 80203
For: Argonaut Energy Corp.

Karen Traeger
Legacy Site Services LLC
468 Thomas Jones Wy., Ste. 150
Exton PA 19341-2528
For: Arkema Inc., successor to
Elf Atochem North America, Inc.
and M&T Chemicals, Inc.

Karen Traeger
Legacy Site Services LLC
468 Thomas Jones Wy., Ste. 150
Exton PA 19341-2528
For: Arkema Inc., successor to
Pennwalt Corporation and its
subsidiary Turco Products, Inc.

Charles Blumenfeld
1201 3rd Ave., Ste. 4800
Seattle WA 98101
For: Armtec Defense Products Co.

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Ashland Inc.

Michael Thrasher
4161 E, 7th Ave.
Tampa FL 33605
For: Asphalt Products Oil Corp.

Laura McAvoy Musick,
Peeler & Garrett LLP
2801 Townsgate Rd., Ste. 200
Westlake Village CA 93061
For: Associates Insectary

Dean Dressler
Astro Pak Corporation
270 E. Baker St., Ste. 100
Costa Mesa CA 92626
For: Astro Pak Corporation

Kevin Fitzgerald
Jones, Bell, Abbott, Fleming
& Fitzgerald LLP
601 S. Figueroa St., 27th Floor
Los Angeles CA 90017
For: Atlas Galvanizing Company

William D. Wiggins
Automation Plating Corp.
927 Thompson Avenue
Glendale CA 91201
For: Automation Plating Corp.

Wayne Snyder
Avery Dennison Corporation
8080 Norton Pkwy
Mentor OH 44060
For: Avery Dennison Corporation

CSC
211 East 7th St., Ste. 620
Austin TX 78701
For: Aviall Inc.

Rose Pelino
Avis Budget Group, Inc
6 Sylvan Way
Parsippany NJ 7054
For: Budget Rent A Car System, Inc.

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Alex Zadekian
B&Z Disposal
6510 Finngal Pl.
Whittier CA 90601
For: B&Z Disposal

CT Corporation
350 North St. Paul St., Ste.
2900 Dallas TX 75201
For: Baker Hughes Oilfield
Operations Inc

Kent Bickell
Ball Corporation
9300 W. 108th Circle
Broomfield CO 80021-3682
For: Ball Corporation

Peter Marsh
Bank of America Corporation
111 Westminster St.
Providence RI 2903
For: Bank of America Corporation

Randall J. Krause
Law Office of Randall J. Krause
410 West Fallbrook Ave., Ste. 105
Fresno CA 93711
For: Barron Anodizing

Nan Bernardo
BASF Corp.
100 Campus Dr.
Florham Park NJ 7932
For: BASF Corp.

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Baxter Healthcare Corporation

Thom Parks
Bell Sports, Inc.
5550 Scotts Valley Dr.
Scotts Valley CA 95066
For: Bell Sports, Inc.

JoAnn Glaccum
Benjamin Moore & Co.
101 Paragon Dr.
Montvale NJ 07645
For: Benjamin Moore & Co.

Annette User
5951 Cleanwater Dr.
Minnetonka MN 55343
For: BetzDearborn, Inc.

Robert Horrick
Beylik Drilling & Pump Service
3000 W. Mac Arthur Blvd. Ste. 660
Santa Ana CA 92704
For: Beylik Drilling Inc.

Mike Nelson
BHP Coating Steel Corp.
222 West Kalama River Rd.
Kalama WA 98625
For: BHP Coated Steel Corp.

Robert Donovan
Blue Diamond Growers
1802 C Street
Sacramento CA 95811
For: Blue Diamond Growers

Brian Thiesse
BOC, Gases
575 Mountain Ave.
Murray Hill NJ 07974
For: BOC Gases

Peter Holmes
Borg-Warner Automotive Inc.
3850 Hamlin Rd.
Auburn Hills MI 48326
For: Borg-Warner Automotive, Inc.

Edward Mueller
Nisen & Elliott, LLC
200 W. Adams, Ste. 2500
Chicago IL 60606
For: Borg-Warner Automotive, Inc.

Ronald Zraick, Jr.
1122 Willow St., Ste. 200
San Jose CA 95125
For: Brandenburg, Staedler & Moore

Heidi H.Bumpers, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington DC 20001-2113
For: Bridgestone Americas Tire
Operations, LLC,
fka Bridgestone/Firestone Inc.

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Randall A. Stafford
Bristow Group Inc.
2000 W. Sam Houston Pkwy South,
Ste. 1700
Houston TX 77042
For: Bristow Group Inc.,
f/k/a Offshore Logistics, Inc.

Claudia Nagele
Brown-Pacific, Inc.
13639 Bora Drive
Santa Fe Springs CA 90670
For: Brown-Pacific Inc

Adam Amsterdam
Broadridge Financial Solutions, Inc.
2 Journal Square Plaza
Jersey City NJ 07036
For: Bunker Ramo Corp.,
predecessor-in-interest to Broadridge
Securities Processing Solutions, Inc.

Frances Calafiore
Calafiore & Associates
55 Airport Road, Hartford CT 06114
For: Calafiore & Associates

Kerry Slater
California Institute of Technology
4800 Oak Grove Dr., MS 180-
305 Pasadena CA 91109
For: California Institute of Technology

Dennis Poulsen
California Steel Industries
14000 San Bernardino Ave.,
PO Box 5080 Fontana CA 92335
For: California Steel Industries Inc.

David Anzures
California Technical Plating, Inc.
11533 Bradley Ave.
San Fernando CA 91340
For: California Technical Plating Inc

Nickolas Kaleyias
Rainbird Corp.
970 W. Sierra Madre Ave.
Azusa CA 91702
For: Camsco Residential

Herbert A. Claiborne III
Carpenter Co.
5016 Monument Ave.
Richmond VA 23230
For: Carpenter Co.

William Leikin
United Technologies Corporation
United Technologies Corporation,
One Financial Plaza
Hartford CT 6101
For: Carrier Corporation

Jaron Bromm
Caterpillar, Inc.
100 N.E. Adams
Peoria IL 61629-6485
For: Caterpillar Inc.

Ian Boase
Catholic Healthcare West
3400 Data Dr.
Rancho Cordova CA 95670
For: Catholic Healthcare West,
successor by merger to Mercy
Hospital of Sacramento

William Wall
CBS Corp.
20 Stanwix Street, 10th Floor
Pittsburgh PA 15222
For: CBS Corporation

Robin Prendergast
Cedars-Sinai Medical Center
8700 Beverly Blvd., TSB-290
Los Angeles CA 90048
For: Cedars-Sinai Medical Center

Daniel Gilbertson
Metropolitan Education District
760 Hillsdale Ave. #400
San Jose CA 95136
For: Central Santa Clara County
Regional
Occupational Agency

Jerrold Pellizzon
Ceradyne Inc.
3169 Redhill Ave.
Costa Mesa CA 92626
For: Ceradyne Inc.

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Dwight Vorpahl
Champion Technologies
3200 Southwest Fwy., Ste. 2700
Houston TX 77027
For: Champion Technologies, Inc.

Linda Akens
Channel Technologies, Inc.
879 Ward Drive
Santa Barbara CA 93111
For: Channel Industries Inc.

C. Donald Albin
21119 S. Wilmington Ave
Long Beach CA 90810
For: Chemical Transportation
(Tank/Cleaning) a/k/a Chemical
Rainbow
Transport Tank Cleaners

Raymond Derby
PO Box 5030
Paso Robles CA 93447
For: CIPCO

Carolyn Barnes
City of Burbank
275 E. Olive Avenue
Burbank CA 91502
For: City of Burbank

Joseph Pannone or June Ailin
Aleshire & Wynder
1515 W. 190th St., Ste. 565
Gardena CA 90248
For: City of Lompoc

Lisa Bond Richards,
Watson & Gershon
355 South Grand Avenue, 40th Floor
Los Angeles CA 90071
For: City of Monrovia

David Hunt
City of Newport Beach –
Office of the City Attorney
3300 Newport Blvd.
Newport Beach CA 92663
For: City of Newport Beach

Donna Grider,
City Clerk City of Palo Alto
250 Hamilton Avenue
Palo Alto CA 94301
For: City of Palo Alto

Susan Wilson
City of Riverside City Attorney
3900 Main Street, 5th Floor
Riverside CA 92522
For: City of Riverside

Donald Worley
City of San Diego
1200 Civic Center Plaza, Ste. 1100
San Diego CA 92101
For: City of San Diego

Richard Doyle
City of San Jose,
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San Jose CA 95113
For: City of San Jose

Steve Dorsey
City of Santa Marino
2200 Huntington Drive
San Marino CA 91108
For: City of San Marino

Wendy Stockton
City of Santa Maria
204 E. Cook Street
Santa Maria CA 93454
For: City of Santa Maria

Joseph Lawrence
City of Santa Monica –
City Attorney's Office
1685 Main Street, Room 310
Santa Monica CA 90401
For: City of Santa Monica

Kenneth Farfsing
2175 Cherry Ave.
Signal Hill CA 90755
For: City of Signal Hill

David Kahn
City of Sunnyvale
456 W. Olive Ave.
Sunnyvale CA 94086
For: City of Sunnyvale

Willard Yamaguchi
City Attorney, City of Vernon
4305 Santa Fe Ave.
Vernon CA 90058
For: City of Vernon

Jason Bartlett
Hormel Foods
1 Hormel Pl.
Austin MN 55912
For: Clougherty Packing Co.

Vail Thorne
Coca Cola North America -
Legal Department
One Coca-Cola Plaza
Atlanta GA 30313
For: Coca-Cola Refreshments USA,
Inc., successor to Coca-Cola
Enterprises, Inc., for itself, CCE, Coca-
Cola Bottling Co., Coca-Cola Co.,
and Dr. Pepper

Bret Dimarco
Coherent, Inc
5100 Patrick Henry Dr.
Santa Clara CA 95054
For: Coherent, Inc.

John Allen
Cohu Inc., Electronics Div.
12367 Crosthwaite Circle
Poway CA 92064
For: Cohu Inc. Electronics Div.

Thomas McGowan
McGrath, North, Mullin & Kratz, P.C.
LLO
First National Tower, Ste. 3700,
1601 Dodge St.
Omaha NE 68102
For: ConAgra, Inc. (including Beatrice
/Hunt-Wesson Food, Inc., ConAgra
Frozen Foods, Inc. and United Can
Company

Jeff Lombardi
Consolidated Fabrication Corp.
14620 Arminta St.
Van Nuys CA 91402
For: Consolidated Fabricators Corp.

Gregory Diamond
Continental Holdings, Inc.
1025 Eldorado Blvd.
Broomfield CO 80021
For: Continental Holdings, Inc.,
as successor-in-interest for certain
limited purposes to Continental Can
Company.

Michael Rowley
One Crown Way
Philadelphia PA 19154
For: Continental Holdings, Inc.,
as successor-in-interest for certain
limited purposes to Continental Can
Company, and Crown Cork & Seal
Company, Inc.

Joseph J. Sum
Continental Materials Corporation
200 S. Wacker Dr., Ste. 4000
Chicago IL 60606
For: Continental Materials Corporation

John Webster Hathaway,
Perrot, Webster, Powers, Chrisman &
Gutierrez
5450 Telegraph Rd., Ste. 200
Ventura CA 93003
For: Conway Oil Company

Bruce Taten
Cooper Industries, Inc.
600 Travis, Suite 5600
Houston TX 77002
For: Cooper Industries, Inc.,
n/k/a Cooper Industries, LLC

Charles Collins
County of Kern,
Office of the County Counsel
1115 Truxtun Avenue, 4th Floor
Bakersfield CA 93301
For: County of Kern

Colleen Carlson
County Counsel,
Kings County Government Center
1400 W. Lacey Blvd., Bldg. 4
Hanford CA 93230
For: County of Kings

Marin County Board of Supervisors
3501 Civic Center Drive, Ste. 329
San Rafael CA 94903
For: County of Marin

Patrick Faulkner and Nancy Grisham
County Counsel,
Office of the Marin County Counsel
4501 Civic Center Drive, Ste. 275
San Rafael CA 94903
For: County of Marin

Pamela Walls
County of Riverside
3960 Orange St., Ste. 500
Riverside CA 92501
For: County of Riverside

Steven Page
County of Sacramento,
Office of the County Counsel
9616 Micron Ave., Ste. 600
Sacramento CA 95827
For: County of Sacramento

Barbara Thompson
County Counsel,
County of San Benito
481 Fourth St., 2nd Floor
Hollister CA 95023
For: County of San Benito

Rodney F. Lorang
County of San Diego,
Office of County Counsel
1600 Pacific Hwy., Room 355
San Diego CA 92101
For: County of San Diego

Kristen Hegge
Office of the County Counsel,
County of San Joaquin
44 N. San Joaquin St., Ste. 679
Stockton CA 95202
For: County of San Joaquin

Marie LaSala
County of Santa Barbara –
County Counsel
105 E. Anapamu Street, Room 201
Santa Barbara CA 93101
For: County of Santa Barbara

Chuck Pode,
Risk Management Dept.
County of Ventura
Hall of Administration, 4th Floor,
800 S. Victoria Ave., L#1970
Ventura CA 93009
For: County of Ventura

Stephen R. Maguin
County Sanitation District No. 2
of Los Angeles County
1955 Workman Mill Road
Whittier CA 90601
For: County Sanitation District No. 2
of Los Angeles County

Kristen Weathersby
CoxCom Inc.
1400 Lake Hearn Dr.
Atlanta GA 30319
For: CoxCom Inc.

Augustus DePont
Crane Co.
100 First Stamford Pl.
Stamford CT 06902
For: Crane Company

Angela Evans
Crenshaw Christian Center Faithdome
7901 S. Vermont Ave.
Los Angeles CA 90044
For: Crenshaw Christian Center
Church of Los Angeles

Michael Rowley
Crown Cork & Seal Co., Inc.
One Crown Way
Philadelphia PA 19154-4599
For: Crown Cork & Seal Co., Inc.

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

James Dragna
Bingham McCutchen
355 South Grand Ave., Ste. 4400
Los Angeles CA 90071-3106
For: CSC Group

Richard Cutter
CTS Corporation
905 West Boulevard North
Elkhart IN 46514
For: CTS Keene, Inc.

Richard Cutter
CTS Corporation
905 West Boulevard North
Elkhart IN 46514
For: CTS Printex Inc

Lisa M. Lawton, Esq
Cubic Corporation
9333 Balboa Ave.
San Diego CA 92123
For: Cubic Corporation

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Culligan International Company
and Culligan Water Conditioning
of Orange County

Douglas W. Baker
D&D Tanks
6082 Lido Ln.
Long Beach CA 90803
For: D&D Tanks

Robert Day
Timely Prefinished Steel Door Frames
10241 Norris Ave.
Pacoima CA 91331
For: D&S Industries

David V. Karney
Aliza Karney Guren
12011 San Vincente Blvd., Ste. 700
Los Angeles CA 90049
For: David Karney Contractor

Thomas Roehrig
1125 Byers Rd.
Miamisburg OH 45342
For: Dayton Superior Corporation,

Todd Normane
Talisman Energy USA Inc.
50 Pennwood Pl.
Warrendale PA 15086
For: Decatla International Corporation

Timothy Burri
Deluxe Packages
800 N. Walton Ave.
Yuba City CA 95993
For: Deluxe Packages

Kenneth Arnold
821 Nathaniel Trail
Warwick PA 18974
For: Dexter Corporation

Jim Waters
The Hillman Group, Inc.
10590 Hamilton Ave
Cincinnati OH 45231
For: Downey Glass

Robert Wendoll
Dunn Edwards Corp.
4885 East 52nd Place
Los Angeles CA 90058
For: Dunn Edwards Corp.

Doug Valerius
Dura-Bond
3200 Arrowhead Dr.
Carson City NV 89706
For: Dura -Bond Bearing Co.

James Hatchings
21520 -G Yorba Linda Blvd.
PMBH554
Yorba Linda CA 92887
For: E & T LLC

David A. Juhnke
Sinsheimer, Juhnke Lebens
& McIvor, LLP
1010 Peach Street
San Luis Obispo CA 93401
For: E.C. Loomis & Son

Walter B. Johansing
E.M. Johansing LLC
2135 Olive St.
Paso Robles CA 93446
For: E.M. Johansing Partnership

Benjamin Stock Burke,
Williams & Sorenson, LLP
1901 Harrison Street, Ste. 900
Oakland CA 94612
For: Eastern Contra Costa
Transit Authority

Lisa Sutton Eaton Corporation
111 Superior Ave.
Cleveland OH 44114
For: Eaton Corporation

Fern Daves
ITT
1133 Westchester Ave.
White Plains NY 10604
For: EDO Corporation

Audrey M. Saffin
Elconin & Saffin
10118 Empyrean Way, Unit 204
Los Angeles CA 90067-3806
For: Elconin and Saffin II

Wyman Winn
Electromatic Inc.
789 S. Kellogg Ave.
Goleta CA 93117
For: Electromatic Inc.

Christopher Sadeghian Sannina –
SCI Corp.
2700 N. First St.
San Jose CA 95134
For: Elexsys International Inc

Leslie Moreau
Elixir Industries, Inc
24800 Chrisanta Dr., Ste. 100
Mission Viejo CA 92691
For: Elixir Industries

Randy Lance
Embee Inc.
2136 S. Hathaway
Santa Ana CA 92705
For: Embee Inc.

Jennifer Giblin
Pillsbury
2300 N Street, NW
Washington DC 20037
For: Emerson Electric Co

Shelly Ellerhorst
Alston & Bird, L.L.P.
1201 West Peachtree St.
Atlanta GA 30309-3424
For: Emery Air Freight Corp

Ernest D. Carlson
1323 Say Rd.
Santa Paula CA 93060-1423
For: Ernest Carlson

Thomas B. Martin
ESCO Technologies Inc.
9900A Clayton Road
St. Louis MO 63124-1186
For: ESCO Technologies Inc.
fka ESCO Electronics Corporation

John Andreasen
McGrath, North, Mullin & Kratz, P.C.
1601 Dodge St., Ste. 3700
Omaha NE 68102
For: Estech Inc

Jerome E. Sklar
Jerome E. Sklar, An Accountancy
Corp.
75960 Nelson Ln.
Palm Desert CA 92211
For: Esther & Harold Mazur Trust

Thomas R. Melendrez
EXAR Corporation
48720 Kato Rd.
Fremont CA 94538
For: EXAR Corporation

Ira J. Cree
Facet Energy
3250 Cherry Avenue
Long Beach CA 90807
For: Facet Energy (Gammaloy Ltd.)

CT Corporation
818 W. 7th St., 2nd Floor
Los Angeles CA 90017
For: Federal Express Corporation

CSC
2730 Gateway Oaks Dr., Ste. 100
Sacramento CA 95833
For: Federal Mogul

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

James W. Greenwood
Flower Street Partnership
4191 Stansbury Avenue
Sherman Oaks CA 91423
For: Flower Street Partnership

David Landgraf
FMC Corporation
1735 Market Street
Philadelphia PA 19103
For: FMC Corporation

Steve Hwang
800 Gessner, Ste. 500
Houston TX 77024
For: FMM, Inc., d/b/a/ Miller
Toyota-Culver City,
f/k/a/ Mike Miller Toyota Inc

Kevin McElroy
Foothill-DeAnza Community College
12345 El Monte Rd.
Los Altos Hills CA 94022-4599
For: Foothill-DeAnza Community

John O'Toole
Comex Group
5575 DTC Parkway, Ste. 100
Greenwood Village CO 80111
For: Frazee Industries Inc.

Marland Webb, Esq.
GATX Corporation
222 West Adams St., 5th Floor
Chicago IL 60606-5314
For: GATX Corporation

Gary Van Housen Genentech
1 DNA Way, MS- 49 South
San Francisco CA 94080
For: Genentech, Inc.

Keith E. Asmussen
General Atomics
3350 General Atomics Ct.
San Diego CA 92121
For: General Atomics

Georgette Owen
George Industries
4116 Whiteside Street
Los Angeles CA 90063
For: George Industries

John Bottini
Georgia Pacific Corp.
133 Peachtree St., N.E.
Atlanta GA 30303-5605
For: Georgia Pacific Corp.

Douglas S. Arnold
Alston & Bird, L.L.P.
1201 W. Peachtree St.
Atlanta GA 30309-3424
For: Gerard Metal Craftsmen Inc

Frank Sizemore
AOC, LLC
955 Highway 57 East
Collierville TN 38017
For: Glasteel Tennessee Inc

Frances Farina
Goleta Water District
4699 Holister Ave.
Goleta CA 93110
For: Goleta Water District

Mitchell Hersch
Hersch & Company
1900 Avenue of the Stars, Ste. 2440
Los Angeles CA 90067
For: H&H Paramount Ltd.

Vincent M. Von Der Ahe
Von Der Ahe Management L.L.C.
26440 La Alameda, Ste. 270
Mission Viejo CA 92691
For: Harriman Street Partners

Rob Cassil
Hawthorne & Stone Real Estate
1704 Union St.
San Francisco CA 94123
For: Hawthorne/Stone Real Estate

William Gout
Hi-Shear Corp.
2600 Skypark Dr.
Torrance CA 90505
For: Hi-Shear Corp.

Joanne Hirsh
Hurst Chemical
231 W. Pedregosa St.
Santa Barbara CA 93101
For: Hurst Chemical Co.

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Debra Rubenstein
Akzo Nobel, Inc
120 White Plains Rd., Ste. 300
Tarrytown NY 10591-5522
For: ICI Americas Inc

Jennifer Tenenbaum
Imation Corp.
1 Imation Way
Oakdale MN 55128
For: Imation Corp.

T. Kevin Sheehy
1500 Valley Road.
Wayne NJ 07470
For: Imperial Oil & Grease

Bruce Yost
Industrial Wire Products Corp.
3880 W. Valley Blvd.
Walnut CA 91789
For: Industrial Wire Products Corp.

Kevin Tubbs
Ingersoll-Rand Company
1-Centennial Ave.
Piscataway NJ 8854
For: Ingersoll-Rand Company

Mark Mueller
Intel Corp.
4500 S. Dobson Rd., OC2-157
Chandler AZ 85248
For: Intel Corp.

Jennifer Giblin
Pillsbury
2300 N Street, NW
Washington DC 20037
For: InterMetro Industries Corporation

Debra Rubenstein
Akzo Nobel, Inc
120 White Plains Rd., Ste. 300
Tarrytown NY 10591-5522
For: International Paint Inc.

Fern Daves
ITT Industries, Inc.
1133 Westchester Ave.
White Plains NY 10604
For: ITT Corporation

Sheila Bush
J.R. Simplot Co.
999 Main St., Ste. 1300
Boise ID 83702
For: J.R. Simplot Co.

Kristen Yetter
277 Granada Drive
San Luis Obispo CA 93401
For: JBL Scientific Inc

Brent Tracy
Johns Manville
717 17th St., MS 12-07
Denver CO 80202
For: Johns Manville, f/k/a
Johns Manville International, Inc.

Mitchell S.Y. Cohen
Kaiser Foundation Health Plan, Inc.
One Kaiser Plaza, 19th Floor
Oakland CA 94612
For: Kaiser Foundation Health Plan Inc

Lesa Carter
Key Energy Services, Inc.
1301 McKinney, Ste. 1800
Houston TX 77010
For: Key Energy Services, Inc.
(formerly Key Energy Group, Inc.)
As successor to Welltech, Inc.

Nancy VanBurgel
Kinder Morgan, Inc.
370 Van Gordon St.
Lakewood CO 80228
For: Kinder Morgan
Energy Partners, L.P.

Paul D. Johnson
Kinsbursky Brothers Inc.
125 E. Commercial St., Ste. A
Anaheim CA 92801
For: Kinsbursky Brothers

Peter Black
Kliklok Corp.
5224 Snapfinger Woods Dr.
Decatur GA 30035
For: Kliklok Corporation

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Corporate Service Company
2730 Gateway Oaks Dr.
Sacramento CA 95833
For: Knott's Berry Farm

Randy Lair
Koch Industries, Inc
4111 E. 37th Street North
Wichita KS 67220
For: Koch Materials, LLC,
as successor in interest to
Koch Asphalt Company

Charles McChesney II
Three Rivers Management, Inc.
One Oxford Centre, Suite 3000
Pittsburgh PA 15219
For: Koppers Company Inc.
n/k/a Beazer East, Inc.

Eric Klein
Kyocera America, Inc.
8611 Balboa Avenue
San Diego CA 92123
For: Kyocera America Inc

James F. Matthews
Lear Siegler Diversified Holdings
Corp.
PO Box 34
Green Village NJ 07935
For: Lear Siegler Diversified Holdings

Scott S. Douglas
Leggett & Platt, Inc
No 1 Leggett Road
Carthage MO 64836
For: Leggett & Platt, Inc.; Bedline
Manufacturing, a division of Leggett
& Platt, Inc.; L & P Property
Management Company, dba L&P
PMC, Inc.

Steve Siegel
Dinsmore & Shohl LLP
225 East 5th St., Ste. 1900
Cincinnati OH 45202
For: Lin Data Corp

Robert Segal
Lincoln Place Associates
Limited Partnership
1250 Sixth Street, Suite 400
Santa Monica CA 90401
For: Lincoln Place Associates
Limited Partnership

David Starkie
Bodycote Thermal Processing Inc
12700 Park Central Dr., Ste. 700
Dallas TX 75251
For: Lindberg Heat Treating Co.,
nka Bodycote Thermal Processing,
Inc.

Dr. Michael Collins
Long Beach Community
College District
4901 E. Carson St.
Long Beach CA 90808
For: Long Beach Community
College District

Carri Matsumoto
Long Beach Unified School District
2425 Webster Ave.
Long Beach CA 90810
For: Long Beach Unified School
District

Richard Schneider
Long Fibre Company
300 Fibre Way
Longview WA 98632
For: Longview Fibre Company

Ronald W. Stamm
1 Gateway Plaza, 24th Floor
Los Angeles CA 90012
For: Los Angeles County Metropolitan
Transit Authority

Lance Rosenkranz
Los Angeles Galvanizing Co.
2518 E. 53rd St.
Huntington Park CA 90255
For: Los Angeles Galvanizing Co.

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Jefferson Crain
LAUSD
333 S. Beaudry Ave., 24th Floor
Los Angeles CA 90017
For: Los Angeles Unified School
District

Jan Patrick Sherry
Los Rios Community College District
1919 Spanos Ct.
Sacramento CA 95825
For: Los Rios Community College
District

Greg Angle
Los Robles Regional Medical Center
215 W Janss Road
Thousand Oaks CA 91360
For: Los Robles Regional Medical
Center

Charles Baumer
Law Offices of Charles B. Baumer, Inc.
1801 Century Park East, Ste.
1430 Los Angeles CA 90067
For: Lubeco Inc

J. Michael Edwards
Luxfer
3016 Kansas Ave.
Riverside CA 92507
For: Luxfer Inc.

Greg Zeronian
M.C. Gill Corp
4056 Easy St.
El Monte CA 91731
For: M.C. Gill Corp.

Dennis Reis
Briggs and Morgan, P.A.
80 South Eighth St.,
2200 IDS Center
Minneapolis MN 55402
For: MAFO/Pneumo Abex

Ed Martinez
Martinez Shopping Center
2784 Colonia Avenue
Oxnard CA 93036
For: Martinez Shopping Center

Scott Halpert
Masco Corporation
21001 Van Born Road
Taylor MI 48180
For: Masco Corporation for
NI Bowers DivisionTrimas Corp.

George Ikeda
ITOCHU international Inc.
335 Madison Ave.
New York NY 10017
For: Master Halco Inc.

Michael Hasychak
6070 Parkland Blvd.
Mayfield OH 44124
For: Materion Brush Inc.,
fka Brush Wellman Inc.

Stephen Stroud
Matheson Gas Products, Inc
150 Allen Rd.
Basking Ridge NJ 7920
For: Matheson Gas Products, Inc.

Sloan White
Matson Navigation Company, Inc
555 12th St.
Oakland CA 94607
For: Matson Navigation Company, Inc

Michael Monahan
Mattel, Inc
333 Continental Blvd.
El Segundo CA 90245
For: Mattel Inc.

Larry Prange
Whirlpool
2000 N. M-63
Benton Harbor MI 49022
For: Maytag Corporation

Barbara Tang
Mazda North American Operations
7755 Irvine Center Dr.
Irvine CA 92618
For: Mazda North American
Operations

Case 2:11-cv-07051-DDP-CW   Document 1   Filed 08/26/11   Page 141 of 153   Page ID #:144

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Page 14 of 26

Carole S. Ungvarsky
McKesson Corporation
One Post St. 33th Floor
San Francisco CA 94104
For: McKesson Corporation

John Beasley
MeadWestvaco
501 South 5th St.
Richmond VA 23219-0501
For: MeadWestvaco Corporation,
As successor to The Mead Corporation

Solomon D. Naman
Mechanical Metal Finishing Co., Inc
15220 S. Broadway
Gardena CA 90248
For: Mechanical Metal Finishing Co.,
Inc

Robert E. Courson
Menlo Caspian Investment Company
2882 Sand Hill Road. #117
Menlo Park CA 94025
For: Menlo Caspian

Robert Dinger
Mesa Center Automotive
26361 Maisala Way
Mission Viejo CA 92692
For: Mesa Center Automotive

Jerry Collen
Anheuser-Busch Company,
Associate General Counsel
1 Busch Pl., 202-1
St. Louis MO 63118
For: Metal Container Corporation of
California

Edward Moss
Moss Motors
400 Rutherford St.
Goleta CA 93117
For: Milard Group, Ltd.

Stephen Rogers
Miller Brewing Company
3939 West Highland Blvd.
Milwaukee WI 53201
For: Miller Brewing Company

John Ostergren
Minnesota Minning & Mfg. Co.
3M Center, Bldg 220-9E-02
St. Paul MN 55144-1000
For: 3M Company f/k/a
Minnesota Mining & Mfg. Co.

Pam Martin
Mission Linen Supply
702 E. Montecito St.
Santa Barbara CA 93103
For: Mission Industries

Ernest Speno
Mission Valley Ford Trucks
780 E. Brokaw Rd.
San Jose CA 95112
For: Mission Valley Ford Trucks

Margaret Kelsey
Modine Manufacturing Company
1500 DeKoven Ave.
Racine WI 53403
For: Modine Manufacturing Company

Stephen Welch
54335 North Shore Rd.,
PO Box 349
Bass Lake CA 93604
For: Montana Vista Co, LLC

David Mulliken
Latham & Watkins
600 W. Broadway, Ste. 1800
San Diego CA 92101-3375
For: Montrose Chemical Corp. of
California

Shawn Demerse
Motorola Solutions Inc.
1303 E. Algonquin, Mail Drop 7th
Floor
Schaumburg IL 60196
For: Motorola Inc.

Case 2:11-cv-07051-DDP-CW   Document 1   Filed 08/26/11   Page 142 of 153   Page ID #:145

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                                    Page 15 of 26

John L. Cordani
NAPP Systems, Inc
245 Freight St.
Waterbug CT 6702
For: NAPP Systems, Inc.

CT Corporation
1209 Orange St.
Wilmington DE 19801
For: National Semiconductor

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: National Steel & Shipbuilding
Company

Jennifer Costanza
Nestle USA, Inc.
800 N. Brand Blvd
Glendale CA 91203
For: Nestle USA, Inc.

CT Corporation
One Corporate Center, Floor 11
Hartford CT 6103
For: Nestle Waters North America Inc.,
f/k/a Great Spring Waters of America
Inc. (Great American Spring Waters)

William Pesce
Neville Chemical Company
2800 Neville Rd.
Pittsburgh PA 15225
For: Neville Chemical Company

John Williams
Newport Corporation
3635 Peterson Way
Santa Clara CA 95054
For: Newport Corporation,
as successor-in-interest to
Spectra Physics, Inc.

Richard Baum
5721 SE Columbia Way
Vancouver WA 98661
For: Northwest Pipe and Casing Co.

Scott Norton
Norton Packaging, Inc.
20670 Corsair Blvd.
Hayward CA 94545
For: Norton Packaging, Inc

Terrence Lee
Eastman Kodak Co.
3800 Dewey Ave, Ste. 317
Rochester NY 14616
For: NPEC Inc.

William Mitchell SCI
570 E. Highland Ave.
San Bernardino CA 92404
For: Oakdale Memorial Park Inc

Genny Delgado
Oakdale Memorial Park
1401 S. Grand Ave.
Glendora CA 91740
For: Oakdale Memorial Park Inc

Elliott Heide
Occidental Chemical Corporation
10889 Wilshire Boulevard
Los Angeles CA 90024
For: Occidental Chemical Corporation,
f/k/a/ Oxy Metal Industries
Corporation, a subsidiary of Occidental
Petroleum Corporation

Elliott Heide
Occidental Petroleum Corporation
10889 Wilshire Boulevard
Los Angeles CA 90024
For: Occidental Research Corporation,
a subsidiary of Occidental Petroleum
Corporation

Curtis Richards
Olin Corporation
3855 N. Ocoee St., Ste. 200
Cleveland TN 37312
For: Olin Corporation

Daniel P. Trump
Trump, Alioto, Trump & Prescott
L.L.P.
2280 Union St.
San Francisco CA 94123
For: Olympian Oil

William R. McMurtry
Darling International, Inc.
251 O'Connor Ridge Blvd., Ste 300
Irving TX 75038
For: Omar Rendering Co.

CT Corporation
350 North St. Paul St., Ste. 2900
Dallas TX 75201
For: OSCA, Inc.

Susan Smith
Owens-Illinois, Inc.
One Michael Owens Way, Plaza 3
Perrysburg OH 43551
For: Owens-Illinois Inc

Terrence Nelson III
Oxnard Pest Control Association
670 Pacific Ave., PO Box 1187
Oxnard CA 93032
For: Oxnard Pest Control Association

Debbie Comstock
16800 Chestnut St.
City of Industry CA 91748
For: PAC Foundry

Vicki ZumBrunnen
Paccar, Inc.
777 106th Ave., N.E.
Bellevue WA 98004
For: Paccar, Inc.

Gary Mearns
Pacific Coast Drum Company
P.O. Box 3593 South
El Monte CA 91733
For: Pacific Coast Drum Company

Robert Hartman
Golden Gate Fields
1100 Eastshore Highway
Berkeley CA 94710
For: Pacific Racing Association/Golden
Gate Fields

Christinanne Chen and Jan Kneisel
ProLogis
4545 Airport Way
Denver CO 80239
For: Palmtree Acquistion Corporation,
general partner of PAC Operating
limited Partnership, f/k/a Catellus
Operating Limited Partnership,
successor-by-merger to Catellus
Development Corporation

Martha Connell
Parker-Hannifin Corporation
6035 Parkland Blvd.
Cleveland OH 44124
For: Parker Hannifin Corp.

Sherry Hassan
1570 E. Colorado Blvd.
Pasadena CA 91106-2003
For: Pasadena Area Community
College District

Nick Grana
Pentrate Metal Processing Inc.
3517 E. Olympic Blvd.
Los Angeles CA 90023
For: Pentrate Metal Processing Inc.

DM Pepper, Sr.
Pepper Oil Co., Inc.
2300 Tidelands Avenue
National City CA 91950
For: Pepper Oil Co., Inc.

John Healy
Perkin Elmer
940 Winter St.
Waltham MA 2451
For: Perkin Elmer, Inc
successor to Optical Radiation Corp.

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Pfizer Inc.

G. Van Velsor Wolf Jr.
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix AZ 85004-2202
For: Pilkington Barnes Hind

Rebecca Engola
Pioneer North America Inc.
1925 E. Dominguez St.
Long Beach CA 90810
For: Pioneer North America, Inc.

Meleana Leverton
American Assets, Inc.
11455 El Camino Real, Suite 200
San Diego CA 92130
For: Piper Ranch Assoc

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

B.E. Fipp
Trustee for Fipp Family Tust and
Dissolved Piper Ranch Assoc.
1344 Dellerest Ln.
La Jolla CA 92037
For: Piper Ranch Assoc

Sam Linhart
Merit Texas Properties, Inc.,
5110 N. 40th St., Ste. 254
Phoenix AZ 85018
For: Piper Ranch Assoc

Debbie Comstock
16800 Chestnut St.
City of Industry CA 91748
For: Prime Alloy Steel Castings

Robert Bilanchone
Printronix, Inc
14600 Myford Rd.
Irvine CA 92606
For: Printronix, Inc.

Marin Luboviski
Products Engineering Corp.
2645 Maricopa St.
Torrance CA 90503-5144
For: Products Engineering Corp.

Sue Bettman
R.R. Donnelley & Sons Company
111 South Wacker Dr.
Chicago IL 60606-4301
For: R.R. Donnelley and Sons Co.

Todd Greco
Plastic Materials Inc
4202 Brickell St.
Ontario CA 91761
For: Plastic Materials Inc.

Patricia Hoffman
Regents Place LLC
333 Pierce Rd., Ste. 370
Itasca IL 60143
For: Plessey, Inc.

Christine Gillen
Prudential Insurance Co. of America
751 Broad St., 4th St.
Neward NJ 7102
For: Prudential Insurance Co. of
America

Carl Schultz
Tyco Electronics
100 AMP Drive M/S 161-S3B
Harrisburg PA 17112
For: Tyco Electronics

Elaine Simpson
PQ Corporation
300 Lindenwood Dr.
Malvern PA 19355
For: PQ Corporation

Richard Tisch
Praxair, Inc.
39 Old Ridgebury Rd.
Danbury CT 6810
For: Praxair, Inc., as indemnitor
for Union Carbide Corp

Elliot Ellis
Prudential Lighting Corporion
1774 E. 21 Street
Los Angeles CA 90058
For: Prudential Lighting Corporation

Lee Terry
Prudential Overall Supply, Inc.
1661 Alton Parkway
Irvine CA 92606
For: Prudential Overall Supply Inc

Christopher J. Corbett
L'OREAL Products, Inc.
111 Terminal Ave. Clark NJ 07066
For: Redken Laboratories Inc

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Republic Waste Services of
Southern California, LLC,
f/k/a Taormina Industries, LLC

Alexandra Gerber
Revlon Consumer Products
Corporation
237 Park Ave.
New York NY 10017-3140
For: Revlon Consumer Products
Corporation

General Counsel
Rheem Manufacturing Company
1100 Abernathy Rd., Ste.
1400 Atlanta GA 30328
For: Rheem Manufacturing Co.

Charles McChesney II
Three Rivers management, Inc.
One Oxford Centre, Suite 3000
Pittsburgh PA 15219
For: Riverside Cement Co.

Tracey Fernandez
Riverside Community Hospital
4445 Magnolia Ave
Riverside CA 92501
For: Riverside Community Hospital

Gary Van Housen
1 DNA Way, MS- 49 South
San Francisco CA 94080
For: Roche Holdings Ltd/Syntex (USA)
Inc

Sir/Madame
Rogers Corporation,
Office of the Corporate Secretary
One Technology Dr., P.O. Box 188
Rogers CT 06263-0188
For: Rogers Corporation

David MacCulloch
Nothem Trust, N.A.
206 E. Anapamu St.
Santa Barbara CA 93101
For: Rosemary Farm

Stephen Jackson
Day-Glo Color Corp.
4515 St. Clair Ave.
Cleveland OH 44103
For: RPM, Inc.

Steven Page
County of Sacramento,
Office of the County Counsel
9616 Micron Ave., Ste. 600
Sacramento CA 95827
For: Sacramento County Sanitation
District No. 1

Arlen Orchard
Sacramento Municipal Utility
District (SMUD)
6201 "S" Street, MS B-406
Sacramento CA 95817
For: Sacramento Municipal Utility
District (SMUD)

Geri Partida
Saddleback Valley Unified School
25631 Peter A. Hartman Way
Mission Viejo CA 92691
For: Saddleback Valley Unified School
District

Valerie D. Lewis
Safeway, Inc.
5918 Stonebridge Mall Rd.
Pleasanton CA 94588-3229
For: Safeway Inc.

Jesse Minor
Sage Energy Company
100 NE Loop 410, Ste. 1300
San Antonio TX 78216
For: Sage Energy Company

David Umstot
San Diego Community College
District
3375 Camino del Rio South, Room 310
San Diego CA 92108
For: San Diego Community College
District

Majid Mojibi
San Joaquin Refining Company Inc.
PO Box 5576
Bakersfield CA 93388-5576
For: San Joaquin Refining Company
Inc.

Diane Bennett
2560 Skyway Dr.
Santa Maria CA 93455
For: Santa Maria Joint High School
District

Jerry Miller
Law Offices of Jerry Miller
9171 Wilshire Boulevard, Suite 400
Beverly Hills CA 90210
For: Santa Palm Car Wash

Francine Torrigiani
Santa Paula Union School District –
Assistant Superintendent
500 E. Santa Barbara Street
Santa Paula CA 93060
For: Santa Paula Union School District

Rose Ware
SANYO E&E Corporation
2001 Sanyo Ave.
San Diego CA 92154
For: SANYO E&E Corporation

Laura McAvoy
Musick, Peeler & Garrett LLP
2801 Townsgate Rd., Ste. 200
Westlake Village CA 91361
For: Saticoy Lemon Association

C. Edward Miller Jr.
Sav-Mor Oil Co.
12220 El Camino Real, #330
San Diego CA 92130
For: Sav-Mor Oil Company

George Kuehn
Butzel Long L.L.P.
350 S. Main St., Ste. 300
Ann Arbor MI 48104
For: SBC Holdings
(f/k/a The Stroh Brewery Company)

Scott Halpert
Masco Corporation
21001 Van Born Road
Taylor MI 48180
For: Schmid Insulation Contractors,
Inc.

Thomas Northrup
The Scripps Research Institute
10550 North Torrey Pines Rd.,
Maildrop TPC-8
La Jolla CA 92037
For: Scripps Research Institute

Diana Hsu
Sears Holdings Corporation, Legal
Dept.
333 Beverly Rd., B6-339A
Hoffman Estates IL 60179
For: Sears, Roebuck and Co.
Stephen Shultz

Shultz Steel Company
5321 Firestone Blvd.
South Gate CA 90280
For: Shultz Steel Company

Charles Dearborn
Siemens Healthcare Diagnostics Inc.
511 Benedict Ave.
Tarrytown NY 10591
For: Siemens Healthcare Diagnostics
Inc., f/k/a Diagnostic Products Corp.
David F. Wood

Sierracin Corp.
801 S. Figueroa St., Ninth Floor
Los Angeles CA 90017
For: Sierracin Corp.

Robert Wells
TTM Technologies
407 Mathew St.
Santa Clara CA 95050
For: Sigma Circuits Inc.

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Ryan Miest Robins,
Kaplan, Miller & Ciresi
2800 La Salle Plaza
Minneapolis MN 55402-2015
For: Sigma Plating Co., Inc.

James N. Casey
NXP Semiconductors
1109 McKay Dr.
San Jose CA 95131-1706
For: Signetics Corporation

John Noftz
Siliconix, Inc
2201 Laurelwood Road
Santa Clara CA 95054-1516
For: Siliconix, Inc.

General Counsel
Sony Electronics Inc., Law Department
16530 Via Esprillo
San Diego CA 92127
For: Sony Electronics Inc.

Matthew Eugster Varnum
P.O. Box 352
Grand Rapid MI 49501-0352
For: Sparton Corporation

Richard Abramson
SRI International
333 Ravenswood Avenue
Menlo Park CA 94025-3493
For: SRI International

Adam M. Selisker
Sta-Lube, Inc.
885 Louis Drive
Warminster PA 18974
For: Sta-Lube, Inc.

George Dulgarian
Standard Nickel-Chromium Plating
Company
826 E. 62nd Street
Los Angeles CA 90001
For: Standard Nickel-Chromium
Plating Company

Lawrence M. Gibbs
Stanford University
480 Oak Rd.
Stanford CA 94305-8007
For: Stanford University

James O'Connor
Steelcase Inc.
901 44th St. SE
Grand Rapids MI 49508
For: Steelcase Inc.

Christina Loundy
Stepan Company
22 W. Frontage Rd.
Northfield IL 60093
For: Stepan Company

Warren Faure
Sun Chemical Corporation
35 Waterview Blvd.
Parsippany NJ 07054
For: Sun Chemical Corporation

Robert Earnest
Superior Industries International Inc.
7800 Woodley Ave.
Van Nuys CA 91406
For: Superior Industries International
Inc.

George Esseff, Jr.
Supra Alloys Inc.
5500 Grimes Canyon Rd.
Moorpark CA 93021
For: Supra Alloys Inc.

Richard Griffin
T.G.L. Associates, Inc.
1504 Eureka Rd., Ste. 220
Roseville CA 95661-3040
For: T.G.L. Associates, Inc.

CT Corporation
818 W. 7th St., 2nd Floor
Los Angeles CA 90017
For: TABC Inc.

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

John H. Oliphant
Technicolor Film Service
6040 Sunset Blvd., 6th Floor
Hollywood CA 90028
For: Technicolor Inc.

Ozzie Levine
Ted Levine Company
1817 Chico Ave. South
El Monte CA 91733
For: Ted Levine Drum Co.

Melanie S. Cibik
Teledyne Technologies Incorporated
1049 Camino Dos Rios
Thousand Oaks CA 91360
For: Teledyne Technologies Inc

Russell Parish
Temple-Inland
1300 S. Mopac Expy., 3rd Floor
Austin TX 78746
For: Temple Inland Inc

Daniel Schnee
2 North Nevada Ave.
Colorado Springs CO 80903
For: Tenneco Inc. (EPEC Oil
Company)

Joseph Doyle
Pactiv
1900 W. Field Ct.
Lake Forest IL 60045
For: Tenneco Packaging, Inc.
(n/k/a Pactiv Corporation)

Vanessa Vail
Tesoro Petroleum Corporation
19100 Ridgewood Pkwy
San Antonio TX 78259
For: Tesoro Petroleum Corporation

David Thomas
Texas Instruments Inc.
13542 N. Central Expwy MS 396
Dallas TX 75243
For: Texas Instruments Incorporated

Ellen Barker
Texas Instruments Inc.
12500 TI Blvd. MS8751
Dallas TX 75243
For: Texas Instruments Tucson
Corporation
fka Burr-Brown Corporation

Jamieson Schiff
Textron, Inc.
40 Westminster Street
Providence RI 02903
For: Textron Inc.

Malissia Clinton
The Aerospace Corporation
2310 E. El Segundo Blvd.
El Segundo CA 90245
For: The Aerospace Corporation

Margaret Graf
ACC/Legal Dept./5th Floor
3424 Wilshire Blvd.
Los Angeles CA 90010
For: The Archdiocese of Los Angeles

Scott Ogden
The Bekins Company
330 So. Mannheim Rd.
Hillside IL 60162
For: The Bekins Company

Brian Hayle
The Clorox Company
1221 Broadway
Oakland CA 94612
For: The Clorox Company

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Vail Thorne
Coca Cola North America - Legal
Department
One Coca-Cola Plaza
Atlanta GA 30313
For: The Coca-Cola Company for itself
and its former Coca Cola Foods
Division

Brad Gazaway
The Dial Corporation
19001 N. Scottsdale Rd.
Scottsdale AZ 85266
For: The Dial Corporation

Jane McGregor
Procter & Gamble
299 East Sixth St., 9th Floor
Cincinnati OH 45202
For: The Gillette Company

Debra Rubenstein
Akzo Nobel, Inc
120 White Plains Rd., Ste. 300
Tarrytown NY 10591-5522
For: The Glidden Company,
n/k/a Akzo Nobel Paints LLC

Dan Nackerman
The Housing Authority of the
County of Marin
4020 Civic Center Dr.
San Rafael CA 94903
For: The Housing Authority
of the County of Marin

Mari-Ann Gibbs Rivers
3501 Civic Center Dr., Ste. 275
San Rafael CA 94903
For: The Housing Authority
of the County of Marin

Patrick Allen
The Marmon Group
181 West Madison St., Ste. 2600
Chicago IL 60602
For: The Marmon Group

Albert Cohen
10100 Santa Monica Blvd., Ste. 2200
Los Angeles CA 90067
For: The Okonite Co., Inc.

Shari McCormick
300 E. Green St.
Pasadena CA 91101
For: The Pasadena Center Operating
Co

Kirk F. Sniff Strasburger
Attorneys at Law
901 Main, Suite 4400
Dallas TX 75202
For: The Southland Corporation

Jeffrey Hayward
The Valspar Corporation
PO Box 1461
Minneapolis MN 55440
For: The Valspar Corporation

Connie Mull
Three Bond International, Inc
6184 Schumacher Park Dr.
West Chester OH 45069
For: Three Bond International, Inc.

Katherine Chilton
Warner Bros.
4000 Warner Blvd., Bldg. 156-S,
Room 5104
Burbank CA 91522
For: Time Warner

Donald Stabler
Torrance Unified School District
2335 Plaza Del Amo
Torrance CA 90509
For: Torrance Unified School District

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

CT Corporation
818 W. Seventh St., 2nd Floor
Los Angeles CA 90017
For: Toyota Motor Sales, USA, Inc.

Sharad Bhatia
Ocean View Capital, Inc.
155 South Main Street, Suite 302
Providence RI 02903
For: Triangle PWC, Inc.

Julie Xanders
Tribune Company
202 W. First St.
Los Angeles CA 90012
For: Tribune Company, as successor-
by-merger to Times Mirror Company,
and Los Angeles Times
Communications LLC

Scott Halpert
Masco Corporation
21001 Van Born Road
Taylor MI 48180
For: Trimas Corp.

Diana Durako
Tucson Electric Power Company
PO Box 711
Tucson AZ 85702-0711
For: Tucson Electric Power Company

Cynthia Wagner
Union Bank
500 South Main St., Suite 320
Orange CA 92868
For: Union Bank

Kevin Krueger
Unisys Corporation
3199 Pilot Knob Rd.
Eagan MN 55121
For: Unisys Corporation

Angela Foster-
Rice United
77 W. Wacker Dr.
Chicago IL 60601
For: United Air Lines, Inc.

Andrew Thiros
USS
600 Grant St., Room 1500
Pittsburgh PA 15219
For: United States Steel Corp.
f/k/a/ USX Corporation and its
subsidiaries including Aristech
Chemical Corp.

Andrew Thiros
United States Steel Corp.
600 Grant St., Room 1500
Pittsburgh PA 15219
For: United States Steel Corporation
(US Steel)

William Leikin
Technologies Corporation
United Technologies Corporation,
One Financial Plaza
Hartford CT 06101
For: United Technologies Corporation

Kelly Bendell
University of Southern California
3551 Trousdale Pkwy, ADM 352
Los Angeles CA 90089-5013
For: University of Southern California

Caroline Vaccariello
Preformed Line Products
660 Beta Drive
Mayfield Village OH 44143
For: Urethane Industries

Richard Pierce
Rio Tinto Minerals
8051 E. Maplewood Ave., Bldg. 4
Greenwood Village CO 80111
For: US Borax Inc.

Corporation Service Company
2730 Gateway Oaks Dr., Ste. 100
Sacramento CA 95852
For: Varian Associates, Inc

Dr. Kenneth House, Trustee
27726 Pacific Coast Hwy
Malibu CA 90265
For: Verdugo Hill Golf Course

Susan Zoch
Vertis, Inc
250 W. Pratt Street, 18th Floor
Baltimore MD 21201
For: Vertis, Inc., as successor-in-
interest to Treasure Chest Advertising
Company Inc.

John Cvetic
Vesper Corp.
8223 Brecksville Rd., Ste. 100
Brecksville OH 44141-1361
For: Vesper Corp.

Lori Swafford
Virco Mfg. Corp
2027 Harpers Way
Torrance CA 90501
For: Virco Manufacturing Corp.

Bonnie A. Barnett
Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia PA 19103
For: VWR Scientific, Inc.

Bruce Carrier
WAISCO, Inc.
3201 Danville Blvd., #245
Alamo CA 94507
For: WAISCO (for Marwais Steel Co.)

Frank Dela Vara
Walt Disney World Co.
1313 Harbor Blvd. P.O. Box 3232
Anaheim CA 92803-3232
For: Walt Disney World Co

Joe Dandy
Weatherford International
515 Post Oak Blvd., Ste. 600
Houston TX 77027
For: Weatherford International

Paul R. Dennis
Weber Metal Inc.
16706 S. Garfield Ave.
Paramount CA 90723
For: Weber Metals Inc.

EJ Shalaby
West County Wastewater District
2910 Hilltop Drive
Richmond CA 94806
For: West County Wastewater District

Edralin Maduli
West Valley-Mission Community
College District
14000 Fruitvale Ave.
Saratoga CA 95070
For: West Valley-Mission Community
College District

Roger C. Post
Western Tube and Conduit Co.
2001 E. Dominguez St.
Long Beach CA 90801-2720
For: Western Tube and Conduit Co.

Vincent E. Wood, III
1920 Gibraltar Road
Santa Barbara CA 93105-2327
For: Vincent E Wood and William A
Wood

Christine Mirabel
9302 Garfield Ave.
South Gate CA 90280
For: World Oil Co

Rick Lipinski [c]
Xerox Corporation
100 Clinton Ave. South, XRX2-21D
Rochester NY 14644
For: Xerox Corporation

Laurel Adcock
Smith Trager LLP
2192 Martin, Ste. 270
Irvine, CA 92612
For: FHL Group

James Makshanoff
City of Azusa
213 E. Foothill Blvd.
Azusa, CA 91702
For: City of Azusa

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Jan Phillips
K and L Anodizing Corp.
1200 S. Victory Blvd.
Burbank, CA 91502
For: K and L Anodizing Corp

Corporation Trust Company
1209 Orange St.
Wilminton, DE 19801
For: Fairchild Semiconductor

Damon Burrows
Allergan Inc.
2525 DuPont Dr.
Irvine, CA 92612
For: Allergan Inc.

Elliott Heide
Occidental Petroleum Corporation
10889 Wilshire Boulevard
Los Angeles, CA 90024
For: Occidental Chemical Corporation
successor to Diamond Shamrock
Chemical Corp.

Grant Dorfman
Nabors Industries
515 W. Greens Rd., Ste. 1200
Houston, TX 77067
For: Pool Energy Services Co.

Marc Hamburg
Berkshire Hathaway Inc
3555 Farnam St.
Omaha, NE 68131
For: Berkshire Hathaway Inc.

CT Corporation
818 W. Seventh St., 2nd Floor
Los Angeles, CA 90017
For: Exide Corp.

Grant Dorfman
Nabors Industries
515 W. Greens Rd., Ste. 1200
Houston, TX 77667
For: Pool California Energy Services,
Inc

John M. Fujii
City of Huntington Beach,
City Attorney's Office
2000 Main Street
PO Box 190
Huntington Beach, CA 92648
For: City of Huntington Beach

CSC
2730 Gateway Oaks Dr., Ste. 100
Sacramento CA 95833
For: The Interlake Corporation

Laura Babin
HMS Host
6905 Rockledge Dr
Bethesda MD 20817
For: Host International

Larry Deeney
General Mills
1 General Mills Blvd
Minneapolis MN 55426
For: General Mills, successor in interest
to Ogden Corporation (Ogden Foods
Products)

James Dragna
Bingham
355 South Grand Ave., Ste. 4400
Los Angeles CA 90071-3106
Courtesy Copy

Albert Cohen
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles CA 90067
Courtesy Copy

Nicholas vanAelstyn
Beveridge & Diamond PC
456 Montgomery St., Ste. 1800
San Francisco CA 94104-1251
Courtesy Copy

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)

Karen Goldberg
U.S. EPA Region IX, Office of
Regional Counsel
75 Hawthorne Street
San Francisco CA 94105
Courtesy Copy

Marie Rongone
U.S. EPA Region IX, Office of
Regional Counsel
75 Hawthorne Street
San Francisco CA 94105
Courtesy Copy

Brad O'Brien
US DOJ, Environmental Enforcement
Section
301 Howard Street, Suite 1050
San Francisco CA 94105
Courtesy Copy