1  KAMALA D. HARRIS
   Attorney General of California
2  MARGARITA PADILLA
   SUPERVISING DEPUTY ATTORNEY GENERAL
3  State Bar No. 99966
    1515 Clay Street
4   P.O. Box 70550
    Oakland, CA  94612-0550
5   Telephone:  (510) 622-2135
    Fax:  (510)  622-2270
6   E-mail:  Margarita.Padilla@doj.ca.gov
   *Attorneys for Plaintiff California Department*
7  *of Toxic Substances Control*

8  KATHLEEN KENEALY
   SENIOR ASSISTANT ATTORNEY GENERAL
9  DEBORAH A. WORDHAM
   Deputy Attorney General
10 State Bar No. 180508
    1300 I Street, Suite 125
11  P.O. Box 944255
    Sacramento, CA 94244-2550
12  Telephone:  (916) 323-3549
    Fax: (916) 327-2319
13 E-mail:  Deborah.Wordham@doj.ca.gov *Attorneys*
   *for Plaintiffs, California Department of Fish and*
14 *Game, and Regional Water Quality Control Board,*
   *Central Coast Region*

15                 IN THE UNITED STATES DISTRICT COURT

16              FOR THE CENTRAL DISTRICT OF CALIFORNIA

17

18 | **THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, THE CALIFORNIA DEPARTMENT OF FISH AND GAME, AND THE CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, CENTRAL COAST REGION,** | **Case No. CV 11-7051 DDP (CW)** |
   | --- | --- |
19 | | **DECLARATION OF SERVICE BY PRIORITY MAIL** |
20 | | |
21 | **Plaintiffs,** | |
22 | v. | |
23 | **A&G GERMAN CARS; ET AL.,** | **Hearing Date: October 17, 2011** |
24 | **Defendants** | **Time:  10:00 a.m.** |

   **Time:  10:00 a.m.**
   **Courtroom:  3**
   **Judge: Hon. Dean D. Pregerson**

25

26

27

28

*DTSC, et al. v. A&G German Cars, et al.*
Case No. CV 11-7051 DDP (CW)

<u>**DECLARATION OF SERVICE BY PRIORITY MAIL**</u>

Case Name:     *DTSC, et al. v. A&G German Cars; et al.*
No.:           CV 11-7051 DDP (CW)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1515 Clay Street, 20th Floor, Oakland, CA  94612-0550.

On <u>September 6, 2011</u>, I served the following

**(1)    Summons & Complaint**
**(2)    Notice of Motion and Motion for Judicial Approval of Consent Judgment Pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 et seq.**
**(3)    Memorandum of Points and Authorities in Support of Motion for Judicial Approval of Consent Judgment Pursuant to the Comprehensive Environmental Response, Compensation, and Liability**
**(4)    [Proposed] Consent Judgment**
**(5)    Declaration of Christopher Sherman in Support of Motion for Judicial Approval of Consent Judgment Pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 et seq.**
**(6)    Declaration of Beckye Stanton in Support of Motion for Judicial Approval of Consent Judgment Pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 et seq.**
**(7)    Declaration of Becky Mack in Support of Motion for Judicial Approval of Consent Judgment Pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 et seq.**
**(8)    Declaration of Thea Tryon in Support of Motion for Judicial Approval of Consent Judgment Pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 et seq.**
**(9)    [Proposed] Order Re Motion For Judicial Approval Of Consent Judgment Pursuant to the Comprehensive Environmental Response,**

**Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9601 et seq.**
**(10)   Declaration of Service by Priority Mail**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

## PLEASE SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 6, 2011, at Oakland, California.

| Tanisha N. Marshall | */s/ Tanisha N. Marshall* |
|---|---|
| Declarant | Signature |

SA2001CV0892
90207218.doc

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 4 of 29   Page ID #:226

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                Page 1 of 26

Ms. Ralph Irwin
354 E. 22nd St.
Newport Beach CA  92660
For: A&G German Cars

Tim Waschak
A&H Plating, Inc
28079 Ave Stanford
Valencia CA 91381
For: A&H Plating, Inc.

Scott Garrett
A.O. Smith Corporation
11270 W. Park Place
Milwaukee WI 53224
For: A.O. Smith Corp.

Curt M. Richards
Advanced Products, Inc. dba
Advanced Coating & Chemicals
3855 N. Ocoee St., Ste.
200 Cleveland TN 37312
For: Advanced Coatings & Chemical

G.H. Schirtzinger
Air Logistics Corporation
146 Railroad Ave.
Monrovia CA 91016
For: Air Logistics Corporation

Todd Solodar
Air Products and Chemicals, Inc.
7201 Hamilton Blvd.
Allentown PA 18195
For: Air Products and Chemicals, Inc.

John J. Kuzman, Jr.
AK Steel Corporation
9227 Centre Pointe Dr.
West Chester OH 45069
For: AK Steel Corporation, successor
by Merger to Armco, Inc.

Debra Rubenstein
Akzo Nobel, Inc
120 White Plains Rd., Ste. 300
Tarrytown NY 10591-5522
For: Akzo Nobel Coatings Inc.

Kathleen O'Prey Truman, Esq.
Truman & Elliott LLP
626 Wilshire Blvd., Ste. 550
Los Angeles CA 90017
For: ALCO Capital Group, Inc.,
as successor-in-interest to
Ayers Chairmakers, Inc.

William Grunwald
Alma Piston Co.
3737 S. Capitol Ave.
Whittier CA 90601
For: Alma Piston Co.
/Tomadur Engine Co.

Roark Keeler
Aluminum Precision Products, Inc.
333 W. Warner Ave.
Santa Ana CA 92704
For: Aluminum Precision Products, Inc.

Susan Parkes
Alyeska Pipeline Service Company
900 E. Benson Blvd.,
PO Box 196660
Anchorage AK 99519
For: Alyeska Pipeline Service
Company

James Johnson
American Airlines
P.O. Box 619616, MD 5675
Dallas/Fort Worth Airport TX 75261-
9616
For: American Airlines, Inc.

Anthony Piazza
1919 Torrance Blvd.
Torrance CA 90501
For: American Honda Motor Co., Inc.

Myles Culhane
Paul Hastings
55 Second St., 24th Floor
San Francisco CA 94105
For: Ameron International Corporation

Paul Thurber
3245 Fayette Ave.
Birmingham AL 35208
For: Amico West

Thomas Cassutt
Amsec Major
11925 Pacific Avenue
Fontana CA 92337
For: Amsec Major

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 5 of 29   Page ID #:227

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                Page 2 of 26

Michael Stern
Amtrak Law Department
50 Union Ave.
New Haven CT 6519
For: Amtrak-National Railroad
Passenger Corp.

Christopher J. McNevin
Pillsbury, Madison & Sutro LLP
725 South Figueroa Street, Suite 2800
Los Angeles CA 90017
For: Angelus Block Company Inc

Jerry Collen
Anheuser-Busch Company,
Associate General Counsel
1 Busch Pl., 202-1
St. Louis MO 63118
For: Anheuser-Busch Companies Inc.

John FitzSimons
Patterson Planning & Services, Inc.
565 Fifth Ave, Fourth Floor
New York NY 10017
For: Anomet Metal Finishing

Frank Sizemore
AOC, LLC 955 Highway
57 East Collierville TN 38017
For: AOC, LLC

Jill Lee Cimarex
1700 Lincoln St., Ste. 1800
Denver CO 80203
For: Argonaut Energy Corp.

Karen Traeger
Legacy Site Services LLC
468 Thomas Jones Wy., Ste. 150
Exton PA 19341-2528
For: Arkema Inc., successor to
Elf Atochem North America, Inc.
and M&T Chemicals, Inc.

Karen Traeger
Legacy Site Services LLC
468 Thomas Jones Wy., Ste. 150
Exton PA 19341-2528
For: Arkema Inc., successor to
Pennwalt Corporation and its
subsidiary Turco Products, Inc.

Charles Blumenfeld
1201 3rd Ave., Ste. 4800
Seattle WA 98101
For: Armtec Defense Products Co.

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Ashland Inc.

Michael Thrasher
4161 E, 7th Ave.
Tampa FL 33605
For: Asphalt Products Oil Corp.

Laura McAvoy
Musick, Peeler & Garrett LLP
2801 Townsgate Rd., Ste. 200
Westlake Village CA 93061
For: Associates Insectary

Dean Dressler
Astro Pak Corporation
270 E. Baker St., Ste. 100
Costa Mesa CA 92626
For: Astro Pak Corporation

Kevin Fitzgerald
Jones, Bell, Abbott, Fleming
& Fitzgerald LLP
601 S. Figueroa St., 27th Floor
Los Angeles CA 90017
For: Atlas Galvanizing Company

William D. Wiggins
Automation Plating Corp.
927 Thompson Avenue
Glendale CA 91201
For: Automation Plating Corp.

Wayne Snyder
Avery Dennison Corporation
8080 Norton Pkwy
Mentor OH 44060
For: Avery Dennison Corporation

CSC
211 East 7th St., Ste. 620
Austin TX 78701
For: Aviall Inc.

Rose Pelino
Avis Budget Group, Inc
6 Sylvan Way
Parsippany NJ 7054
For: Budget Rent A Car System, Inc.

Alex Zadekian
B&Z Disposal
6510 Finngal Pl.
Whittier CA 90601
For: B&Z Disposal

CT Corporation
350 North St. Paul St., Ste.
2900 Dallas TX 75201
For: Baker Hughes Oilfield
Operations Inc

Kent Bickell
Ball Corporation
9300 W. 108th Circle
Broomfield CO 80021-3682
 For: Ball Corporation

Peter Marsh
Bank of America Corporation
111 Westminster St.
Providence RI 2903
For: Bank of America Corporation

Randall J. Krause
Law Office of Randall J. Krause
410 West Fallbrook Ave., Ste. 105
Fresno CA 93711
For: Barron Anodizing

Nan Bernardo
BASF Corp.
100 Campus Dr.
Florham Park NJ 7932
For: BASF Corp.

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Baxter Healthcare Corporation

Thom Parks
Bell Sports, Inc.
5550 Scotts Valley Dr.
Scotts Valley CA 95066
For: Bell Sports, Inc.

JoAnn Glaccum
Benjamin Moore & Co.
101 Paragon Dr.
Montvale NJ 07645
For: Benjamin Moore & Co.

Annette User
5951 Cleanwater Dr.
Minnetonka MN 55343
For: BetzDearborn, Inc.

Robert Horrick
Beylik Drilling & Pump Service
3000 W. Mac Arthur Blvd. Ste. 660
Santa Ana CA 92704
For: Beylik Drilling Inc.

Mike Nelson
BHP Coating Steel Corp.
 222 West Kalama River Rd.
Kalama WA 98625
For: BHP Coated Steel Corp.

Robert Donovan
Blue Diamond Growers
1802 C Street
Sacramento CA 95811
For: Blue Diamond Growers

Brian Thiesse
BOC, Gases
575 Mountain Ave.
Murray Hill NJ 07974
For: BOC Gases

Peter Holmes
Borg-Warner Automotive Inc.
3850 Hamlin Rd.
Auburn Hills MI 48326
For: Borg-Warner Automotive, Inc.

Edward Mueller
Nisen & Elliott, LLC
200 W. Adams, Ste. 2500
Chicago IL 60606
 For: Borg-Warner Automotive, Inc.

Ronald Zraick, Jr.
1122 Willow St., Ste. 200
San Jose CA 95125
For: Brandenburg, Staedler & Moore

Heidi H.Bumpers, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington DC 20001-2113
For: Bridgestone Americas Tire
Operations, LLC,
fka Bridgestone/Firestone Inc.

Randall A. Stafford
Bristow Group Inc.
2000 W. Sam Houston Pkwy South,
Ste. 1700
Houston TX 77042
For: Bristow Group Inc.,
f/k/a Offshore Logistics, Inc.

Claudia Nagele
Brown-Pacific, Inc.
13639 Bora Drive
Santa Fe Springs CA 90670
For: Brown-Pacific Inc

Adam Amsterdam
Broadridge Financial Solutions, Inc.
2 Journal Square Plaza
Jersey City NJ 07036
For: Bunker Ramo Corp.,
predecessor-in-interest to Broadridge
Securities Processing Solutions, Inc.

Frances Calafiore
Calafiore & Associates
55 Airport Road. Hartford CT 06114
For: Calafiore & Associates

Kerry Slater
California Institute of Technology
 4800 Oak Grove Dr., MS 180-
305 Pasadena CA 91109
For: California Institute of Technology

Dennis Poulsen
California Steel Industries
14000 San Bernardino Ave.,
PO Box 5080 Fontana CA 92335
For: California Steel Industries Inc.

David Anzures
California Technical Plating, Inc.
11533 Bradley Ave.
San Fernando CA 91340
For: California Technical Plating Inc

Nickolas Kaleyias
Rainbird Corp.
970 W. Sierra Madre Ave.
Azusa CA 91702
For: Camsco Residential

Herbert A. Claiborne III
Carpenter Co.
5016 Monument Ave.
Richmond VA 23230
For: Carpenter Co.

William Leikin
United Technologies Corporation
United Technologies Corporation,
One Financial Plaza
Hartford CT 6101
For: Carrier Corporation

Jaron Bromm
Caterpillar, Inc.
100 N.E. Adams
Peoria IL 61629-6485
For: Caterpillar Inc.

Ian Boase
Catholic Healthcare West
3400 Data Dr.
Rancho Cordova CA 95670
For: Catholic Healthcare West,
successor by merger to Mercy
Hospital of Sacramento

William Wall
CBS Corp.
20 Stanwix Street, 10th Floor
Pittsburgh PA 15222
For: CBS Corporation

Robin Prendergast
Cedars-Sinai Medical Center
8700 Beverly Blvd.,  TSB-290
Los Angeles CA 90048
For: Cedars-Sinai Medical Center

Daniel Gilbertson
Metroplitan Education District
760 Hillsdale Ave. #400
San Jose CA 95136
For: Central Santa Clara County
Regional
Occupational Agency

Jerrold Pellizzon
Ceradyne Inc.
3169 Redhill Ave.
Costa Mesa CA 92626
For: Ceradyne Inc.

Dwight Vorpahl
Champion Technologies
3200 Southwest Fwy., Ste. 2700
Houston TX 77027
For: Champion Technologies, Inc.

Linda Akens
Channel Technologies, Inc.
879 Ward Drive
Santa Barbara CA 93111
For: Channel Industries Inc.

C. Donald Albin
 21119 S. Wilmington Ave
Long Beach CA 90810
For: Chemical Transportation
(Tank/Cleaning) a/k/a Chemical
Rainbow
Transport Tank Cleaners

Raymond Derby
PO Box 5030
Paso Robles CA 93447
For: CIPCO

Carolyn Barnes
City of Burbank
275 E. Olive Avenue
Burbank CA 91502
For: City of Burbank

Joseph Pannone or June Ailin
Aleshire & Wynder
1515 W. 190th St., Ste. 565
Gardena CA 90248
For: City of Lompoc

Lisa Bond
Richards, Watson & Gershon
355 South Grand Avenue, 40th Floor
Los Angeles CA 90071
For: City of Monrovia

David Hunt
City of Newport Beach –
Office of the City Attorney
3300 Newport Blvd.
Newport Beach CA 92663
For: City of Newport Beach

Donna Grider,
City Clerk City of Palo Alto
250 Hamilton Avenue
Palo Alto CA 94301
For: City of Palo Alto

Susan Wilson
City of Riverside City Attorney
3900 Main Street, 5th Floor
Riverside CA 92522
For: City of Riverside

Donald Worley
City of San Diego
1200 Civic Center Plaza, Ste. 1100
San Diego CA 92101
For: City of San Diego

Richard Doyle
City of San Jose,
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San Jose CA 95113
For: City of San Jose

Steve Dorsey
City of Santa Marino
2200 Huntington Drive
San Marino CA 91108
For: City of San Marino

Wendy Stockton
City of Santa Maria
204 E. Cook Street
Santa Maria CA 93454
For: City of Santa Maria

Joseph Lawrence
City of Santa Monica –
City Attorney's Office
1685 Main Street, Room 310
Santa Monica CA 90401
For: City of Santa Monica

Kenneth Farfsing
2175 Cherry Ave.
Signal Hill CA 90755
For: City of Signal Hill

David Kahn
City of Sunnyvale
456 W. Olive Ave.
Sunnyvale CA 94086
For: City of Sunnyvale

Willard Yamaguchi
City Attorney, City of Vernon
4305 Santa Fe Ave.
Vernon CA 90058
For: City of Vernon

Jason Bartlett
Hormel Foods
1 Hormel Pl.
Austin MN 55912
For: Clougherty Packing Co.

Vail Thorne
Coca Cola North America -
Legal Department
One Coca-Cola Plaza
Atlanta GA 30313
For: Coca-Cola Refreshments USA,
Inc.,  successor to Coca-Cola
Enterprises, Inc., for itself, CCE, Coca-
Cola Bottling Co., Coca-Cola Co.,
and Dr. Pepper

Bret Dimarco
Coherent, Inc
5100 Patrick Henry Dr.
Santa Clara CA 95054
For: Coherent, Inc.

John Allen
Cohu Inc., Electronics Div.
12367 Crosthwaite Circle
Poway CA 92064
For: Cohu Inc. Electronics Div.

Thomas McGowan
McGrath, North, Mullin & Kratz, P.C.
LLO
First National Tower, Ste. 3700,
1601 Dodge St.
Omaha NE 68102
For: ConAgra, Inc. (including Beatrice
/Hunt-Wesson Food, Inc., ConAgra
Frozen Foods, Inc. and United Can
Company

Jeff Lombardi
Consolidated Fabrication Corp.
14620 Arminta St.
Van Nuys CA 91402
For: Consolidated Fabricators Corp.

Gregory Diamond
Continental Holdings, Inc.
1025 Eldorado Blvd.
Broomfield CO 80021
For: Continental Holdings, Inc.,
as successor-in-interest for certain
limited purposes to Continental Can
Company

Michael Rowley
Crown, Cork & Seal Co., Inc.
One Crown Way
Philadelphia PA 19154
For: Continental Holdings, Inc.,
as successor-in-interest for certain
limited purposes to Continental Can
Company, and Crown Cork & Seal
Company, Inc.

Joseph J. Sum
Continental Materials Corporation
200 S. Wacker Dr., Ste. 4000
Chicago IL 60606
For: Continental Materials Corporation

John Webster
Hathaway, Perrett, Webster, Powers,
Chrisman & Gutierrez
5450 Telegraph Rd., Ste. 200
Ventura CA 93003
For: Conway Oil Company

Bruce Taten
Cooper Industries, Inc.
600 Travis, Suite 5600
Houston TX 77002
For: Cooper Industries, Inc.,
 n/k/a Cooper Industries, LLC

Charles Collins
County of Kern,
Office of the County Counsel
1115 Truxtun Avenue, 4th Floor
Bakersfield CA 93301
For: County of Kern

Colleen Carlson
County Counsel,
Kings County Government Center
1400 W. Lacey Blvd., Bldg. 4
Hanford CA 93230
For: County of Kings

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 10 of 29   Page ID #:232

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                    Page 7 of 26

Marin County Board of Supervisors
3501 Civic Center Drive, Ste. 329
San Rafael CA 94903
For: County of Marin

Patrick Faulkner and Nancy Grisham
County Counsel,
Office of the Marin County Counsel
4501 Civic Center Drive, Ste. 275
San Rafael CA 94903
For: County of Marin

Pamela Walls
County of Riverside
3960 Orange St., Ste. 500
Riverside CA 92501
For: County of Riverside

Steven Page
County of Sacramento,
Office of the County Counsel
9616 Micron Ave., Ste. 600
Sacramento CA 95827
For: County of Sacramento

Barbara Thompson
County Counsel,
County of San Benito
481 Fourth St., 2nd Floor
Hollister CA 95023
For: County of San Benito

Rodney F. Lorang
County of San Diego,
Office of County Counsel
1600 Pacific Hwy., Room 355
San Diego CA 92101
For: County of San Diego

Kristen Hegge
Office of the County Counsel,
County of San Joaquin
44 N. San Joaquin St., Ste. 679
Stockton CA 95202
For: County of San Joaquin

Marie LaSala
County of Santa Barbara –
County Counsel
105 E. Anapamu Street, Room 201
Santa Barbara CA 93101
For: County of Santa Barbara

Chuck Pode,
Risk Management Dept.
County of Ventura
Hall of Administration, 4th Floor,
800 S. Victoria Ave., L#1970
Ventura CA 93009
For: County of Ventura

Stephen R. Maguin
County Sanitation District No. 2
of Los Angeles County
1955 Workman Mill Road
Whittier CA 90601
For: County Sanitation District No. 2
of Los Angeles County

Kristen Weathersby
CoxCom Inc.
1400 Lake Hearn Dr.
Atlanta GA 30319
For: CoxCom Inc.

Augustus DePont
Crane Co.
100 First Stamford Pl.
Stamford CT 06902
For: Crane Company

Angela Evans
Crenshaw Christian Center Faithdome
7901 S. Vermont Ave.
Los Angeles CA 90044
For: Crenshaw Christian Center
Church of Los Angeles

Michael Rowley
Crown Cork & Seal Co., Inc.
One Crown Way
Philadelphia PA 19154-4599
For: Crown Cork & Seal Co., Inc.

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                Page 8 of 26

James Dragna
Bingham McCutchen
355 South Grand Ave., Ste. 4400
Los Angeles CA 90071-3106
For: CSC Group

Richard Cutter
CTS Corporation
905 West Boulevard North
Elkhart IN 46514
For: CTS Keene, Inc.

Richard Cutter
CTS Corporation
905 West Boulevard North
Elkhart IN 46514
For: CTS Printex Inc

Lisa M. Lawton, Esq
Cubic Corporation
9333 Balboa Ave.
San Diego CA 92123
For: Cubic Corporation

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Culligan International Company
and Culligan Water Conditioning
of Orange County

Douglas W. Baker
D&D Tanks
6082 Lido Ln.
Long Beach CA 90803
For: D&D Tanks

Robert Day
Timely Prefinished Steel Door Frames
10241 Norris Ave.
Pacoima CA 91331
For: D&S Industries

David V. Karney
Aliza Karney Guren
12011 San Vincente Blvd., Ste. 700
 Los Angeles CA 90049
For: David Karney Contractor

Thomas Roehrig
1125 Byers Rd.
Miamisburg OH 45342
For: Dayton Superior Corporation,

Todd Normane
 Talisman Energy USA Inc.
50 Pennwood Pl.
Warrendale PA 15086
For: Decalta International Corporation

Timothy Burri
Deluxe Packages
800 N. Walton Ave.
Yuba City CA 95993
For: Deluxe Packages

Kenneth Arnold
821 Nathaniel Trail
Warwick PA 18974
For: Dexter Corporation

Jim Waters
The Hillman Group, Inc.
10590 Hamilton Ave
Cincinnati OH 45231
For: Downey Glass

Robert Wendoll
Dunn Edwards Corp.
4885 East 52nd Place
Los Angeles CA 90058
For: Dunn Edwards Corp.

Doug Valerius
Dura-Bond
3200 Arrowhead Dr.
Carson City NV 89706
For: Dura -Bond Bearing Co.

James Hatchings
21520 -G Yorba Linda Blvd.
PMBH554
Yorba Linda CA 92887
For: E & T LLC

David A. Juhnke
 Sinsheimer, Juhnke Lebens
& McIvor, LLP
1010 Peach Street
San Luis Obispo CA 93401
For: E.C. Loomis & Son

Walter B. Johansing
E.M. Johansing LLC
2135 Olive St.
Paso Robles CA 93446
For: E.M. Johansing Partnership

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 12 of 29   Page ID #:234

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                    Page 9 of 26

Benjamin Stock
Burke, Williams & Sorenson, LLP
1901 Harrison Street, Ste. 900
Oakland CA 94612
For: Eastern Contra Costa
Transit Authority

Lisa Sutton
Eaton Corporation
111 Superior Ave.
Cleveland OH 44114
For: Eaton Corporation

Fern Daves
ITT
1133 Westchester Ave.
White Plains NY 10604
For: EDO Corporation

Audrey M. Safrin
Elconin & Safrin
10118 Empyrean Way, Unit 204
Los Angeles CA 90067-3806
For: Elconin and Saffrin II

Wyman Winn
Electromatic Inc.
789 S. Kellogg Ave.
Goleta CA 93117
For: Electromatic Inc.

Christopher Sadeghian
Sanmina – SCI Corp.
2700 N. First St.
San Jose CA 95134
For: Elexsys International Inc

Leslie Moreau
Elixir Industries, Inc
24800 Chrisanta Dr., Ste. 100
Mission Viejo CA 92691
For: Elixir Industries

Randy Lance
Embee Inc.
2136 S. Hathaway
Santa Ana CA 92705
For: Embee Inc.

Jennifer Giblin
Pillsbury
2300 N Street, NW
Washington DC 20037
For: Emerson Electric Co

Shelly Ellerhorst
Alston & Bird, L.L.P.
1201 West Peachtree St.
Atlanta GA 30309-3424
For: Emery Air Freight Corp

Ernest D. Carlson
1323 Say Rd.
Santa Paula CA 93060-1423
For: Ernest Carlson

Thomas B. Martin
ESCO Technologies Inc.
9900A Clayton Road
St. Louis MO 63124-1186
For: ESCO Technologies Inc.
fka ESCO Electronics Corporation

John Andreasen
McGrath, North, Mullin & Kratz, P.C.
1601 Dodge St., Ste. 3700
Omaha NE 68102
For: Estech Inc

Jerome E. Sklar
Jerome E. Sklar, An Accountancy
Corp.
75960 Nelson Ln.
Palm Desert CA 92211
For: Esther & Harold Mazur Trust

Thomas R. Melendrez
EXAR Corporation
48720 Kato Rd.
Fremont CA 94538
For: EXAR Corporation

Ira J. Cree
Facet Energy
3250 Cherry Avenue
Long Beach CA 90807
For: Facet Energy (Gammaloy Ltd.)

CT Corporation
818 W. 7th St., 2nd Floor
Los Angeles CA 90017
For: Federal Express Corporation

CSC
2730 Gateway Oaks Dr., Ste. 100
Sacramento CA 95833
For: Federal Mogul

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 13 of 29   Page ID #:235

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                    Page 10 of 26

James W. Greenwood
Flower Street Partnership
4191 Stansbury Avenue
Sherman Oaks CA 91423
For: Flower Street Partnership

David Landgraf
FMC Corporation
1735 Market Street
Philadelphia PA 19103
For: FMC Corporation

Steve Hwang
800 Gessner, Ste. 500
Houston TX 77024
For: FMM, Inc., d/b/a/ Miller
Toyota-Culver City,
f/k/a/ Mike Miller Toyota Inc

Kevin McElroy
Foothill-DeAnza Community College
12345 El Monte Rd.
Los Altos Hills CA 94022-4599
For: Foothill-DeAnza Community

John O'Toole
Comex Group
5575 DTC Parkway, Ste. 100
Greenwood Village CO 80111
For: Frazee Industries Inc.

Marland Webb, Esq.
GATX Corporation
222 West Adams St., 5th Floor
Chicago IL 60606-5314
For: GATX Corporation

Gary Van Housen
Genentech
1 DNA Way, MS- 49
South San Francisco CA 94080
For: Genentech, Inc.

Keith E. Asmusssen
General Atomics
3350 General Atomics Ct.
San Diego CA 92121
For: General Atomics

Georgette Owen
George Industries
4116 Whiteside Street
Los Angeles CA 90063
For: George Industries

John Bottini
Georgia Pacific Corp.
133 Peachtree St., N.E.
Atlanta GA 30303-5605
For: Georgia Pacific Corp.

Douglas S. Arnold
Alston & Bird, L.L.P.
1201 W. Peachtree St.
Atlanta GA 30309-3424
For: Gerard Metal Craftsmen Inc

Frank Sizemore
AOC, LLC
955 Highway 57 East
Collierville TN 38017
For: Glasteel Tennessee Inc

Frances Farina
Goleta Water District
4699 Holister Ave.
Goleta CA 93110
For: Goleta Water District

Mitchell Hersch
Hersch & Company
1900 Avenue of the Stars, Ste. 2440
Los Angeles CA 90067
For: H&H Paramount Ltd.

Vincent M. Von Der Ahe
Von Der Ahe Management L.L.C.
26440 La Alameda, Ste. 270
Mission Viejo CA 92691
For: Harriman Street Partners

Rob Cassil
Hawthorne & Stone Real Estate
1704 Union St.
San Francisco CA 94123
For: Hawthorne/Stone Real Estate

William Gout
Hi-Shear Corp.
2600 Skypark Dr.
Torrance CA 90505
For: Hi-Shear Corp.

Joanne Hirsh
Hurst Chemical
231 W. Pedregosa St.
Santa Barbara CA 93101
For: Hurst Chemical Co.

Debra Rubenstein
Akzo Nobel, Inc
120 White Plains Rd., Ste. 300
Tarrytown NY 10591-5522
For: ICI Americas Inc

Jennifer Tenenbaum
Imation Corp.
1 Imation Way
Oakdale MN 55128
For: Imation Corp.

T. Kevin Sheehy
1500 Valley Road.
Wayne NJ 07470
For: Imperial Oil & Grease

Bruce Yost
Industrial Wire Products Corp.
3880 W. Valley Blvd.
Walnut CA 91789
For: Industrial Wire Products Corp.

Kevin Tubbs
Ingersoll-Rand Company
1 Centennial Ave.
Piscataway NJ 8854
For: Ingersoll-Rand Company

Mark Mueller
Intel Corp.
 4500 S. Dobson Rd., OC2-157
Chandler AZ 85248
For: Intel Corp.

Jennifer Giblin
Pillsbury
2300 N Street, NW
Washington DC 20037
For: InterMetro Industries Corporation

Debra Rubenstein
Akzo Nobel, Inc
120 White Plains Rd., Ste. 300
Tarrytown NY 10591-5522
For: International Paint Inc.

Fern Daves
ITT Industries, Inc.
1133 Westchester Ave.
White Plains NY 10604
For: ITT Corporation

Sheila Bush
J.R. Simplot Co.
999 Main St., Ste. 1300
Boise ID 83702
For: J.R. Simplot Co.

Kristen Yetter
 277 Granada Drive
San Luis Obispo CA 93401
For: JBL Scientific Inc

Brent Tracy
Johns Manville
717 17th St., MS 12-07
Denver CO 80202
For: Johns Manville, f/k/a
Johns Manville International, Inc.

Mitchell S.Y. Cohen
Kaiser Foundation Health Plan, Inc.
One Kaiser Plaza, 19th Floor
Oakland CA 94612
For: Kaiser Foundation Health Plan Inc

Lesa Carter
Key Energy Services, Inc.
1301 McKinney, Ste. 1800
Houston TX 77010
For: Key Energy Services, Inc.
(formerly Key Energy Group, Inc.)
As successor to Welltech, Inc.

Nancy VanBurgel
Kinder Morgan, Inc.
370 Van Gordon St.
Lakewood CO 80228
For: Kinder Morgan
Energy Partners, L.P.

Paul D. Johnson
Kinsbursky Brothers Inc.
125 E. Commercial St., Ste. A
Anaheim CA 92801
For: Kinsbursky Brothers

Peter Black
Kliklok Corp.
5224 Snapfinger Woods Dr.
Decatur GA 30035
For: Kliklok Corporation

Corporate Service Company
2730 Gateway Oaks Dr.
Sacramento CA 95833
For: Knott's Berry Farm

Randy Lair
Koch Industries, Inc
4111 E. 37th Street North
Wichita KS 67220
For: Koch Materials, LLC,
as successor in interest to
Koch Asphalt Company

Charles McChesney II
Three Rivers Management, Inc.
One Oxford Centre, Suite 3000
Pittsburgh PA 15219
For: Koppers Company Inc.
n/k/a Beazer East, Inc.

Eric Klein
Kyocera America, Inc.
8611 Balboa Avenue
San Diego CA 92123
For: Kyocera America Inc

James F. Matthews
Lear Siegler Diversified Holdings
Corp.
PO Box 34
Green Village NJ 07935
For: Lear Siegler Diversified Holdings

Scott S. Douglas
Leggett & Platt, Inc
No 1 Leggett Road
Carthage MO 64836
For: Leggett & Platt, Inc.; Bedline
Manufacturing, a division of Leggett
& Platt, Inc.; L & P Property
Management Company, dba L&P
PMC, Inc.

Steve Siegel
Dinsmore & Shohl LLP
225 East 5th St., Ste. 1900
Cincinnati OH 45202
For: Lin Data Corp

Robert Segal
Lincoln Place Associates
Limited Partnership
1250 Sixth Street, Suite 400
Santa Monica CA 90401
For: Lincoln Place Associates
Limited Partnership

David Starkie
Bodycote Thermal Processing Inc
12700 Park Central Dr., Ste. 700
Dallas TX 75251
For: Lindberg Heat Treating Co.,
nka Bodycote Thermal Processing,
Inc.

Dr. Michael Collins
Long Beach Community
College District
4901 E. Carson St.
Long Beach CA 90808
For: Long Beach Community
College District

Carri Matsumoto
Long Beach Unified School District
2425 Webster Ave.
Long Beach CA 90810
For: Long Beach Unified School
District

Richard Schneider
Long Fibre Company
300 Fibre Way
Longview WA 98632
For: Longview Fibre Company

Ronald W. Stamm
1 Gateway Plaza, 24th Floor
Los Angeles CA 90012
For: Los Angeles County Metropolitan
Transit Authority

Lance Rosenkranz
Los Angeles Galvanizing Co.
2518 E. 53rd St.
Huntington Park CA 90255
For: Los Angeles Galvanizing Co.

Jefferson Crain
LAUSD
333 S. Beaudry Ave., 24th Floor
Los Angeles CA 90017
For: Los Angeles Unified School
District

Jan Patrick Sherry
Los Rios Community College District
1919 Spanos Ct.
Sacramento CA 95825
For: Los Rios Community College
District

Greg Angle
Los Robles Regional Medical Center
215 W Janss Road
Thousand Oaks CA 91360
For: Los Robles Regional Medical
Center

Charles Baumer
Law Offices of Charles B. Baumer, Inc.
1801 Century Park East, Ste.
1430 Los Angeles CA 90067
For: Lubeco Inc

J. Michael Edwards
Luxfer
3016 Kansas Ave.
Riverside CA 92507
For: Luxfer Inc.

Greg Zeronian
M.C. Gill Corp
4056 Easy St.
El Monte CA 91731
For: M.C. Gill Corp.

Dennis Reis
Briggs and Morgan, P.A.
80 South Eighth St.,
2200 IDS Center
Minneapolis MN 55402
For: MAFO/Pneumo Abex

Ed Martinez
Martinez Shopping Center
2784 Colonia Avenue
Oxnard CA 93036
For: Martinez Shopping Center

Scott Halpert
Masco Corporation
21001 Van Born Road
Taylor MI 48180
For: Masco Corporation for
NI Bowers DivisionTrimas Corp.

George Ikeda
ITOCHU international Inc.
335 Madison Ave.
New York NY 10017
For: Master Halco Inc.

Michael Hasychak
6070 Parkland Blvd.
Mayfield OH 44124
For: Materion Brush Inc.,
 fka Brush Wellman Inc.

Stephen Stroud
Matheson Gas Products, Inc
150 Allen Rd.
Basking Ridge NJ 7920
For: Matheson Gas Products, Inc.

Sloan White
Matson Navigation Company, Inc
555 12th St.
Oakland CA 94607
For: Matson Navigation Company, Inc

Michael Monahan
Mattel, Inc
333 Continental Blvd.
El Segundo CA 90245
For: Mattel Inc.

Larry Prange
Whirlpool
2000 N. M-63
Benton Harbor MI 49022
For: Maytag Corporation

Barbara Tang
Mazda North American Operations
7755 Irvine Center Dr.
Irvine CA 92618
For: Mazda North American
Operations

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 17 of 29   Page ID #:239

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                    Page 14 of 26

Carole S. Ungvarsky
 McKesson Corporation
One Post St. 33th Floor
San Francisco CA 94104
For: McKesson Corporation

John Beasley
MeadWestvaco
501 South 5th St.
Richmond VA 23219-0501
For: MeadWestvaco Corporation,
As successor to The Mead Corporation

Solomon D. Naman
Mechanical Metal Finishing Co., Inc
15220 S. Broadway
Gardena CA 90248
For: Mechanical Metal Finishing Co.,
Inc

Robert E. Courson
Menlo Caspian Investment Company
2882 Sand Hill Road. #117
Menlo Park CA 94025
For: Menlo Caspian

Robert Dinger
Mesa Center Automotive
26361 Maisala Way
Mission Viejo CA 92692
For: Mesa Center Automotive

Jerry Collen
Anheuser-Busch Company,
Associate General Counsel
1 Busch Pl., 202-1
St. Louis MO 63118
For: Metal Container Corporation of
California

Edward Moss
Moss Motors
400 Rutherford St.
Goleta CA 93117
For: Milard Group, Ltd.

Stephen Rogers
Miller Brewing Company
3939 West Highland Blvd.
Milwaukee WI 53201
For: Miller Brewing Company

John Ostergren
Minnesota Minning & Mfg. Co.
3M Center, Bldg 220-9E-02
St. Paul MN 55144-1000
For: 3M Company f/k/a
Minnesota Mining & Mfg. Co.

Pam Martin
Mission Linen Supply
702 E. Montecito St.
Santa Barbara CA 93103
For: Mission Industries

Ernest Speno
Mission Valley Ford Trucks
780 E. Brokaw Rd.
San Jose CA 95112
For: Mission Valley Ford Trucks

Margaret Kelsey
Modine Manufacturing Company
1500 DeKoven Ave.
Racine WI 53403
For: Modine Manufacturing Company

Stephen Welch
54335 North Shore Rd.,
PO Box 349
Bass Lake CA 93604
For: Montana Vista Co, LLC

David Mulliken
Latham & Watkins
600 W. Broadway, Ste. 1800
San Diego CA 92101-3375
For: Montrose Chemical Corp. of
California

Shawn Demerse
Motorola Solutions Inc.
1303 E. Algonquin, Mail Drop 7th
Floor
Schaumberg IL 60196
For: Motorola Inc.

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 18 of 29   Page ID #:240

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)          Page 15 of 26

John L. Cordani
NAPP Systems, Inc
245 Freight St.
Waterburg CT 6702
For: NAPP Systems, Inc.

CT Corporation
1209 Orange St.
Wilmington DE 19801
For: National Semiconductor

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: National Steel & Shipbuilding
Company

Jennifer Costanza
Nestle USA, Inc.
800 N. Brand Blvd
Glendale CA 91203
For: Nestle USA, Inc.

CT Corporation
One Corporate Center, Floor 11
Hartford CT 6103
For: Nestle Waters North America Inc.,
f/k/a Great Spring Waters of America
Inc. (Great American Spring Waters)

William Pesce
Neville Chemical Company
2800 Neville Rd.
Pittsburgh PA 15225
For: Neville Chemical Company

John Williams
Newport Corporation
3635 Peterson Way
Santa Clara CA 95054
For: Newport Corporation,
as successor-in-interest to
Spectra Physics, Inc.

Richard Baum
5721 SE Columbia Way
Vancouver WA 98661
For: Northwest Pipe and Casing Co.

Scott Norton
Norton Packaging, Inc.
20670 Corsair Blvd.
Hayward CA 94545
For: Norton Packaging, Inc

Terrence Lee
Eastman Kodak Co.
3800 Dewey Ave, Ste. 317
Rochester NY 14616
For: NPEC Inc.

William Mitchell
SCI
570 E. Highland Ave.
San Bernardino CA 92404
For: Oakdale Memorial Park Inc

Genny Delgado
Oakdale Memorial Park
1401 S. Grand Ave.
Glendora CA 91740
For: Oakdale Memorial Park Inc

Elliott Heide
Occidental Chemical Corporation
10889 Wilshire Boulevard
Los Angeles CA 90024
For: Occidental Chemical Corporation,
f/k/a/ Oxy Metal Industries
Corporation, a subsidiary of Occidental
Petroleum Corporation

Elliott Heide
Occidental Petroleum Corporation
10889 Wilshire Boulevard
Los Angeles  CA 90024
For: Occidental Research Corporation,
a subsidiary of Occidental Petroleum
Corporation

Curtis Richards
Olin Corporation
3855 N. Ocoee St., Ste. 200
Cleveland TN 37312
For: Olin Corporation

Daniel P. Trump
Trump, Alioto, Trump & Prescott
L.L.P.
2280 Union St.
San Francisco CA 94123
For: Olympian Oil

William R. McMurtry
Darling International, Inc.
251 O'Connor Ridge Blvd., Ste 300
Irving TX 75038
For: Omar Rendering Co.

CT Corporation
350 North St. Paul St., Ste. 2900
Dallas TX 75201
For: OSCA, Inc.

Susan Smith
Owens-Illinois, Inc.
One Michael Owens Way, Plaza 3
Perrysburg OH 43551
For: Owens-Illinois Inc

Terrence Nelson III
Oxnard Pest Control Association
670 Pacific Ave., PO Box 1187
Oxnard CA 93032
For: Oxnard Pest Control Association

Debbie Comstock
16800 Chestnut St.
 City of Industry CA 91748
For: PAC Foundry

Vicki ZumBrunnen
Paccar, Inc.
777 106th Ave., N.E.
Bellevue WA 98004
For: Paccar, Inc.

Gary Mearns
Pacific Coast Drum Company
 P.O. Box 3593 South
El Monte CA 91733
For: Pacific Coast Drum Company

Robert Hartman
Golden Gate Fields
1100 Eastshore Highway
Berkeley CA 94710
For: Pacific Racing Association/Golden
Gate Fields

Christinanne Chen and Jan Kneisel
ProLogis
4545 Airport Way
Denver CO 80239
For: Palmtree Acquistion Corporation,
general partner of PAC Operating
limited Partnership, f/k/a Catellus
Operating Limited Partnership,
successor-by-merger to Catellus
Development Corporation

Martha Connell
Parker-Hannifin Corporation
6035 Parkland Blvd.
Cleveland OH 44124
For: Parker Hannifin Corp.

Sherry Hassan
1570 E. Colorado Blvd.
Pasadena CA 91106-2003
 For: Pasadena Area Community
College District

Nick Grana
Pentrate Metal Processing Inc.
3517 E. Olympic Blvd.
Los Angeles CA 90023
For: Pentrate Metal Processing Inc.

DM Pepper, Sr.
Pepper Oil Co., Inc.
2300 Tidelands Avenue
National City CA 91950
 For: Pepper Oil Co., Inc.

John Healy
Perkin Elmer
940 Winter St.
Waltham MA 2451
For: Perkin Elmer, Inc
succesor to Optical Radiation Corp.

CT Corporation
818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Pfizer Inc.

G. Van Velsor Wolf Jr.
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix AZ 85004-2202
For: Pilkington Barnes Hind

Rebecca Engola
Pioneer North America Inc.
1925 E. Dominguez St.
Long Beach CA 90810
For: Pioneer North America, Inc.

Meleana Leverton
American Assets, Inc.
11455 El Camino Real, Suite 200
San Diego CA 92130
For: Piper Ranch Assoc

B.E. Fipp
Trustee for Fipp Family Tust and
Dissolved Piper Ranch Assoc.
1344 Dellerest Ln.
La Jolla CA 92037
For: Piper Ranch Assoc

Sam Linhart
Former President of Lincor Properties (dissolved)
Partner of Piper Ranch Assoc.  (dissolved)
Merit Texas Properties, Inc.,
5110 N. 40th St., Ste. 254
Phoenix AZ 85018
For: Piper Ranch Assoc

Debbie Comstock
16800 Chestnut St.
City of Industry CA 91748
For: Prime Alloy Steel Castings

Robert Bilanchone
Printronix, Inc
14600 Myford Rd.
Irvine CA 92606
For: Printronix, Inc.

Marin Luboviski
Products Engineering Corp.
2645 Maricopa St.
Torrance CA 90503-5144
For: Products Engineering Corp.

Todd Greco
Plastic Materials Inc
4202 Brickell St.
Ontario CA 91761
For: Plastic Materials Inc.

Patricia Hoffman
Regents Place LLC
333 Pierce Rd., Ste. 370
Itasca IL 60143
For: Plessey, Inc.

Elaine Simpson
PQ Corporation
300 Lindenwood Dr.
Malvern PA 19355
For: PQ Corporation

Christine Gillen
Prudential Insurance Co. of America
751 Broad St., 4th St.
Neward NJ 7102
For: Prudential Insurance Co. of
America

Michael Bourque For Richard Tisch
Praxair, Inc.
39 Old Ridgebury Rd.
Danbury CT 6810
For: Praxair, Inc., as indemnitor
for Union Carbide Corp

Elliot Ellis
Prudential Lighting Corportion
1774 E. 21 Street
Los Angeles CA 90058
For: Prudential Lighting Corporation

Lee Terry
Prudential Overall Supply, Inc.
1661 Alton Parkway
Irvine CA 92606
For: Prudential Overall Supply Inc

Sue Bettman
R.R. Donnelley & Sons Company
111 South Wacker Dr.
Chicago IL 60606-4301
For: R.R. Donnelley and Sons Co.

Carl Schultz
Tyco Electronics
100 AMP DRIVE M/S 161-S3B
Harrisburg PA 17112
For: Tyco Electronics

Christopher J. Corbett
L'OREAL Products, Inc.
111 Terminal Ave. Clark NJ 07066
For: Redken Laboratories Inc

CT Corporation
 818 West Seventh St., 2nd Floor
Los Angeles CA 90017
For: Republic Waste Services of
Southern California, LLC,
f/k/a Taormina Industries, LLC

Alexandra Gerber
Revlon Consumer Products
Corporation
237 Park Ave.
New York NY 10017-3140
For: Revlon Consumer Products
Corporation

General Counsel
Rheem Manufacturing Company
1100 Abernathy Rd., Ste. 1400
Atlanta GA 30328
For: Rheem Manufacturing Co.

Charles McChesney II
Three Rivers management, Inc.
One Oxford Centre, Suite 3000
Pittsburgh PA 15219
For: Riverside Cement Co.

Tracey Fernandez
Riverside Community Hospital
4445 Magnolia Ave
Riverside CA 92501
For: Riverside Community Hospital

Gary Van Housen
1 DNA Way, MS- 49 South
San Francisco CA 94080
For: Roche Holdings Ltd/Syntex (USA)
Inc

Sir/Madame
Rogers Corporation,
Office of the Corporate Secretary
One Technology Dr., P.O. Box 188
Rogers CT 06263-0188
For: Rogers Corporation

David MacCulloch
Nothern Trust, N.A.
206 E. Anapamu St.
Santa Barbara CA 93101
For: Rosemary Farm

Stephen Jackson
 Day-Glo Color Corp.
4515 St. Clair Ave.
Cleveland OH 44103
For: RPM, Inc.

Steven Page
County of Sacramento,
Office of the County Counsel
9616 Micron Ave., Ste. 600
Sacramento CA 95827
For: Sacramento County Sanitation
District No. 1

Arlen Orchard
Sacramento Municipal Utility
District (SMUD)
6201 "S" Street, MS B406
Sacramento CA 95817
For: Sacramento Municipal Utility
District (SMUD)

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 22 of 29   Page ID #:244

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                    Page 19 of 26

Geri Partida
Saddleback Valley Unified School
25631 Peter A. Hartman Way
Mission Viejo CA 92691
For: Saddleback Valley Unified School
District

Valerie D. Lewis
Safeway, Inc.
5918 Stonebridge Mall Rd.
Pleasanton  CA 94588-3229
For: Safeway Inc.

Jesse Minor
Sage Energy Company
100 NE Loop 410, Ste. 1300
San Antonio TX 78216
For: Sage Energy Company

David Umstot
San Diego Community College
District
3375 Camino del Rio South, Room 310
San Diego CA 92108
For: San Diego Community College
District

Majid Mojibi
San Joaquin Refining Company Inc.
PO Box 5576
Bakersfield CA 93388-5576
For: San Joaquin Refining Company
Inc.

Diane Bennett
2560 Skyway Dr.
Santa Maria CA 93455
For: Santa Maria Joint High School
District

Jerry Miller
Law Offices of Jerry Miller
9171 Wilshire Boulevard, Suite 400
Beverly Hills CA 90210
For: Santa Palm Car Wash

Francine Torrigiani
Santa Paula Union School District –
 Assistant Superintendent
500 E. Santa Barbara Street
Santa Paula CA 93060
For: Santa Paula Union School District

Rose Ware
SANYO E&E Corporation
2001 Sanyo Ave.
San Diego CA 92154
For: SANYO E&E Corporation

Laura McAvoy
Musick, Peeler & Garrett LLP
2801 Townsgate Rd., Ste. 200
Westlake Village CA 91361
For: Saticoy Lemon Association

C. Edward Miller Jr.
Sav-Mor Oil Co.
12220 El Camino Real, #330
San Diego CA 92130
For: Sav-Mor Oil Company

George Kuehn
Butzel Long L.L.P.
350 S. Main St., Ste. 300
Ann Arbor MI 48104
For: SBC Holdings
(f/k/a The Stroh Brewery Company)

Scott Halpert
Masco Corporation
21001 Van Born Road
Taylor MI 48180
For: Schmid Insulation Contractors,
Inc.

Thomas Northrup
The Scripps Research Institute
10550 North Torrey Pines Rd.,
Maildrop TPC-8
La Jolla CA 92037
For: Scripps Research Institute

Diana Hsu
Sears Holdings Corporation, Legal
Dept.
333 Beverly Rd., B6-339A
Hoffman Estates IL 60179
For: Sears, Roebuck and Co.

Case 2:11-cv-07051-DDP -CW    Document 8    Filed 09/06/11    Page 23 of 29    Page ID #:245

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                    Page 20 of 26

Stephen Shultz
Shultz Steel Company
5321 Firestone Blvd.
South Gate CA 90280
For: Shultz Steel Company

Charles Dearborn
Siemens Healthcare Diagnostics Inc.
511 Benedict Ave.
Tarrytown NY 10591
For: Siemens Healthcare Diagnostics
Inc., f/k/a Diagnostic Products Corp.


David F. Wood
Sierracin Corp.
801 S. Figueroa St., Ninth Floor
Los Angeles CA 90017
For: Sierracin Corp.

Robert Wells
TTM Technologies
407 Mathew St.
Santa Clara CA 95050
For: Sigma Circuits Inc.

Ryan Miest
Robins, Kaplan, Miller & Ciresi
2800 La Salle Plaza
Minneapolis MN 55402-2015
For: Sigma Plating Co., Inc.

James N. Casey
NXP Semiconductors
1109 McKay Dr.
San Jose CA 95131-1706
For: Signetics Corporation

John Noftz
Siliconix, Inc
2201 Laurelwood Road
Santa Clara CA 95054-1516
For: Siliconix, Inc.

General Counsel
Sony Electronics Inc., Law Department
16530 Via Esprillo
San Diego CA 92127
For: Sony Electronics Inc.

Matthew Eugster
Varnum
P.O. Box 352
Grand Rapid MI 49501-0352
For: Sparton Corporation

Richard Abramson
SRI International
333 Ravenswood Avenue
Menlo Park CA 94025-3493
For: SRI International

Adam M. Selisker
Sta-Lube, Inc.
885 Louis Drive
Warminster PA 18974
For: Sta-Lube, Inc.

George Dulgarian
Standard Nickel-Chromium Plating
Company
826 E. 62nd Street
Los Angeles CA 90001
For: Standard Nickel-Chromium
Plating Company

Lawrence M. Gibbs
Stanford University
480 Oak Rd.
Stanford CA 94305-8007
For: Stanford University

James O'Connor
Steelcase Inc.
901 44th St. SE
Grand Rapids MI 49508
For: Steelcase Inc.


Christina Loundy
Stepan Company
22 W. Frontage Rd.
Northfield IL 60093
For: Stepan Company

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 24 of 29   Page ID #:246

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                Page 21 of 26

Warren Faure
Sun Chemical Corporation
35 Waterview Blvd.
Parsippany NJ 07054
For: Sun Chemical Corporation

Robert Earnest
Superior Industries International Inc.
7800 Woodley Ave.
Van Nuys CA 91406
For: Superior Industries International
Inc.

George Esseff, Jr.
Supra Alloys Inc.
5500 Grimes Canyon Rd.
Moorpark CA 93021
For: Supra Alloys Inc.

Richard Griffin
T.G.L. Associates, Inc.
1504 Eureka Rd., Ste. 220
Roseville CA 95661-3040
For: T.G.L. Associates, Inc.

CT Corporation
818 W. 7th St., 2nd Floor
Los Angeles CA 90017
For: TABC Inc.

John H. Oliphant
Technicolor Film Service
6040 Sunset Blvd., 6th Floor
Hollywood CA 90028
For: Technicolor Inc.

Ozzie Levine
Ted Levine Company
1817 Chico Ave.
South El Monte CA 91733
For: Ted Levine Drum Co.

Melanie S. Cibik
Teledyne Technologies Incorporated
1049 Camino Dos Rios
Thousand Oaks CA 91360
For: Teledyne Technologies Inc

Russell Parish
Temple-Inland
1300 S. Mopac Expy., 3rd Floor
Austin TX 78746
For: Temple Inland Inc

Daniel Schnee
2 North Nevada Ave.
Colorado Springs CO 80903
For: Tenneco Inc. (EPEC Oil
Company)

Joseph Doyle
Pactiv
1900 W. Field Ct.
Lake Forest IL 60045
For: Tenneco Packaging, Inc.
(n/k/a Pactiv Corporation)

Vanessa Vail
Tesoro Petroleum Corporation
19100 Ridgewood Pkwy
San Antonio TX 78259
For: Tesoro Petroleum Corporation

David Thomas
Texas Instruments Inc.
13542 N. Central Expwy MS 396
Dallas TX 75243
For: Texas Instruments Incorporated

Ellen Barker
Texas Instruments Inc.
12500 TI Blvd. MS8751
Dallas TX 75243
For: Texas Instruments Tucson
Corporation
fka Burr-Brown Corporation

Jamieson Schiff
Textron, Inc.
40 Westminster Street
Providence RI 02903
For: Textron Inc.

Malissia Clinton
The Aerospace Corporation
2310 E. El Segundo Blvd.
El Segundo CA 90245
For: The Aerospace Corporation

Margaret Graf
ACC/Legal Dept./5th Floor
3424 Wilshire Blvd.
Los Angeles CA 90010
For: The Archdiocese of Los Angeles

Scott Ogden
The Bekins Company
 330 So. Mannheim Rd.
Hillside IL 60162
For: The Bekins Company

Brian Hayle
The Clorox Company
 1221 Broadway
Oakland CA 94612
For: The Clorox Company

Vail Thorne
Coca Cola North America -  Legal
Department
One Coca-Cola Plaza
Atlanta GA 30313
For: The Coca-Cola Company for itself
and its former Coca Cola Foods
Division

Brad Gazaway
The Dial Corporation
19001 N. Scottsdale Rd.
Scottsdale AZ 85266
For: The Dial Corporation

Jane McGregor
Procter & Gamble
299 East Sixth St., 9th Floor
Cincinnati OH 45202
For: The Gillette Company

Debra Rubenstein
Akzo Nobel, Inc
120 White Plains Rd., Ste. 300
Tarrytown NY 10591-5522
 For: The Glidden Company,
n/k/a Akzo Nobel Paints LLC

Dan Nackerman
The Housing Authority of the
County of Marin
4020 Civic Center Dr.
San Rafael CA 94903
For: The Housing Authority
of the County of Marin

Mari-Ann Gibbs Rivers
 3501 Civic Center Dr., Ste. 275
San Rafael CA 94903
For: The Housing Authority
of the County of Marin

Patrick Allen
The Marmon Group
181 West Madison St., Ste. 2600
Chicago IL 60602
For: The Marmon Group

Albert Cohen
10100 Santa Monica Blvd., Ste. 2200
Los Angeles CA 90067
For: The Okonite Co., Inc.

Shari McCormick
300 E. Green St.
Pasadena CA 91101
For: The Pasadena Center Operating
Co

Kirk F. Sniff
Strasburger Attorneys at Law
901 Main, Suite 4400
Dallas TX 75202
For: The Southland Corporation

Jeffrey Hayward
The Valspar Corporation
PO Box 1461
Minneapolis MN 55440
For: The Valspar Corporation

Connie Mull
Three Bond International, Inc
 6184 Schumacher Park Dr.
West Chester OH 45069
For: Three Bond International, Inc.

Katherine Chilton
Warner Bros.
4000 Warner Blvd., Bldg. 156-S,
Room 5104
Burbank CA 91522
For: Time Warner

Donald Stabler
Torrance Unified School District
2335 Plaza Del Amo
Torrance CA 90509
For: Torrance Unified School District

CT Corporation
 818 W. Seventh St., 2nd Floor
Los Angeles CA 90017
For: Toyota Motor Sales, USA, Inc.

Sharad Bhatia
Ocean View Capital, Inc.
155 South Main Street, Suite 302
Providence RI 02903
For: Triangle PWC, Inc.

Julie Xanders
Tribune Company
202 W. First St.
Los Angeles CA 90012
For: Tribune Company, as successor-
by-merger to Times Mirror Company,
and Los Angeles Times
Communications LLC

Scott Halpert
Masco Corporation
21001 Van Born Road
Taylor MI 48180
For: Trimas Corp.

Diana Durako
Tucson Electric Power Company
 PO Box 711
Tucson AZ 85702-0711
For: Tucson Electric Power Company

Cynthia Wagner
Union Bank
500 South Main St., Suite 320
Orange CA 92868
For: Union Bank

Kevin Krueger
Unisys Corporation
3199 Pilot Knob Rd.
Eagan MN 55121
For: Unisys Corporation

Angela Foster-Rice
United
77 W. Wacker Dr.
Chicago IL 60601
For: United Air Lines, Inc.

Andrew Thiros
USS
600 Grant St., Room 1500
Pittsburgh PA 15219
For: United States Steel Corp.
f/k/a/ USX Corporation and its
subsidiaries including Aristech
Chemical Corp.

Andrew Thiros
United States Steel Corp.
600 Grant St., Room 1500
Pittsburgh PA 15219
For: United States Steel Corporation
(US Steel)

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 27 of 29   Page ID #:249

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)                    Page 24 of 26

William Leikin
Technologies Corporation
United Technologies Corporation,
One Financial Plaza
Hartford CT 06101
For: United Technologies Corporation

Kelly Bendell
University of Southern California
3551 Trousdale Pkwy, ADM 352
Los Angeles CA 90089-5013
For: University of Southern California

Caroline Vaccariello
Preformed Line Products
660 Beta Drive
Mayfield Village OH 44143
For: Urethane Industries

Richard Pierce
Rio Tinto Minerals
8051 E. Maplewood Ave., Bldg. 4
Greenwood Village CO 80111
For: US Borax Inc.

Corporation Service Company
2730 Gateway Oaks Dr., Ste. 100
Sacramento CA 95852
For: Varian Associates, Inc

Dr. Kenneth House, Trustee
27726 Pacific Coast Hwy
Malibu CA 90265
For: Verdugo Hill Golf Course

Susan Zoch
Vertis, Inc
250 W. Pratt Street, 18th Floor
Baltimore MD 21201
For: Vertis, Inc., as successor-in-
interest to Treasure Chest Advertising
Company Inc.

John Cvetic
Vesper Corp.
8223 Brecksville Rd., Ste. 100
Brecksville OH 44141-1361
For: Vesper Corp.

Lori Swafford
Virco Mfg. Corp
2027 Harpers Way
Torrance CA 90501
For: Virco Manufacturing Corp.

Bonnie A. Barnett
Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia PA 19103
For: VWR Scientific, Inc.

Bruce Carrier
WAISCO, Inc.
3201 Danville Blvd., #245
Alamo CA 94507
For: WAISCO (for Marwais Steel Co.)

Frank Dela Vara
Walt Disney World Co.
1313 Harbor Blvd. P.O. Box 3232
Anaheim CA 92803-3232
For: Walt Disney World Co

Joe Dandy
Weatherford International
515 Post Oak Blvd., Ste. 600
Houston TX 77027
For: Weatherford International

Paul R. Dennis
Weber Metal Inc.
16706 S. Garfield Ave.
Paramount CA 90723
For: Weber Metals Inc.

EJ Shalaby
West County Wastewater District
2910 Hilltop Drive
Richmond CA 94806
For: West County Wastewater District

Edralin Maduli
West Valley-Mission Community
College District
 14000 Fruitvale Ave.
Saratoga CA 95070
For: West Valley-Mission Community
College District

Case 2:11-cv-07051-DDP -CW   Document 8   Filed 09/06/11   Page 28 of 29   Page ID #:250

Service List for DTSC, et al. v. A&G German Cars, et al. (Casmalia)          Page 25 of 26

Roger C. Post
Western Tube and Conduit Co.
 2001 E. Dominguez St.
Long Beach CA 90801-2720
For: Western Tube and Conduit Co.

Vincent E. Wood, III
1920 Gibraltar Road
Santa Barbara CA 93105-2327
For: Vincent E Wood and William A
Wood

Christine Mirabel
9302 Garfield Ave.
South Gate CA 90280
For: World Oil Co

Rick Lipinski
Xerox Corporation
100 Clinton Ave. South, XRX2-21D
Rochester NY 14644
For: Xerox Corporation

Laurel Adcock
Smith Trager LLP
2192 Martin, Ste. 270
Irvine, CA 92612
For: FHL Group

James Makshanoff
City of Azusa
213 E. Foothill Blvd.
Azusa, CA 91702
For: City of Azusa

Jan Phillips
K and L Anodizing Corp.
1200 S. Victory Blvd.
Burbank, CA 91502
For: K and L Anodizing Corp

Corporation Trust Company
1209 Orange St.
Wilminton, DE 19801
For: Fairchild Semiconductor

Damon Burrows
Allergan Inc.
2525 DuPont Dr.
Irvine, CA 92612
For: Allergan Inc.

Elliott Heide
Occidental Petroleum Corporation
10889 Wilshire Boulevard
Los Angeles, CA 90024
For: Occidental Chemical Corporation
successor to Diamond Shamrock
Chemical Corp.

Grant Dorfman
Nabors Industries
515 W. Greens Rd., Ste. 1200
Houston, TX 77067
For: Pool Energy Services Co.

Marc Hamburg
Berkshire Hathaway Inc
3555 Farnam St.
Omaha, NE 68131
For: Berkshire Hathaway Inc.

CT Corporation
818 W. Seventh St., 2nd Floor
Los Angeles, CA 90017
For: Exide Corp.

Grant Dorfman
Nabors Industries
515 W. Greens Rd., Ste. 1200
Houston, TX 77667
For: Pool California Energy Services,
Inc

John M. Fujii
City of Huntington Beach,
City Attorney's Office
2000 Main Street
PO Box 190
Huntington Beach, CA 92648
For: City of Huntington Beach

CSC
2730 Gateway Oaks Dr., Ste. 100
Sacramento CA 95833
For: The Interlake Corporation

Laura Babin
HMS Host
6905 Rockledge Dr
Bethesda MD 20817
For: Host International

Larry Deeney
General Mills
1 General Mills Blvd
Minneapolis MN 55426
For: General Mills, successor in interest
to Ogden Corporation  (Ogden Foods
Products)

James Dragna
Bingham McCutchen
355 South Grand Ave., Ste. 4400
Los Angeles CA 90071-3106
Courtesy Copy

Albert Cohen
Loeb & Loeb LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles CA 90067
Courtesy Copy

Nicholas vanAelstyn
Beveridge & Diamond PC
456 Montgomery St., Ste. 1800
San Francisco CA 94104-1251
Courtesy Copy

Karen Goldberg
U.S. EPA Region IX, Office of
Regional Counsel
75 Hawthorne Street
San Francisco CA 94105
Courtesy Copy

Marie Rongone
U.S. EPA Region IX, Office of
Regional Counsel
75 Hawthorne Street
San Francisco CA 94105
Courtesy Copy

Brad O'Brien
US DOJ, Environmental Enforcement
Section
301 Howard Street, Suite 1050
San Francisco CA 94105
Courtesy Copy

Elizabeth E. Mack, Esq.
Locke Lord Bissell & Liddell
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Courtesy Copy

Viviana L. Heger, Esq.
Of Counsel
TROPIO & MORLAN
21700 Oxnard Street, Ste. 1700
Woodland Hills, CA 91367
For: Superior Industries International
Inc.