KAMALA D. HARRIS
Attorney General of California
MARGARITA PADILLA
Supervising Deputy Attorney General
State Bar No. 99966
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2135
  Fax:  (510) 622-2270
  E-mail:  Margarita.Padilla@doj.ca.gov
*Attorneys for Plaintiff, Department of Toxic Substances Control*

KATHLEEN KENEALY
Senior Assistant Attorney General
TERI ASHBY
Deputy Attorney General
State Bar No. 114624
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 327-4254
  Fax:  (916) 327-2319
  E-mail:  Teri.Ashby@doj.ca.gov
*Attorneys for Plaintiffs, California Department of Fish and Game, and Regional Water Quality Control Board, Central Coast Region*

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, THE CALIFORNIA DEPARTMENT OF FISH AND GAME, AND THE CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, CENTRAL COAST REGION,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**A&G GERMAN CARS; et al.,**<br><br>Defendants. | Case No. CV 11-07051 DDP (CWx)<br><br>**FINAL JUDGMENT** |

*DTSC v. A&G German Cars, et al.*
CV 11-7051 DDP (CW)

1

1   Pursuant to Federal Rules of Civil Procedure 54 and 58, this Court enters final
2   judgment in this matter.  The Consent Judgment approved and entered by this Court
3   constitutes the final judgment in this action.
4   IT IS SO ORDERED.
5   Dated:   October 18, 2011

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

SA2001CV0892
90216750.doc