KAMALA D. HARRIS
Attorney General of California
MARGARITA PADILLA
Supervising Deputy Attorney General
State Bar No. 99966
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2135
 Fax:  (510) 622-2270
 E-mail:  Margarita.Padilla@doj.ca.gov
*Attorneys for Plaintiff, Department of Toxic Substances Control*

KATHLEEN KENEALY
Senior Assistant Attorney General
TERI ASHBY
Deputy Attorney General
State Bar No. 114624
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 327-4254
 Fax:  (916) 327-2319
 E-mail:  Teri.Ashby@doj.ca.gov
*Attorneys for Plaintiffs, California Department of Fish and Game, and Regional Water Quality Control Board, Central Coast Region*

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, THE CALIFORNIA DEPARTMENT OF FISH AND GAME, AND THE CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, CENTRAL COAST REGION,**<br><br>Plaintiffs,<br><br>v.<br><br>**A&G GERMAN CARS; et al.,**<br><br>Defendants. | Case No. CV 11-07051 DDP (CWx)<br><br>**FINAL JUDGMENT** |

1     Pursuant to Federal Rules of Civil Procedure 54 and 58, this Court enters final judgment in this matter. The Consent Judgment approved and entered by this Court constitutes the final judgment in this action.

    IT IS SO ORDERED.

Dated: October 18, 2011

*[signature]*

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

SA2001CV0892
90216750.doc